UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| THE NOCO COMPANY, INC., <br><br> Plaintiff, <br> v. <br><br> AUKEY TECHNOLOGY CO., LTD., ET AL., <br><br> Defendants. | ) CASE NO. 1:20-cv-02322-PAB <br> ) <br> ) JUDGE PAMELA A. BARKER <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF APPEARANCE OF JAY R. CAMPBELL**

Please enter the appearance of Jay R. Campbell of the law firm of Tucker Ellis LLP, 950 Main Avenue – Suite 1100, Cleveland, Ohio 44113-7213 as counsel for Defendants Aukey Technology Co., Ltd., Shenzhenshi Jiangyun Shangmaoyouxiangongsi, and Wodeshijikeji Shenzhen Youxiangongsi in the above captioned matter.

    Respectfully submitted,

*/s/ Jay R. Campbell*
Jay R. Campbell (0041293)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH  44113-7213
Tel:     216.592.5000
Fax:    216.592.5009
Email: jay.campbell@tuckerellis.com

*Attorney for Defendants*

4739439.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2020 a copy of the foregoing *Notice of Appearance of Jay R. Campbell* was filed electronically.  Service of this filing will be made by operation of the Court's electronic filing system.

>  */s/ Jay R. Campbell*
>  Jay R. Campbell
>
>  *Attorney for Defendants*

2

4739439.1