UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| THE NOCO COMPANY, INC.,<br><br>   Plaintiff,<br>v.<br>AUKEY TECHNOLOGY CO., LTD., ET AL.,<br><br>   Defendants. | )  CASE NO. 1:20-cv-02322-PAB<br>)<br>)  JUDGE PAMELA A. BARKER<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE OF DAVID A. BERNSTEIN

Please enter the appearance of David A. Bernstein of the law firm of Tucker Ellis LLP, 950 Main Avenue – Suite 1100, Cleveland, Ohio 44113-7213 as counsel for Defendants Aukey Technology Co., Ltd., Shenzhenshi Jiangyun Shangmaoyouxiangongsi, and Wodeshijikeji Shenzhen Youxiangongsi in the above captioned matter.

Respectfully submitted,

/s/ David A. Bernstein
David A. Bernstein (0093955)
TUCKER ELLIS LLP
950 Main Avenue Suite 1100
Cleveland, OH 44113
Telephone: 216.592.5000
Facsimile: 216.592.5009
E-mail: david.bernstein@tuckerellis.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2020, a copy of the foregoing *Notice of Appearance of David A. Bernstein* was filed electronically.  Service of this filing will be made by operation of the Court's electronic filing system

/s/ David A. Bernstein
David A. Bernstein (0093955)

*Attorneys for Defendants*