IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| THE NOCO COMPANY, INC., | ) CASE NO. 1:20-cv-02322-PAB |
| Plaintiff, | ) |
| v. | ) JUDGE PAMELA A. BARKER |
| AUKEY TECHNOLOGY CO., LTD., et al., | ) |
| Defendant. | ) |

**<u>MOTION FOR *PRO HAC VICE* ADMISSION OF PETER J. CURTIN</u>**

Subject to Local Rule 83.5(h), Defendants Aukey Technology Co., Ltd., Shenzhenshi Jiangyun Shangmaoyouxiangongsi, and Wodeshijikeji Shenzhen Youxiangongsi ("Defendants"), moves the Court for an Order permitting Peter J. Curtin to appear *pro hac vice* as counsel in this case for Defendants. Current local counsel for Defendants, Jay R. Campbell and David A. Bernstein of Tucker Ellis LLP, will also continue to serve as counsel for Defendants.

1. The following is a list of the jurisdictions in which Mr. Curtin has ever been licensed to practice law, including dates of admission to practice, and any attorney registration numbers: District of Columbia (Bar No. 430529), admitted November 5, 1991; and the State of Illinois (ARDC No. 6332596); admitted November 7, 2019.

2. Mr. Peter J. Curtin is an attorney with the law firm of Arch & Lake LLP located at 203 North LaSalle Street, Suite 2100, Chicago, IL 6060. He may be contacted at (312) 558-1369 and at pete_curtin@archlakelaw.com.

3. Mr. Curtin has never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States.  Nor has he received any

reprimand related to conduct or fitness as a member of the bar from any of the same. There are no disciplinary proceedings pending against him, nor have there ever been any such proceedings.

4. Mr. Curtin's Declaration of good standing as required by the United States District Court, Northern District of Ohio Local Civil Rule 83.5(h) in support of his Motion for Pro Hac Vice Admission is attached as Exhibit A.

5. Mr. Curtin was previously admitted *pro hac vice* in *NOCO Company, Inc. v. Shenzhen Valuelink E-Commerce Co., Ltd., et al.*, Case No. 1:20-cv-00049-SO in the Northern District of Ohio in October, 2020.

Respectfully submitted,

*/s/ Jay R. Campbell*
Jay R. Campbell
David A. Bernstein
Tucker Ellis LLP
950 Main Avenue, Suite 1100
Cleveland, Ohio 44113
(216) 696-5639
(216) 592-5009 (fax)
jay.campbell@tuckerellis.com

*Attorneys for Defendants*

OF COUNSEL

*/s/ Peter J. Curtin*
Peter J. Curtin
Arch & Lake LLP
203 North LaSalle Street
Suite 2100
Chicago, IL 60601
(312) 558-1369
(312) 614-1873 (fax)
(240) 432-3267 (cell)
pete_curtin@archlakelaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on December 7, 2020, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                        */s/ Jay R. Campbell*
                                        Jay R. Campbell
                                        David A. Bernstein
                                        Tucker Ellis LLP
                                        950 Main Avenue, Suite 1100
                                        Cleveland, Ohio 44113
                                        (216) 696-5639
                                        (216) 592-5009 (fax)
                                        jay.campbell@tuckerellis.com

                                        *Attorneys for Defendants*

                                        OF COUNSEL

                                        */s/ Peter J. Curtin*
                                        Peter J. Curtin
                                        Arch & Lake LLP
                                        203 North LaSalle Street
                                        Suite 2100
                                        Chicago, IL 60601
                                        (312) 558-1369
                                        (312) 614-1873 (fax)
                                        (240) 432-3267 (cell)
                                        pete_curtin@archlakelaw.com

4949908.1