IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| THE NOCO COMPANY, INC., | ) | CASE NO. 1:20-cv-02322-PAB |
| | ) | |
| Plaintiff, | ) | JUDGE PAMELA A. BARKER |
| | ) | |
| vs. | ) | |
| | ) | **DECLARATION OF MR. PETER** |
| AUKEY TECHNOLOGY CO., LTD., | ) | **J. CURTIN IN SUPPORT OF** |
| et al., | ) | **APPLICATION FOR PRO HAC** |
| | ) | **VICE ADMISSION** |
| Defendants. | ) | |
| | ) | |

Peter J. Curtin hereby says as follows:

1. I make this Declaration in support of my application for admission *pro hac vice* in the above-captioned manner and under penalty of perjury pursuant to 28 U.S.C. § 1746.

2. I am an attorney with the law firm of Arch & Lake LLP located at 203 North LaSalle Street, Suite 2100, Chicago, IL 60601. I may be contacted by telephone at (312) 558-1369 and by email at pete_curtin@archlakelaw.com.

3. I represent Defendants in the above-captioned action.

4. The following is a list of the jurisdictions in which I have been licensed to practice law, including my dates of admission to practice and attorney registration numbers: District of Columbia (Bar No. 430529), admitted November 5, 1991; and the State of Illinois (ARDC No. 6332596); admitted November 7, 2019. I currently remain in good standing in each of those jurisdictions.

5. I have never been denied admission *pro hac vice* in any court which I have sought such admission.

6.  I have never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States.  Nor have I ever received any reprimand related to conduct or fitness as a member of the bar from any of the same. There are no disciplinary proceedings pending against me, nor have there ever been any such proceedings.

7.  I have reviewed the Local Rules of this Court and, if admitted to practice before this Court, I will conduct myself in accordance with these rules.

8.  I represent that I possess the character, fitness, and moral qualifications necessary to practice law before this Court.

9.  I certify that the foregoing is true and correct.

Signed this 7th day of December 2020, in Chicago, Illinois.

*Peter J. Curtin*
_____
Peter J. Curtin
**ARCH & LAKE LLP**
203 N LaSalle Street, Suite 2100
Chicago, IL, 60601
Phone: 312-558-1369
Fax: 312-614-1873
Mobile: 240-432-3267