**UNITED STATES DISTRICT
COURT  NORTHERN DISTRICT
OF OHIO  EASTERN DIVISION**

| | | |
|---|---|---|
| **NOCCO COMPANY,** | ) | **JUDGE PAMELA A. BARKER** |
| | ) | |
| **Plaintiff,** | ) | **Case No. 1:20-cv-02322** |
| | ) | |
| **-vs-** | ) | **CONSENT TO TRANSFER AND** |
| | ) | **ORDER OF TRANSFER OF A** |
| **AUKEY TECHNOLOGY CO. LTD.,** | ) | **RELATED CASE** |
| **et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

Pursuant to Local Rule 3.1(b)(3), a case may be transferred as related to an earlier  assigned

case only with the concurrence of both the transferee and the transferor judges.

The undersigned are the transferee and the transferor judges, each of whom hereby  consents to

the transfer.

<u>/s/ *Pamela A. Barker*            </u>
UNITED STATES DISTRICT JUDGE
Transferor Judge

<u>/s/ *Solomon Oliver, Jr.*            </u>
UNITED STATES DISTRICT JUDGE
Transferee Judge

IT IS THEREFORE ORDERED that Case No. 1:20-cv-02322  is transferred to the

docket of Judge Solomon Oliver, Jr. as a case related to Case No. 1:20-cv-00049.

<u>*/s/ Pamela A. Barker        12/8/2020*</u>
UNITED STATES DISTRICT COURT
Transferor Judge