# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **THE NOCO COMPANY,** | ) | CASE NO. 1:20-cv-02322 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) | |
| | ) | |
| **AUKEY TECHNOLOGY CO. LTD., et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## PROPOSED ORDER

This matter is before the Court on the Plaintiff's Motion for Expedited Discovery (ECF # 10).

After due consideration, and for good cause shown, the Motion is hereby **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that NOCO may begin taking discovery in this litigation, including issuing Requests for Production, Interrogatories, and Requests for Admissions to Defendants as well as Fed. R. Civ. P. 45 subpoenas to non-parties. Defendants are to respond to Plaintiffs' discovery requests within fourteen (14) days.

**IT IS SO ORDERED.**

_____  _____
DATE                                                        JUDGE SOLOMON OLIVER, JR.

{K0820064.2}