# EXHIBIT A

   English   Sign in   **Sell on Amazon**

This article applies to selling in: **United States**

[Help](#) / [Policies, agreements, and guidelines](#) / [Program Policies](#) / [Selling on Amazon Fee Schedule](#) / **Product Detail Page Rules**

# Product Detail Page Rules

Customers will first learn about your offers on a product detail page. The policies below ensure each product detail page covers a single unique item. This helps give customers a clear and consistent buying experience. In general, you will need to:

- Comply with any relevant style guides and refrain from using HTML, JavaScript, or other code.
- Exclude inappropriate content such as obscene or offensive materials, links or contact information, plot spoilers, reviews or requests for reviews, and advertising.
- Accurately categorize and describe your products.
- Refrain from creating duplicate pages for a product that already has a detail page.
- Create new detail pages for new products or versions.
- Only create valid "variations" that relate to the primary product. For more details, please see the [Variations Policy](#).

## Policies for writing listings

- Comply with the relevant style guide for the product you're listing. You can find general rules that apply to all products in the [Amazon Services Quick Start Style Guide](#). Some types of product have extra style guidelines. You can find the full set in [Templates for Specific Categories](#).
- Don't use HTML, JavaScript, or other types of code in your product detail pages. As a special case, you can use line breaks </br> in the description.
- None of the following are allowed in product detail page titles, descriptions, bullet points, or images:
  - Pornographic, obscene, or offensive content.
  - Phone numbers, addresses, e-mail addresses, or website URLs.
  - Details of availability, price, or condition.

- Use Capital Letters only for the beginning of each word. Do not use all Capital Letters throughout the attribute. This applies for Product Title, Bullet Points and/or Product Description.
- Links to other websites for placing orders, or alternative shipping offers, such as free shipping.
- Spoilers on Books, Music, and Video or DVD (BMVD) listings. This includes giving away plot details crucial to the suspense or surprise ending of a story.
- Reviews, quotes, or testimonials.
- Requests for positive customer reviews.
- Adverts, promotional material, or watermarks on images, photos, or videos.
- Time-sensitive information, such as dates of tours, seminars, or lectures.

* Product titles must not have more than 200 characters, including spaces. This upper limit applies to all categories. Some categories might have a limit of even fewer characters. See the Templates for Specific Categories for details.
* Comply with Amazon listing standards for any product sold on Amazon. Failure to do so creates a negative customer experience and may result in your selling privileges being temporarily or permanently removed. This includes but is not limited to the following:
  - All products must be accurately categorized. To learn more about classifying your products correctly, see our help pages on Product Classifier, Browse Tree Guide, and ASIN Creation Policy.
  - Product titles, product descriptions, and bullets must be clearly written and help customers understand the product.
  - Product images must meet Amazon image standards, as well as any category-specific image guidelines. To learn more, see the Product image requirements.

# Policies for adding detail pages

* You must not use Add a Product, inventory files, and Amazon Marketplace Web Services (Amazon MWS) listing APIs for any purpose other than listing products on Amazon.
* You must not use false product identification information in product detail pages. This includes UPC codes and publication dates.
* You must not create a product detail page for a product already in Amazon's catalog.
* You must not use product detail pages to cross-merchandise or cross-promote a product.
* For Books, Music, Videos, and DVDs (BMVD), you must not use a single product detail page to advertise more than one product. BMVD-only product bundles must be defined by the publisher or manufacturer and have a single ISBN, UPC, or EAN that is different from the product identifier of any single item in the bundle.

- You cannot add details with infringing upon the IP rights of other parties or individuals. For more details, check the Intellectual Property Rights for Sellers page.

## Policies for editing detail pages

- You may only update detail pages to better or more accurately describe the product as originally listed. For example, permissible updates include additional details, clarifications, grammatical fixes, or removal of content that violates Amazon policy.
- You must not use an existing listing for a new version of a product. This includes changes in color, size, material, features, and product name. Instead, create a new product detail page for each new version. For example, a manufacturer updates its streaming media player by adding a new remote control with four buttons instead of two. This product is materially different from the older version and it must be listed as a new ASIN.
- If you choose to re-brand a product you must create a new ASIN rather than update an existing ASIN. This is true even if the product is unbranded and does not change materially after the brand change. This includes adding a brand to a previously unbranded product.



**Related articles**

High-volume listing fee FAQ

Selling on Amazon Business fee schedule

Access the Fee Explainer

Selling Policies and Seller Code of Conduct

Category, product, and listing restrictions

Product Detail Page Rules

Prohibited seller activities and actions

Drop Shipping Policy

ASIN creation policy

Recalled Products

Expiration dates on seller-fulfilled products

Need more help? 💬

See more on Seller Central

Visit Seller Forums



**Reach Hundreds of Millions of Customers**

Start Selling On Amazon

© 1999-2020, Amazon.com, Inc. or its affiliates



English  Sign in  **Sell on Amazon**

This article applies to selling in: **United States**

Help / Manage Inventory / Manage your inventory one at a time / Change a product's category

# Change a product's category

## Self-service tool

Sign in to use the tool and get personalized help (desktop browser required).

Sign in

## How is a browse node different from a product category?

Every product on Amazon has one browse node to help customers that are either searching or browsing for a type of product. For example, a pair of sneakers could have the browse path:

Clothing, Shoes & Jewelry > Men > Shoes > Athletic

A product category determines what restrictions may be placed on selling products in that category as well as fees.

## Changing multiple products' browse node

You can save time when you need to change the category of multiple products by uploading an Inventory File.

1. Go to Add Products via Upload and generate the appropriate inventory file template.

2. Enter your product information and include the new category in the Item Type Keyword column.

3. Upload the file on the Check and Upload your Inventory File tab of the Add Products via Upload page.

### Related articles

- View your inventory
- Edit a listing
- Copy a listing
- Delete a product
- Close a listing
- Relist a product that is Inactive (Closed) - Inactive Listings
- Reasons for Blocked listings
- Add product images and video
- Change a product's category
- Manage pricing
- Sales history
- Set your Manage Inventory page preferences

### Need more help?

- See more on Seller Central
- Visit Seller Forums



# Reach Hundreds of Millions of Customers

Start Selling On Amazon

© 1999-2020, Amazon.com, Inc. or its affiliates