# EXHIBIT A

 United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Fri Dec 18 03:47:23 EST 2020

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: [ ]  OR  Jump  to record: [ ]   **6 Records(s) found (This page: 1 ~ 6)**

Refine Search `(live)[LD]  AND  (TACKLIFE)[COMB]`  Submit

Current Search: S2: **(live)[LD] AND (TACKLIFE)[COMB]** docs: 6 occ: 30

|   | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 1 | 90209787 |  | TACKLIFE | TSDR | LIVE |
| 2 | 90209785 |  | TACKLIFE | TSDR | LIVE |
| 3 | 88491553 | 6022427 | TACKLIFE | TSDR | LIVE |
| 4 | 88339966 | 6005412 | TACKLIFE | TSDR | LIVE |
| 5 | 87274010 | 5245543 | TACKLIFE | TSDR | LIVE |
| 6 | 86686020 | 4913016 | TACKLIFE | TSDR | LIVE |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Fri Dec 18 03:47:23 EST 2020

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST]
[FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: _____ OR [Jump] to record: _____ **Record 3 out of 6**

[TSDR] [ASSIGN Status] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | TACKLIFE |
| **Goods and Services** | IC 007. US 013 019 021 023 031 034 035. G & S: Compressed air pumps; Electric hand-held drills; Electric mixers; Electric pumps; Engraving machines; Fruit presses, electric, for household purposes; Glue guns, electric; Hand-held electric-powered food processors; Knives, electric; Saw benches being parts of machines; Scissors, electric; Screwdrivers, electric; Shears, electric; Spray guns for paint; Tilling machines for agricultural use; Vacuum cleaners; Welding apparatus, gas-operated; Welding machines, electric. FIRST USE: 20190320. FIRST USE IN COMMERCE: 20190320<br><br>IC 008. US 023 028 044. G & S: Bench vices; Bits for hand drills; Clamps for carpenters or coopers; Hand-operated agricultural implements, namely, cider presses; Hand-operated cutting tools; Hand-operated cutting tools, namely, safety cutters; Hand drills, hand-operated; Hand saws, namely, wood saws; Hand tools, namely, augers; Hand tools, namely, hammers; Hand tools, namely, hand-operated pumps; Nail nippers; Penknives; Pruning knives; Razors, electric or non-electric; Scissors; Screwdrivers, non-electric; Secateurs; Vices; Wire strippers; Wrenches. FIRST USE: 20190320. FIRST USE IN COMMERCE: 20190320<br><br>IC 011. US 013 021 023 031 034. G & S: Automatic faucets; Barbecues; Cocks for pipes and pipelines being parts of sanitary installations; Coffee machines, electric; Electric cooking stoves; Electric flashlights; Electric hand drying apparatus for washrooms; Electrically heated clothing; Faucets for pipes and pipelines being parts of sanitary installations; Headlights for automobiles; Heat guns; Heating elements; Hot plates; Irrigation sprinklers; LED light machines; Spigots for pipes and pipelines being parts of sanitary installations; Stoves being heating apparatus; Taps for pipes and pipelines being parts of sanitary installations; Toilet bowls; Toilet seats. FIRST USE: 20190320. FIRST USE IN COMMERCE: 20190320 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.11.28 - Miscellaneous designs with overall rectangular shape ; Rectangular shapes (miscellaneous overall shape)<br>26.15.28 - Miscellaneous designs with overall polygon shape ; Polygonal shapes (miscellaneous overall shape) |
| **Serial Number** | 88491553 |
| **Filing Date** | June 27, 2019 |

| | |
|---|---|
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | October 15, 2019 |
| Registration Number | 6022427 |
| Registration Date | March 31, 2020 |
| Owner | (REGISTRANT) Aukey Technology Co.,Ltd limited company (ltd.) CHINA Room 102, Building P09, HuananCity Elec-trading Center, Longgang District, Shenzhen, CHINA 518000 |
| Attorney of Record | Joe McKinney Muncy |
| Prior Registrations | 4913016;5245543 |
| Description of Mark | Color is not claimed as a feature of the mark. |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



