# EXHIBIT B

Hello  
Select your address  

All ▾  TACKLIFE  

Hello, Sign in  
Account  

Returns  
& Orders  

0

All | Gift Cards | Best Sellers | Prime | Customer Service | New Releases | Find a Gift | Whole Foods | Books    Shop holiday gift cards

1-48 of 438 results for **"TACKLIFE"**     Sort by: Featured

**Eligible for Free Shipping**
Free Shipping by Amazon
All customers get FREE Shipping on orders over $25 shipped by Amazon

**Department**
Tools & Home Improvement
   Power Tools
   Hand Tools
Jump Starters & Battery Chargers
Automotive Replacement Batteries & Accessories
Automotive Performance Batteries & Accessories
Wheel & Tire Accessories & Parts
Outdoor Generators
*See All 18 Departments*

**Avg. Customer Review**
   & Up
   & Up
   & Up
   & Up

**Brand**
TACKLIFE
GOOLOO
NEXPOW
FCONEGY
atolla
FLYLINKTECH
RUGGED GEEK
*See more*

**Price**
Under $25
$25 to $50
$50 to $100
$100 to $200
$200 & Above

$ Min   $ Max   Go

**Deals**
Today's Deals

**From Our Brands**
Our Brands

**Tools & Home Improvement Product Color**

**Packaging Option**
Frustration-Free Packaging

**New Arrivals**




Tacklife for all your life.
Shop TACKLIFE ›

TACKLIFE Impact Socket Set 1/2-inch Drive SAE, 17pcs Drive Deep Impact...
3,657
prime

TACKLIFE 57-Piece Orange Home Tool Kit -Basic Household Repair Tool Kit for...
669
prime

Sponsored





Sponsored
TACKLIFE Sliding Miter Saw, 12inch 15Amp Double-Bevel Sliding Compound Miter Saw with Laser, Crosscutting Miter...
484
$275⁰⁰
Save $14.00 with coupon
FREE Shipping

Sponsored
TACKLIFE 5/8" Hose Reel, 65+7 FT Wall Mounted Retractable Hose Reel, 7 Patterns Hose Nozzle, Brass...
923
$115⁹⁹
Save 5% with coupon
FREE Shipping

Sponsored
Compound Miter Saw, TACKLIFE 10-Inch Sliding Miter Saw, with Double Speed (4500 RPM & 3200 RPM), 15...
511
$217⁸⁹
Save $14.00 with coupon
FREE Shipping





Best Seller

Sponsored
TACKLIFE Retractable Garden Hose Reel 5/8" x 90 FT, Any Length Lock, Slow Return

TACKLIFE T8 800A Peak 18000mAh Lithium Car Jump Starter for Up to 7.0L Gas or 5.5L Diesel Engine, 12V Auto...

TACKLIFE 12V DC Digital Tire Inflator Portable Air Compressor, Auto Tire Pump with Overheat Protection, LC...

https://www.amazon.com/s?k=TACKLIFE&ref=nb_sb_noss   1/11

Last 30 days
Last 90 days
Coming Soon

**Subscribe & Save**
Subscribe & Save Eligible

**International Shipping**
International Shipping Eligible

**Certification**
Energy Star

**Condition**
New
Used

System, Wall Mounted and...
63
$134.99
FREE Shipping

11,849
$79.99
Get it as soon as **Mon, Dec 21**
FREE Shipping by Amazon
**Arrives before Christmas**

499
$29.99
Save 5% with coupon
Get it as soon as **Mon, Dec 21**
FREE Shipping by Amazon
**Arrives before Christmas**
More Buying Choices
$25.37 (2 used & new offers)



Amazon's Choice


TACKLIFE T8 MAX Jump Starter - 1000A Peak 20000mAh, 12V Car Jumper (All Gas, up to 6.5L Diesel...
1,752
$89.99 $109.97
Get it as soon as **Mon, Dec 21**
FREE Shipping by Amazon
**Arrives before Christmas**

TACKLIFE T6 800A Peak 18000mAh Car Jump Starter (up to 7.0L Gas, 5.5L Diesel Engine) with Long Standby,...
146
Limited time deal
$59.47 $89.97
Get it as soon as **Tue, Dec 22**
FREE Shipping by Amazon
**Arrives before Christmas**

TACKLIFE T8-Newer Model 800A Peak 18000mAh Car Jump Starter with LCD Display (up to 7.0L Gas, 5.5L Diesel...
1,190
$79.99
30% off promotion available
Get it as soon as **Mon, Dec 21**
FREE Shipping by Amazon
**Arrives before Christmas**