United States Patent and Trademark Office

*Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News*

Trademarks > **Trademark Electronic Search System (TESS)**

TESS was last updated on Fri Dec 18 03:47:23 EST 2020

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: ____  OR  Jump  to record: ____  **Record 4 out of 6**

( Use the "Back" button of the Internet Browser to return to TESS)



| | |
|---|---|
| **Word Mark** | TACKLIFE |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Accumulator boxes; Batteries for lighting; Batteries, electric; Batteries, electric, for vehicles; Battery boxes; Battery jump starters; Car video recorders; Chargers for electric batteries; Charging stations for electric vehicles; Consumer electronic products, namely, audio amplifiers, audio speakers, audio receivers, electrical audio and speaker cables and connectors, audio decoders, video decoders, speakers, power conversion devices, power converters, and power inverters; Converters, electric; Electric cables, wires, conductors and connection fittings therefor; Electric transformers; Electric wire harnesses for automobiles; Electrical adapters; Electrical distribution boxes; Electrical voice intracommunications systems comprising control stations, interface modules, frames, controller cards, connectors, power supplies, panels and mountings for use in the production of live musical performances, theatre, and other live events; Electrical and electronic burglar alarms; Electronic indicator panels; Eyeglasses; Fire extinguishers; Inverters for power supply; Photovoltaic cells; Power distributing boxes; Rearview cameras for vehicles; Rechargeable batteries; Sunglasses. FIRST USE: 20190213. FIRST USE IN COMMERCE: 20190213

IC 012. US 019 021 023 031 035 044. G & S: Air pumps for automobiles; Anti-skid chains for vehicles; Bicycle frames; Bicycles; Brake discs for vehicles; Brake pads for automobiles; Civilian drones; Fitted seat covers for vehicles; Hoods for vehicles; Luggage carriers for vehicles; Luggage nets for vehicles; Patches for repairing inner tubes; Pumps for bicycle tires; Safety seats for children, for vehicles; Ski carriers for cars; Suspension shock absorbers for vehicles; Tire inflators; Tires for vehicle wheels; Trailer hitches for vehicles; Upholstery for vehicles. FIRST USE: 20190213. FIRST USE IN COMMERCE: 20190213 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.11.28 - Miscellaneous designs with overall rectangular shape ; Rectangular shapes (miscellaneous overall shape)
26.15.28 - Miscellaneous designs with overall polygon shape ; Polygonal shapes (miscellaneous overall shape) |
| **Serial Number** | 88339966 |
| **Filing Date** | March 14, 2019 |
| **Current** | 1A |

| | |
|---|---|
| Basis | |
| Original Filing Basis | 1A |
| Published for Opposition | December 24, 2019 |
| Registration Number | 6005412 |
| Registration Date | March 10, 2020 |
| Owner | (REGISTRANT) AUKEY TECHNOLOGY CO.,LTD LIMITED COMPANY (LTD.) CHINA ROOM 102, BUILDING P09, HUANANCITY ELEC-TRADING CENTER, LONGGANG DISTRICT, SHENZHEN, CHINA |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | Joe McKinney Muncy |
| Prior Registrations | 5245543 |
| Description of Mark | Color is not claimed as a feature of the mark. The mark consists of the wording "TACKLIFE" in stylized font surrounded by a rectangle shape design. |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



### United States Patent and Trademark Office

*Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News*

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Fri Dec 18 03:47:23 EST 2020

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST]
[FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: ____ OR [Jump] to record: ____ **Record 5 out of 6**