Sponsored





TACKLIFE T6 800A Peak 18000mAh Car Jump Starter (up to 7.0L Gas, 5.5L Diesel Engine) with Long Standby,...
6,027
$69.97 $79.99
Get it as soon as **Mon, Dec 21**
FREE Shipping by Amazon
**Arrives before Christmas**

TACKLIFE T8-800A Peak 18000mAh Lithium Car Jump Starter for Up to 7.0L Gas or 5.5L Diesel Engine, 12V...
54
$79.99
Get it as soon as **Mon, Dec 21**
FREE Shipping by Amazon
**Arrives before Christmas**

TACKLIFE T8 800A Peak 18000mAh Car Jump Starter with LCD Display (up to 7.0L Gas, 5.5L Diesel Engine), 12...
1,356
$79.99
Get it as soon as **Mon, Dec 21**
FREE Shipping by Amazon
**Arrives before Christmas**





**TACKLIFE T8-Newer Model 800A Peak 18000mAh Car Jump Starter with LCD Display (up to 7.0L Gas, 5.5L Diesel...**
1,896
Limited time deal
$67⁹⁷ $79.99
Get it as soon as **Mon, Dec 21**
FREE Shipping by Amazon
Arrives before Christmas

**TACKLIFE 2000A Peak Car Jump Starter for up to All Gas and 7L Diesel Engines, 12V Car Battery Booster, Portable...**
624
$89⁹⁹ $109.99
Get it as soon as **Tue, Dec 22**
FREE Shipping by Amazon
Arrives before Christmas

**TACKLIFE 12V DC Car Tire Inflator Air Compressor Portable Multifunctional Tire Pump for Car Tires Bike Tires...**
1,056
$29⁹⁹ $34.97
Save 20% with coupon
Get it as soon as **Mon, Dec 21**
FREE Shipping by Amazon
Arrives before Christmas

28
Shop now
Sponsored





**TACKLIFE Circular Saw with Metal Handle, 6 Blades(4-3/4" & 4-1/2"), Laser Guide, 5.8A, Max Cutting Depth 1-11/16"...**
4,948
$79⁹⁷
Save 5% with coupon
Get it as soon as **Mon, Dec 21**
FREE Shipping by Amazon
Arrives before Christmas
More Buying Choices
$72.38 (6 used & new offers)

Sponsored
**TACKLIFE 6 Piece Stainless Steel Heavy Duty Garden Tools Set, with Non-slip Rubber Grip, Storage Tote Bag, Outdoor...**
1,420
$39⁹⁷
Get it as soon as **Mon, Dec 21**
FREE Shipping by Amazon
Arrives before Christmas

Sponsored
**Audew Jump Starter, 1500A Peak 18000mAh Portable Jump Starter (Up to 8L Gas or 6.0L Diesel Engine), 12V Aut...**
725
$69⁹⁹
Save 15% with coupon
Get it as soon as **Tue, Dec 22**
FREE Shipping by Amazon
Arrives before Christmas







**Sponsored**

TACKLIFE Telescoping Ladder, 17 Feet Aluminum Extension Ladder with 2 Flexible Wheels, Safe Protective Switch, Non-...

761

$179⁹⁸
Save $10.00 with coupon
FREE Shipping

Lighter, Tacklife Candle Lighter, 2600mAh-18650 Lithium-ion Battery, 1000 Times per Full Charge, 360° Long Flexible...

**1 Count (Pack of 1)**

954

$11⁹⁷ ($11.97/Count)
Save 5% more with Subscribe & Save

FREE Shipping on orders over $25 shipped by Amazon

TACKLIFE X1 Rechargeable Cordless Tire Inflator - Handheld Air Compressor, Portable Air Pump with Digital...

70
Limited time deal
$42⁴⁷ $59.97

Get it as soon as **Mon, Dec 21**
FREE Shipping by Amazon
**Arrives before Christmas**




TACKLIFE Mini Heat Gun, 350W/662℉ Hot Air Gun with 6.56Ft Long Cable, Overheat Protection Light Heatgun for...

1,478

$19⁴⁷ $32.99
Get it as soon as **Tue, Dec 22**
FREE Shipping on orders over $25 shipped by Amazon
**Arrives before Christmas**

LOFTEK Portable Car Battery Jump Starter (Up to 7.0L Gas or 5.5L Diesel Engine), 12V Power Pack Auto Battery...

641

$60⁹⁹
Save 10% with coupon
Get it as soon as **Mon, Dec 21**
FREE Shipping by Amazon
**Arrives before Christmas**

TACKLIFE Digital Caliper Measuring Tool | 0-6 Inches | with HD LCD Display, Inch/Fractions/Millimeter...

300

$9⁹⁷ $14.97
Save 5% with coupon
Get it as soon as **Mon, Dec 21**
FREE Shipping on orders over $25 shipped by Amazon
**Arrives before Christmas**





TACKLIFE 144 Home Repair Tool Set, General Household Too Kit with Sturdy Storage Case-HHK6A

66
$45⁹⁹

Get it as soon as **Wed,**

TACKLIFE 5-Inch Random Orbit Sander 3.0A with 12Pcs Sandpapers, 6 Variable Speed 13000RPM Electric Sander,...

3,084
$39⁹⁷ $49.97
Save 10% with coupon

TACKLIFE 5PCS Titanium Step Drill Bit Set & Automatic Center Punch,PDH06A, High Speed Steel Drill Bit Set, 50...

844
$26⁹⁷ $33.97
Get it as soon as **Mon,**

Dec 23
FREE Shipping by Amazon
Arrives before Christmas
Only 1 left in stock - order soon.

Get it as soon as **Mon, Dec 21**
FREE Shipping by Amazon
Arrives before Christmas

Dec 21
FREE Shipping by Amazon
Arrives before Christmas
More Buying Choices
$21.89 (2 used & new offers)





TACKLIFE KP120 1200A Peak Car Jump Starter for up to 8L Gas and 6L Diesel Engines, 12V Car Booster, Portable...
1,574
$79⁹⁹ $99.97

FREE Shipping by Amazon
Only 4 left in stock - order soon.

TACKLIFE 1200A Peak Car Jump Starter for up to 8.0L Gas and 6.0L Diesel Engines, Portable Power Pack with QC...
93
$79⁹⁷
Save 10% with coupon
Get it as soon as **Thu, Dec 24**
FREE Shipping by Amazon
Arrives before Christmas

TACKLIFE T8 Pro 1200A Peak 18000mAh Water-Resistant Car Jump Starter (up to 7.0L Gas, 5.5L Diesel Engine) with...
432
$89⁹⁹
Save 5% with coupon
Get it as soon as **Thu, Dec 24**
FREE Shipping by Amazon
Arrives before Christmas
Only 16 left in stock - order soon.





Electronics Repair Tool Kit, TACKLIFE 43-in-1 Cell Phone Repair Kit for Electronics, Phone, Macbook, Computer,...
140
$12⁹⁹
Get it as soon as **Wed, Dec 23**
FREE Shipping on orders over $25 shipped by Amazon
Arrives before Christmas
Only 1 left in stock - order soon.

Sponsored
BIUBLE Car Battery Starter, 1000A Peak 12800mAh 12V Car Auto Jump Starter Power Pack with USB Quick Charge...
64
$49⁹⁹
Save 10% with coupon
FREE Shipping by Amazon
In stock on December 21, 2020.

Sponsored
Meterk Car Battery Jump Starter Pack with Air Compressor Portable 15V Battery Booster Charger for...
1,620
$77⁹⁹
Save 10% with coupon
Get it as soon as **Wed, Dec 23**
FREE Shipping by Amazon
Arrives before Christmas








Sponsored

Jump Starter, Meterk 1500A Peak 18000mAh Car Jump Starter (up to 8.0L Gas, 6.0L Diesel Engine),12-Volt Portab...

2,473

$69⁹⁹
Save $10.00 with coupon

Get it as soon as **Tue, Dec 22**
FREE Shipping by Amazon
Arrives before Christmas



AUTOWN Jump Starter, 800A Peak 10000mAh Battery Jumper Starter with USB Quick Charge, 12V Auto Battery...

250

$56⁹⁹ $68.99
FREE Shipping by Amazon
In stock on December 22, 2020.



TACKLIFE Impact Grade Socket Adapter Set, Drill Bit Extension Set 9Pcs SAS1A

42

$9⁹⁹
FREE Shipping on orders over $25 shipped by Amazon
In stock on December 29, 2020.



TACKLIFE SDP51DC Electric Screwdriver, 3.6V MAX 2.0Ah Li-ion Cordless Screwdriver Rechargeable, 4N.m, 33pcs...

1,028

$28⁹⁷ $45.99
Save 20% with coupon

Get it as soon as **Mon, Dec 21**
FREE Shipping by Amazon
Arrives before Christmas

Best Seller



TACKLIFE Electric Screwdriver, 3.6V MAX Cordless Screwdriver, 2.0Ah Li-ion with Battery Indicator, 3...

2,889

$25⁹⁷ $30.99
Save 20% with coupon

Get it as soon as **Mon, Dec 21**
FREE Shipping by Amazon
Arrives before Christmas



TACKLIFE Stud Finder, 5 in 1 Multi-Functional Center Finding Wall Scanner Detector with LCD Display, Lights and Sou...

532

$36⁵⁷
Save 10% with coupon

Get it as soon as **Mon, Dec 21**
FREE Shipping by Amazon
Arrives before Christmas

More Buying Choices
$28.86 (2 used & new offers)









TACKLIFE Classic Electric Screwdriver, 3.6V Max Cordless Screwdriver Rechargeable with Micro US...

1,942

$19⁹⁷

Save 12% with coupon

Get it as soon as **Mon, Dec 21**
FREE Shipping on orders over $25 shipped by Amazon
**Arrives before Christmas**



TACKLIFE 61 in 1 Screwdriver Bit Set, PSDB1A Precision Magnetic Driver Kit with 60 Multi-Size Screw Bits, ANSI...

567

$14⁹⁷

Get it as soon as **Wed, Dec 23**
FREE Shipping on orders over $25 shipped by Amazon
**Arrives before Christmas**
Only 5 left in stock - order soon.



TACKLIFE Rotary Tool Kit Variable Speed with Flex shaft, Versatile Accessories and 4 Attachments and Carrying...

4,129

$32⁹⁷

Save 5% with coupon

Get it as soon as **Mon, Dec 21**
FREE Shipping by Amazon
**Arrives before Christmas**



Wire Stripper, Self-Adjusting 8.4 Inch Cable Cutter Crimper, 3 in 1 Multi Pliers for Wire Stripping, Cutting, Crimping

1,375

$16⁹⁹

Save 15% with coupon

Get it as soon as **Mon, Dec 21**
FREE Shipping on orders over $25 shipped by Amazon
**Arrives before Christmas**

More Buying Choices
$15.52 (3 used & new offers)



TACKLIFE M1 Tire Inflator, DC 12V Mini Digital Air Compressor Pump with Precision Gauge, 4 Nozzle...

1,172

$39⁹⁹ $49.97

FREE Shipping by Amazon
In stock on December 30, 2020.



Digital Caliper 6 Inch with Larger LCD Display, Inch/Fractions/Millimeter Conversion for Small DIY and...

615

$9⁹⁷

Get it as soon as **Mon, Dec 21**
FREE Shipping on orders over $25 shipped by Amazon
**Arrives before Christmas**

Universal Socket, TACKLIFE 4Pcs Multifunctional Socket Tool Sets 1/4''- 3/4'' (7mm-19mm) & 5/32"-1/2" (4mm-...

955

$15⁹⁷

FREE Shipping on orders over $25

TACKLIFE Impact Socket Set 1/2-inch Drive SAE, 17pcs Drive Deep Impact Socket Set, 6 Point, 3/8-1-1/4 inch, 14pcs...

3,657

$45⁹⁷

Get it as soon as **Mon,**

TACKLIFE Screwdriver Set,18pcs Magnetic Slotted/Phillips Screwdrivers and Acetate Hard Grip Handl...

595

$24⁹⁷

Get it as soon as **Mon,**

FREE Shipping on orders over $25 shipped by Amazon
In stock on December 25, 2020.

Get it as soon as **Mon, Dec 21**
FREE Shipping by Amazon
**Arrives before Christmas**

Get it as soon as **Mon, Dec 21**
FREE Shipping on orders over $25 shipped by Amazon
**Arrives before Christmas**



Best Seller





TACKLIFE Cordless Electric Ratchet Wrench 3/8" 45 Ft-lbs Li-Ion Batteries 60-Min Fast Charge Power Ratchet Wren...

48

$64⁹⁷ $69.97
FREE Shipping by Amazon
In stock on December 29, 2020.

TACKLIFE Stud Finder Upgraded Wall Scanner, 4 in 1 Center Finding Electronic Wall Detector Finders with Warnin...

1,403

$29⁹⁷
Get it as soon as **Mon, Dec 21**
FREE Shipping by Amazon
**Arrives before Christmas**

Lightweight Tripod 55-inch for Camera/Phone/Telescope,Travel Tripod Portable for iPhone/Android/DSLR, with...

24

$25⁹⁷
Save 10% with coupon
Get it as soon as **Mon, Dec 21**
FREE Shipping by Amazon
**Arrives before Christmas**







TACKLIFE 6 Piece Stainless Steel Heavy Duty Garden Tools Set, with Non-slip Rubber Grip, Storage Tote Bag, Outdoor...

1,420

$39⁹⁷
Get it as soon as **Mon, Dec 21**
FREE Shipping by Amazon
**Arrives before Christmas**

TACKLIFE Garden Tool, with 6 Pieces Tools set and Storage Tote Bag, Hard Stainless Steel, Non-slip Rubber Grip, Ideal...

24

$34⁹⁷
Get it as soon as **Wed, Dec 23**
FREE Shipping by Amazon
**Arrives before Christmas**
Only 5 left in stock - order soon.

Tacklife Miter Saw Protractor Angle Finder 0-7 Inch/Millimeter with High Precision Rectangular...

27

$19⁹⁹
Save 40% with coupon
Get it as soon as **Tue, Dec 22**
FREE Shipping on orders over $25 shipped by Amazon
**Arrives before Christmas**












**TACKLIFE Cordless Rotary Tool Portable 3.7V Three Speed Mini Rotary Tool, Perfect for Nail Polishing and...**
2,957
$19⁹⁷
Save 5% with coupon
Get it as soon as **Mon, Dec 21**
FREE Shipping on orders over $25 shipped by Amazon
Arrives before Christmas

**Tacklife-Hole Saw Kit, 17 Pieces 3/4"-5" Full Set in Case with Mandrels, Hex Key and Install Plate for Wood, PVC...**
129
$16⁹⁹
Get it as soon as **Mon, Dec 21**
FREE Shipping on orders over $25 shipped by Amazon
Arrives before Christmas

**TACKLIFE Miter Saw Stand with Durable Iron Skeleton frame, 21.6lbs Lightweight, 76-4/5" Max Sliding Rail,...**
399
$89⁶⁹
Save 10% with coupon
FREE Shipping
Only 15 left in stock - order soon.





**TACKLIFE 200W Rotary Tool Kit with LCD Display 4 Attachments Including Flex Shaft, Shield, Grip and Cuttin...**
649
$49⁹⁸
Save 10% with coupon
Get it as soon as **Mon, Dec 21**
FREE Shipping by Amazon
Arrives before Christmas
More Buying Choices
$47.01 (3 used & new offers)

Sponsored
**RUGGED GEEK RG1200 Safety 1200A Portable Car Jump Starter with Wireless Charging, Type-C Ports, LED...**
42
$119⁹⁹
Save 12% with coupon
FREE Shipping

Sponsored
**YABER Jump Starter, Car Battery Jump Starter Pack 1000A 13800mAh for 6.0L Gas/5.0L Diesel, IP68...**
105
$59⁹⁹
Save 15% with coupon
Get it as soon as **Mon, Dec 21**
FREE Shipping by Amazon
Arrives before Christmas

← Previous | **1** | 2 | 3 | … | 7 | Next →

### Brands related to your search
Sponsored



Emergency jump starter to boost your dead battery
Shop GOOLOO ›



Dual Lens Industrial Endoscope Inspection Camera
Shop L LIMINK ›

## Need help?

Visit the help section or contact us

22,048

Shop now

Sponsored

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Business Card | Your Orders |
| Press Center | Advertise Your Products | Amazon Business Line of Credit | Shipping Rates & Policies |
| Investor Relations | Self-Publish with Us | Shop with Points | Amazon Prime |
| Amazon Devices | Host an Amazon Hub | Credit Card Marketplace | Returns & Replacements |
| Amazon Tours | › See More Make Money with Us | Reload Your Balance | Manage Your Content and Devices |
| | | Amazon Currency Converter | Amazon Assistant |
| | | | Help |

English    United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web |
| Sell on Amazon Start a Selling Account | Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Rapids Fun stories for kids on the go |
| Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | DPReview Digital Photography | East Dane Designer Men's Fashion |
| Fabric Sewing, Quilting & Knitting | Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy |
| Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room |
| | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | Amazon Second Chance Pass it on, trade it in, give it a second life | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2020, Amazon.com, Inc. or its affiliates