[TSDR] [ASSIGN Status] [TTAB Status] ( Use the "Back" button of the Internet Browser to return to TESS)



| | |
|---|---|
| **Word Mark** | TACKLIFE |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Air analysis apparatus; Altimeters; Anemometers; Battery chargers; Distance measuring apparatus; Electrical inductors; Electronic-based instruments for measuring environmental parameters including humidity, mold, bacteria, air quality and water quality; Ergometers not for medical purposes; Gas testing instruments; Graduated rulers; Hygrometers; Laser detectors for detecting distance; Manometers; Measuring rulers; Pressure measuring apparatus; Scales; Speed indicators; Telemeters; Telescopes; Temperature indicators. FIRST USE: 20161002. FIRST USE IN COMMERCE: 20161002 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 14.03.02 - Bolts ; Fasteners, bolts ; Fasteners, nails ; Fasteners, screws ; Nails (hardware) ; Nuts (hardware) ; Rivets ; Screws ; Tacks, thumb ; Thumbtacks<br>27.03.05 - Objects forming letters or numerals |
| **Serial Number** | 87274010 |
| **Filing Date** | December 19, 2016 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 2, 2017 |
| **Registration Number** | 5245543 |
| **Registration Date** | July 18, 2017 |
| **Owner** | (REGISTRANT) Aukey E-Business Co., Ltd. limited company (ltd.) CHINA Huanan City, Electronic Trading Building P09 Room 102, Longgang District, Shenzhen CHINA<br><br>(LAST LISTED OWNER) AUKEY TECHNOLOGY CO.,LTD LIMITED COMPANY (LTD.) CHINA ROOM 102, BUILDING P09, HUANANCITY ELEC-TRADING, CENTER, LONGGANG DISTRICT, SHENZHEN, CHINA |
| **Assignment** | ASSIGNMENT RECORDED |

| | |
|---|---|
| Recorded | |
| Attorney of Record | Joe McKinney Muncy |
| Prior Registrations | 4913016 |
| Description of Mark | Color is not claimed as a feature of the mark. The mark consists of the wording "Tacklife" in stylized font with the letter "T" comprised of a tack offset with the point crossing the letter "a". |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



### United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Fri Dec 18 03:47:23 EST 2020

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST]
[FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: [ ] OR [Jump] to record: [ ] **Record 6 out of 6**

[TSDR] [ASSIGN Status] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | TACKLIFE |
| **Translations** | The wording "**Tacklife**" has no meaning in a foreign language. |
| **Goods and Services** | IC 007. US 013 019 021 023 031 034 035. G & S: Automatic stamping machines; Disintegrators for chemical processing; Electric glue guns; Electric hand-held drills; Electric mixers for household purposes; Electric scissors; Hair clipping machines for animals; Inking apparatus for printing blocks; Lawnmowers; Lifting installations for the transport of persons and goods; Machine parts, namely, blades; Machines, namely, crushers, impact mills, breakers, pulverizers, mixers and blenders and parts therefor, for industrial and commercial applications; Mixing machines; Paper cutting machines; Planing machines; Power-operated tools, namely, grinders; Sheaf-binding machines; Shredders for industrial use; Spinning frames. FIRST USE: 20150321. FIRST USE IN COMMERCE: 20150321 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 14.03.02 - Bolts ; Fasteners, bolts ; Fasteners, nails ; Fasteners, screws ; Nails (hardware) ; Nuts (hardware) ; Rivets ; Screws ; Tacks, thumb ; Thumbtacks |
| **Serial Number** | 86686020 |
| **Filing Date** | July 7, 2015 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | December 22, 2015 |
| **Registration Number** | 4913016 |
| **Registration** | March 8, 2016 |

| | |
|---|---|
| Date | |
| Owner | (REGISTRANT) Aukey E-Business Co., Ltd. limited company (ltd.) CHINA Huanan City, Electronic Trading Building P09 Room 102, Longgang District Shenzhen CHINA |
| | (LAST LISTED OWNER) AUKEY TECHNOLOGY CO.,LTD LIMITED COMPANY (LTD.) CHINA ROOM 102, BUILDING P09, HUANANCITY ELEC-TRADING, CENTER, LONGGANG DISTRICT, SHENZHEN, CHINA |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | Joe McKinney Muncy |
| Description of Mark | The color(s) red and black is/are claimed as a feature of the mark. The mark consists of the wording "Tacklife" in stylized font with the letter "T" comprised of a red tack offset with the point crossing the letter "a" with all other letters appearing in black. |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY