EXHIBIT C

**Table 1. PACER Search Results for Cases Filed by NOCO from 2015-2020.**

|   | **Case Name** | **Case Number** | **Court** | **Date Filed** | **Date Closed** |
|---|---|---|---|---|---|
| 1 | Noco Company v. GMI Holdings, Inc. | 5:2020cv02624 | Ohio Northern District Court | 11/20/2020 | |
| 2 | Noco Company v. Shenzhen Xinguodu Technology Co., Ltd. | 1:2020cv02615 | Ohio Northern District Court | 11/20/2020 | |
| 3 | Noco Company v. Thieye Technologies Co., Ltd. | 1:2020cv02622 | Ohio Northern District Court | 11/20/2020 | |
| 4 | Noco Company v. Hardway Enterprises LLC | 1:2020cv02559 | Ohio Northern District Court | 11/13/2020 | |
| 5 | Noco Company v. Autogen Technology Co. Ltd. | 1:2020cv02500 | Ohio Northern District Court | 11/5/2020 | |
| 6 | Noco Company v. Shenzhen Guo Make Ji Youxiang Gongsi | 1:2020cv02467 | Ohio Northern District Court | 11/2/2020 | |
| 7 | Noco Company v. Shenzhen Pengfenghe Trading Co., Ltd. | 1:2020cv02469 | Ohio Northern District Court | 11/2/2020 | |

|  | **Case Name** | **Case Number** | **Court** | **Date Filed** | **Date Closed** |
|---|---|---|---|---|---|
| 8 | Noco Company v. Shenzhen Lifeng Maoyi Youxian Gongsi Corp. | 1:2020cv02466 | Ohio Northern District Court | 11/1/2020 | |
| 9 | Noco Company v. Sim Supply, Inc. | 1:2020cv02465 | Ohio Northern District Court | 11/1/2020 | 11/24/2020 |
| 10 | Noco Company v. Aukey Technology Co., Ltd. | 1:2020cv02431 | Ohio Northern District Court | 10/27/2020 | |
| 11 | Noco Company v. Shenzhen Jiading Ecommerce Ltd. et al | 1:2020cv02395 | Ohio Northern District Court | 10/21/2020 | |
| 12 | Noco Company v. Shenzhen Tomtop Technology Co. Ltd. | 1:2020cv02394 | Ohio Northern District Court | 10/21/2020 | |
| 13 | Noco Company v. Aukey Technology Co., Ltd., et al. | 1:2020cv02322 | Ohio Northern District Court | 10/13/2020 | |
| 14 | Noco Company v. Shenzhen Mediatek Tong Technology Co., Ltd. et al | 1:2020cv02161 | Ohio Northern District Court | 9/23/2020 | |

| | **Case Name** | **Case Number** | **Court** | **Date Filed** | **Date Closed** |
|---|---|---|---|---|---|
| 15 | Noco Company v. Buster's Marine Service | 1:2020cv02068 | Ohio Northern District Court | 9/15/2020 | 9/30/2020 |
| 16 | Noco Company v. Shenzhen Dingjiang Technology Co., Ltd. et al | 1:2020cv01954 | Ohio Northern District Court | 9/1/2020 | |
| 17 | Noco Company v. Shenzhen Xinzexing E-Commerce Co., Ltd. | 1:2020cv01960 | Ohio Northern District Court | 9/1/2020 | |
| 18 | Noco Company v. Substanbo Innovations Technology Limited et al | 1:2020cv01817 | Ohio Northern District Court | 8/14/2020 | |
| 19 | Noco Company v. Pelberg | 1:2020cv01647 | Ohio Northern District Court | 7/27/2020 | 8/12/2020 |
| 20 | Noco Company v. Zoro, Inc. | 1:2020cv01649 | Ohio Northern District Court | 7/27/2020 | |
| 21 | Noco Company v. Avenue A Stores, LLC | 1:2020cv01312 | Ohio Northern District Court | 6/17/2020 | |
| 22 | Noco Company, Inc. v. Aukey Technology Co., Ltd. | 1:2020cv01174 | Ohio Northern District Court | 5/28/2020 | |

| | **Case Name** | **Case Number** | **Court** | **Date Filed** | **Date Closed** |
|---|---|---|---|---|---|
| 23 | Noco Company, Inc. v. Guanqzhou Unique Electronics Co., Ltd., et al | 1:2020cv01169 | Ohio Northern District Court | 5/28/2020 | |
| 24 | Noco Company, Inc. v. Nice Team Enterprise Limited | 1:2020cv01173 | Ohio Northern District Court | 5/28/2020 | |
| 25 | Noco Company, Inc. v. Shenzhen Gooloo E-Commerce Co. | 1:2020cv01171 | Ohio Northern District Court | 5/28/2020 | |
| 26 | Noco Company, Inc. v. Shenzhen Yike Electronics Co., Ltd. | 1:2020cv01166 | Ohio Northern District Court | 5/28/2020 | |
| 27 | Noco Company, Inc. v. Zhejiang Quingyou Electronic Commerce Co., Ltd. | 1:2020cv01170 | Ohio Northern District Court | 5/28/2020 | |
| 28 | Noco Company v. MX Powerplay, LLC | 1:2020cv01114 | Ohio Northern District Court | 5/21/2020 | 10/13/2020 |
| 29 | Noco Company v. Ziegler | 1:2020cv00466 | Ohio Northern District Court | 2/28/2020 | 3/6/2020 |
| 30 | Noco Company v. AMCO Auto Parts, LLC et al | 1:2020cv00046 | Ohio Northern District Court | 1/9/2020 | 1/28/2020 |

|  | **Case Name** | **Case Number** | **Court** | **Date Filed** | **Date Closed** |
|---|---|---|---|---|---|
| 31 | Noco Company v. Shenzhen Valuelink E-Commerce Co., Ltd., et al. | 1:2020cv00049 | Ohio Northern District Court | 1/9/2020 | |
| 32 | Noco Company v. BWP Sales LLC | 1:2019cv02554 | Ohio Northern District Court | 10/31/2019 | 1/10/2020 |
| 33 | Noco Company v. Shelton | 1:2019cv02553 | Ohio Northern District Court | 10/31/2019 | |
| 34 | Noco Company v. Doe | 1:2019cv02460 | Ohio Northern District Court | 10/21/2019 | |
| 35 | Noco Company v. Doe | 1:2019cv02441 | Ohio Northern District Court | 10/18/2019 | 11/15/2019 |
| 36 | Noco Company v. Robertson | 1:2019cv02349 | Ohio Northern District Court | 10/9/2019 | 7/17/2020 |
| 37 | Noco Company v. Eagle Leather, Inc. | 1:2019cv02316 | Ohio Northern District Court | 10/3/2019 | 11/12/2019 |
| 38 | Noco Company v. Foster | 1:2019cv02317 | Ohio Northern District Court | 10/3/2019 | 10/18/2019 |
| 39 | Noco Company v. Grindatti | 1:2019cv02319 | Ohio Northern District Court | 10/3/2019 | 12/19/2019 |
| 40 | Noco Company v. Potnis | 1:2019cv02318 | Ohio Northern District Court | 10/3/2019 | 11/22/2019 |
| 41 | Noco Company v. Zhan | 1:2019cv02314 | Ohio Northern District Court | 10/3/2019 | 10/23/2019 |

|  | **Case Name** | **Case Number** | **Court** | **Date Filed** | **Date Closed** |
|---|---|---|---|---|---|
| 42 | Noco Company v. OJCommerce, LLC., et al. | 1:2019cv02298 | Ohio Northern District Court | 10/2/2019 | |
| 43 | Noco Company v. Rubinshtein | 1:2019cv02295 | Ohio Northern District Court | 10/1/2019 | 12/23/2019 |
| 44 | Noco Company v. Doe | 1:2019cv02260 | Ohio Northern District Court | 9/27/2019 | 2/20/2020 |
| 45 | Noco Company v. CE Showroom, Inc. | 1:2019cv02194 | Ohio Northern District Court | 9/23/2019 | 3/3/2020 |
| 46 | Noco Company v. Padsel, Inc. | 1:2019cv02176 | Ohio Northern District Court | 9/19/2019 | 1/31/2020 |
| 47 | Noco Company v. Doe | 1:2019cv02123 | Ohio Northern District Court | 9/13/2019 | 10/11/2019 |
| 48 | Noco Company v. Fox River Cycle, LLC | 1:2019cv02125 | Ohio Northern District Court | 9/13/2019 | 9/27/2019 |
| 49 | Noco Company v. Konganda | 1:2019cv02124 | Ohio Northern District Court | 9/13/2019 | 1/21/2020 |
| 50 | Noco Company v. Lars | 1:2019cv02119 | Ohio Northern District Court | 9/13/2019 | 1/16/2020 |
| 51 | Noco Company v. Stefanow | 1:2019cv02122 | Ohio Northern District Court | 9/13/2019 | 9/30/2019 |
| 52 | Noco Company v. Jolly | 1:2019cv02044 | Ohio Northern District Court | 9/5/2019 | 10/18/2019 |

| | **Case Name** | **Case Number** | **Court** | **Date Filed** | **Date Closed** |
|---|---|---|---|---|---|
| 53 | Noco Company v. Singla | 1:2019cv02042 | Ohio Northern District Court | 9/5/2019 | 10/3/2019 |
| 54 | Noco Company v. Waks | 1:2019cv02008 | Ohio Northern District Court | 8/30/2019 | 11/20/2019 |
| 55 | Noco Company v. Bennett | 1:2019cv01989 | Ohio Northern District Court | 8/29/2019 | 11/14/2019 |
| 56 | Noco Company v. Doe | 1:2019cv01985 | Ohio Northern District Court | 8/29/2019 | 2/11/2020 |
| 57 | Noco Company v. Giles | 1:2019cv01995 | Ohio Northern District Court | 8/29/2019 | |
| 58 | Noco Company v. City Supply, Inc. | 1:2019cv01970 | Ohio Northern District Court | 8/28/2019 | 1/17/2020 |
| 59 | Noco Company v. Doe | 1:2019cv01965 | Ohio Northern District Court | 8/27/2019 | |
| 60 | Noco Company v. Alonso Burgos | 1:2019cv01945 | Ohio Northern District Court | 8/25/2019 | 5/14/2020 |
| 61 | Noco Company v. Alzzery | 1:2019cv01938 | Ohio Northern District Court | 8/25/2019 | 11/15/2019 |
| 62 | Noco Company v. Bighi | 1:2019cv01944 | Ohio Northern District Court | 8/25/2019 | 11/27/2019 |
| 63 | Noco Company v. Cox | 1:2019cv01939 | Ohio Northern District Court | 8/25/2019 | 11/15/2019 |
| 64 | Noco Company v. Duy Ngoc | 1:2019cv01943 | Ohio Northern District Court | 8/25/2019 | 1/7/2020 |

| | **Case Name** | **Case Number** | **Court** | **Date Filed** | **Date Closed** |
|---|---|---|---|---|---|
| 65 | Noco Company v. Harrison | 1:2019cv01942 | Ohio Northern District Court | 8/25/2019 | 11/27/2019 |
| 66 | Noco Company v. Hatmaker | 1:2019cv01946 | Ohio Northern District Court | 8/25/2019 | 10/15/2019 |
| 67 | Noco Company v. Kottman | 1:2019cv01947 | Ohio Northern District Court | 8/25/2019 | 9/16/2019 |
| 68 | Noco Company v. Maggard | 1:2019cv01937 | Ohio Northern District Court | 8/25/2019 | 11/27/2019 |
| 69 | Noco Company v. Nguyen Thi Thu | 1:2019cv01936 | Ohio Northern District Court | 8/25/2019 | 12/10/2019 |
| 70 | Noco Company v. Nipper | 1:2019cv01940 | Ohio Northern District Court | 8/25/2019 | 6/17/2020 |
| 71 | Noco Company v. Siddiqui | 1:2019cv01941 | Ohio Northern District Court | 8/25/2019 | 9/5/2019 |
| 72 | Noco Company v. Barber | 1:2019cv01935 | Ohio Northern District Court | 8/23/2019 | 8/28/2019 |
| 73 | Noco Company v. DeSouza | 1:2019cv01932 | Ohio Northern District Court | 8/23/2019 | 9/6/2019 |
| 74 | Noco Company v. Gillanders | 1:2019cv01929 | Ohio Northern District Court | 8/23/2019 | 12/30/2019 |
| 75 | Noco Company v. Martin | 1:2019cv01928 | Ohio Northern District Court | 8/23/2019 | 1/23/2020 |

|  | **Case Name** | **Case Number** | **Court** | **Date Filed** | **Date Closed** |
|---|---|---|---|---|---|
| 76 | Noco Company v. Ritchie | 1:2019cv01925 | Ohio Northern District Court | 8/23/2019 | 9/16/2019 |
| 77 | Noco Company v. Rivera | 1:2019cv01933 | Ohio Northern District Court | 8/23/2019 | 11/15/2019 |
| 78 | Noco Company v. Tuan | 1:2019cv01921 | Ohio Northern District Court | 8/23/2019 | 11/21/2019 |
| 79 | Noco Company v. Warfield | 1:2019cv01927 | Ohio Northern District Court | 8/23/2019 | 10/3/2019 |
| 80 | Noco Company v. Mangin | 1:2019cv01915 | Ohio Northern District Court | 8/22/2019 | 10/29/2019 |
| 81 | Noco Company v. Mannion | 1:2019cv01922 | Ohio Northern District Court | 8/22/2019 | 9/9/2020 |
| 82 | Noco Company v. Truong | 1:2019cv01920 | Ohio Northern District Court | 8/22/2019 | 11/21/2019 |
| 83 | Noco Company v. Doe | 1:2019cv01901 | Ohio Northern District Court | 8/21/2019 | 12/23/2019 |
| 84 | NOCO Company v. Shenzhen Lianfa Tong Technology Co., Ltd. et al | 1:2019cv01855 | Ohio Northern District Court | 8/14/2019 | |
| 85 | Noco Company, Inc. v. Sictec Instruments Company Limited | 1:2019cv01856 | Ohio Northern District Court | 8/14/2019 | 3/27/2020 |

| | Case Name | Case Number | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| 86 | Noco Company v. Dumais | 1:2019cv01809 | Ohio Northern District Court | 8/8/2019 | 8/26/2019 |
| 87 | Noco Company v. Meny Chico | 1:2019cv01810 | Ohio Northern District Court | 8/8/2019 | 10/24/2019 |
| 88 | Noco Company v. Sertich | 1:2019cv01804 | Ohio Northern District Court | 8/8/2019 | 10/31/2019 |
| 89 | Noco Company v. Agcon Supply, LLC | 1:2019cv01794 | Ohio Northern District Court | 8/7/2019 | 9/27/2019 |
| 90 | Noco Company v. Doe | 1:2019cv01801 | Ohio Northern District Court | 8/7/2019 | 8/20/2019 |
| 91 | Noco Company v. Golden | 1:2019cv01797 | Ohio Northern District Court | 8/7/2019 | 8/26/2019 |
| 92 | Noco Company v. McDonough | 1:2019cv01790 | Ohio Northern District Court | 8/7/2019 | 8/20/2019 |
| 93 | Noco Company v. Skid Auto, LLC | 1:2019cv01796 | Ohio Northern District Court | 8/7/2019 | 9/3/2019 |
| 94 | Noco Company v. Bryan | 1:2019cv01781 | Ohio Northern District Court | 8/6/2019 | 9/9/2019 |
| 95 | Noco Company v. Copeland | 1:2019cv01779 | Ohio Northern District Court | 8/6/2019 | 11/15/2019 |
| 96 | Noco Company v. Ras | 1:2019cv01778 | Ohio Northern District Court | 8/6/2019 | 12/5/2019 |

| | **Case Name** | **Case Number** | **Court** | **Date Filed** | **Date Closed** |
|---|---|---|---|---|---|
| 97 | Noco Company v. Rothman | 1:2019cv01775 | Ohio Northern District Court | 8/6/2019 | 8/14/2019 |
| 98 | Noco Company v. Pierce | 1:2019cv01766 | Ohio Northern District Court | 8/5/2019 | 11/8/2019 |
| 99 | Noco Company v. Reshef | 1:2019cv01768 | Ohio Northern District Court | 8/5/2019 | 11/20/2019 |
| 100 | Noco Company v. Chuck Nash Chevrolet Buick, Inc. | 1:2019cv01746 | Ohio Northern District Court | 8/1/2019 | 8/29/2019 |
| 101 | Noco Company v. Doe | 1:2019cv01751 | Ohio Northern District Court | 8/1/2019 | 8/19/2019 |
| 102 | Noco Company v. Garro | 1:2019cv01703 | Ohio Northern District Court | 7/26/2019 | 8/20/2019 |
| 103 | Noco Company v. Hanna | 1:2019cv01702 | Ohio Northern District Court | 7/26/2019 | 11/8/2019 |
| 104 | Noco Company v. Doe | 1:2019cv01679 | Ohio Northern District Court | 7/23/2019 | 10/7/2019 |
| 105 | Noco Company v. Doe | 1:2019cv01683 | Ohio Northern District Court | 7/23/2019 | 2/27/2020 |
| 106 | Noco Company v. Kostelnik | 1:2019cv01682 | Ohio Northern District Court | 7/23/2019 | |
| 107 | Noco Company v. Layfield | 1:2019cv01674 | Ohio Northern District Court | 7/23/2019 | 8/10/2019 |
| 108 | Noco Company v. Doe | 1:2019cv01665 | Ohio Northern District Court | 7/22/2019 | 10/28/2019 |

|  | **Case Name** | **Case Number** | **Court** | **Date Filed** | **Date Closed** |
|---|---|---|---|---|---|
| 109 | Noco Company v. Ko | 1:2019cv01547 | Ohio Northern District Court | 7/8/2019 | 1/22/2020 |
| 110 | Noco Company v. Triplenetpricing LLC | 1:2019cv01550 | Ohio Northern District Court | 7/8/2019 | 7/17/2019 |
| 111 | NOCO Company v. Mustafa | 1:2019cv01513 | Ohio Northern District Court | 7/2/2019 | 7/30/2019 |
| 112 | Noco Company v. Ball | 1:2019cv01505 | Ohio Northern District Court | 7/1/2019 | 8/23/2019 |
| 113 | Noco Company v. Keifitz | 1:2019cv01413 | Ohio Northern District Court | 6/19/2019 | 9/30/2019 |
| 114 | Noco Company v. Webtronics Store, LLC | 1:2019cv01409 | Ohio Northern District Court | 6/19/2019 | 11/6/2019 |
| 115 | Noco Company v. Olsen | 1:2019cv01393 | Ohio Northern District Court | 6/18/2019 | 9/9/2019 |
| 116 | Noco Company v. Northern Marine Discount Electronics LLC | 1:2019cv01367 | Ohio Northern District Court | 6/13/2019 | 7/26/2019 |
| 117 | Noco Company v. Toner | 1:2019cv01328 | Ohio Northern District Court | 6/10/2019 | 9/30/2019 |
| 118 | Noco Company v. Le | 1:2019cv01295 | Ohio Northern District Court | 6/5/2019 | 10/7/2019 |
| 119 | Noco Company v. Marrero | 1:2019cv01291 | Ohio Northern District Court | 6/5/2019 | 10/7/2019 |

|     | **Case Name** | **Case Number** | **Court** | **Date Filed** | **Date Closed** |
|-----|---------------|-----------------|-----------|----------------|-----------------|
| 120 | Noco Company v. Mega Offers, LLC | 1:2019cv01293 | Ohio Northern District Court | 6/5/2019 | 9/5/2019 |
| 121 | Noco Company v. Mustachio | 1:2019cv01294 | Ohio Northern District Court | 6/5/2019 | 7/8/2019 |
| 122 | Noco Company v. Catanzaro | 1:2019cv01286 | Ohio Northern District Court | 6/4/2019 | 6/25/2019 |
| 123 | Noco Company v. Pearson | 1:2019cv01285 | Ohio Northern District Court | 6/4/2019 | 9/12/2019 |
| 124 | Noco Company v. Rolader | 1:2019cv01278 | Ohio Northern District Court | 6/4/2019 | 7/2/2019 |
| 125 | Noco Company v. Shipley | 1:2019cv01280 | Ohio Northern District Court | 6/4/2019 | 8/28/2019 |
| 126 | Noco Company v. Tzeiranakis | 1:2019cv01283 | Ohio Northern District Court | 6/4/2019 | 6/20/2019 |
| 127 | Noco Company v. Valenzuela | 1:2019cv01276 | Ohio Northern District Court | 6/4/2019 | 1/22/2020 |
| 128 | Noco Company v. Wind | 1:2019cv01282 | Ohio Northern District Court | 6/4/2019 | 7/18/2019 |
| 129 | Noco Company v. Zhu | 1:2019cv01279 | Ohio Northern District Court | 6/4/2019 | 1/17/2020 |
| 130 | Noco Company v. Arndt | 1:2019cv01271 | Ohio Northern District Court | 6/3/2019 | 9/12/2019 |

|  | **Case Name** | **Case Number** | **Court** | **Date Filed** | **Date Closed** |
|---|---|---|---|---|---|
| 131 | Noco Company v. Avramovic | 1:2019cv01268 | Ohio Northern District Court | 6/3/2019 | 2/21/2020 |
| 132 | Noco Company v. Foust | 1:2019cv01265 | Ohio Northern District Court | 6/3/2019 | 8/30/2019 |
| 133 | Noco Company v. Kraai | 1:2019cv01264 | Ohio Northern District Court | 6/3/2019 | 7/2/2019 |
| 134 | Noco Company v. Kincade III | 1:2019cv01168 | Ohio Northern District Court | 5/21/2019 | 6/4/2019 |
| 135 | Noco Company v. Zakay | 1:2019cv01167 | Ohio Northern District Court | 5/21/2019 | 12/30/2019 |
| 136 | Noco Company v. Doe | 1:2019cv01158 | Ohio Northern District Court | 5/20/2019 | 8/29/2019 |
| 137 | Noco Company v. Durousseau | 1:2019cv01142 | Ohio Northern District Court | 5/20/2019 | 7/19/2019 |
| 138 | Noco Company v. Hiester Automotive Sanford LLC et al | 1:2019cv01145 | Ohio Northern District Court | 5/20/2019 | 8/22/2019 |
| 139 | Noco Company v. Mauldin | 1:2019cv01161 | Ohio Northern District Court | 5/20/2019 | 9/27/2019 |
| 140 | Noco Company v. Page | 1:2019cv01152 | Ohio Northern District Court | 5/20/2019 | 10/21/2019 |
| 141 | Noco Company v. Speigel | 1:2019cv01147 | Ohio Northern District Court | 5/20/2019 | 8/20/2019 |

|  | **Case Name** | **Case Number** | **Court** | **Date Filed** | **Date Closed** |
|---|---|---|---|---|---|
| 142 | Noco Company v. Abe's Electronics Center, Inc. | 1:2019cv01121 | Ohio Northern District Court | 5/17/2019 | 8/29/2019 |
| 143 | Noco Company v. Kraut | 1:2019cv01133 | Ohio Northern District Court | 5/17/2019 | 11/21/2019 |
| 144 | Noco Company v. Mohammad | 1:2019cv01139 | Ohio Northern District Court | 5/17/2019 | 8/30/2019 |
| 145 | Noco Company v. Nikfarjam | 1:2019cv01128 | Ohio Northern District Court | 5/17/2019 | 8/10/2019 |
| 146 | Noco Company v. Scott Clay | 1:2019cv01124 | Ohio Northern District Court | 5/17/2019 | 9/27/2019 |
| 147 | Noco Company v. Simon | 1:2019cv01122 | Ohio Northern District Court | 5/17/2019 | 6/5/2020 |
| 148 | Noco Company v. Hanczuk | 1:2019cv01054 | Ohio Northern District Court | 5/10/2019 | 7/12/2019 |
| 149 | Noco Company v. Sky High Car Audio | 1:2019cv01059 | Ohio Northern District Court | 5/10/2019 | 6/7/2019 |
| 150 | Noco Company v. Revel Enterprises, Inc. | 1:2019cv01019 | Ohio Northern District Court | 5/7/2019 | 9/13/2019 |
| 151 | Noco Company v. Cauley | 1:2019cv00997 | Ohio Northern District Court | 5/3/2019 | 9/11/2019 |

| | **Case Name** | **Case Number** | **Court** | **Date Filed** | **Date Closed** |
|---|---|---|---|---|---|
| 152 | Noco Company v. Chow | 1:2019cv01003 | Ohio Northern District Court | 5/3/2019 | 10/5/2020 |
| 153 | Noco Company v. Detroit Tools & Hardware LLc | 1:2019cv01001 | Ohio Northern District Court | 5/3/2019 | 9/6/2019 |
| 154 | Noco Company v. Freid | 1:2019cv00889 | Ohio Northern District Court | 4/19/2019 | 9/9/2019 |
| 155 | Noco Company v. Blizzard, LLC | 1:2019cv00857 | Ohio Northern District Court | 4/17/2019 | 5/31/2019 |
| 156 | Noco Company v. CTEK, Inc., et al. | 1:2019cv00853 | Ohio Northern District Court | 4/16/2019 | 12/8/2020 |
| 157 | Noco Company v. Doe | 1:2019cv00850 | Ohio Northern District Court | 4/16/2019 | 7/30/2019 |
| 158 | Noco Company v. Doe | 1:2019cv00832 | Ohio Northern District Court | 4/15/2019 | 12/9/2019 |
| 159 | Noco Company v. NW Total Truck Accessories, LLC | 1:2019cv00835 | Ohio Northern District Court | 4/15/2019 | 5/6/2019 |
| 160 | Noco Company v. Doe | 1:2019cv00804 | Ohio Northern District Court | 4/11/2019 | 6/25/2019 |
| 161 | Noco Company v. Doe | 1:2019cv00772 | Ohio Northern District Court | 4/8/2019 | 11/27/2019 |
| 162 | Noco Company v. Kenney | 1:2019cv00773 | Ohio Northern District Court | 4/8/2019 | 5/7/2019 |
| 163 | Noco Company v. Doe | 1:2019cv00707 | Ohio Northern District Court | 3/29/2019 | 12/13/2019 |

|  | **Case Name** | **Case Number** | **Court** | **Date Filed** | **Date Closed** |
|---|---|---|---|---|---|
| 164 | Noco Company v. Hill | 1:2019cv00700 | Ohio Northern District Court | 3/29/2019 | 9/9/2019 |
| 165 | Noco Company v. James | 1:2019cv00694 | Ohio Northern District Court | 3/29/2019 | 10/28/2019 |
| 166 | Noco Company v. Parrish | 1:2019cv00702 | Ohio Northern District Court | 3/29/2019 | 4/17/2019 |
| 167 | Noco Company v. Powell | 1:2019cv00698 | Ohio Northern District Court | 3/29/2019 | 4/19/2019 |
| 168 | Noco Company v. Roemershauser | 1:2019cv00697 | Ohio Northern District Court | 3/29/2019 | 4/11/2019 |
| 169 | Noco Company v. Ross | 1:2019cv00691 | Ohio Northern District Court | 3/29/2019 | 9/9/2019 |
| 170 | Noco Company v. Sappenfield | 1:2019cv00706 | Ohio Northern District Court | 3/29/2019 | 4/30/2019 |
| 171 | Noco Company v. Simpson | 1:2019cv00693 | Ohio Northern District Court | 3/29/2019 | 10/5/2020 |
| 172 | Noco Company v. Wlodkowska | 1:2019cv00704 | Ohio Northern District Court | 3/29/2019 | 9/16/2019 |
| 173 | Noco Company v. Copperstate Battery, Inc. | 1:2019cv00585 | Ohio Northern District Court | 3/15/2019 | 4/1/2019 |

|  | **Case Name** | **Case Number** | **Court** | **Date Filed** | **Date Closed** |
|---|---|---|---|---|---|
| 174 | Noco Company v. Gilford's Auto Sales, GPA | 1:2019cv00586 | Ohio Northern District Court | 3/15/2019 | 4/15/2019 |
| 175 | Noco Company v. Quality Industries, LLC | 1:2019cv00581 | Ohio Northern District Court | 3/15/2019 | 9/9/2019 |
| 176 | Noco Company v. Brake Tech Tools, LLC | 1:2019cv00573 | Ohio Northern District Court | 3/14/2019 | 3/29/2019 |
| 177 | Noco Company v. Cisco | 1:2019cv00569 | Ohio Northern District Court | 3/14/2019 | 6/14/2019 |
| 178 | Noco Company v. East Marine L.L.C. | 1:2019cv00577 | Ohio Northern District Court | 3/14/2019 | 5/7/2019 |
| 179 | Noco Company v. Imran | 1:2019cv00567 | Ohio Northern District Court | 3/14/2019 | 4/1/2019 |
| 180 | Noco Company v. John Doe | 1:2019cv00575 | Ohio Northern District Court | 3/14/2019 | 7/11/2019 |
| 181 | Noco Company v. Ross | 1:2019cv00576 | Ohio Northern District Court | 3/14/2019 | 4/25/2019 |
| 182 | Noco Company v. Harwood | 1:2019cv00453 | Ohio Northern District Court | 2/28/2019 | 3/28/2019 |

| | **Case Name** | **Case Number** | **Court** | **Date Filed** | **Date Closed** |
|---|---|---|---|---|---|
| 183 | Noco Company v. Okabe | 1:2019cv00444 | Ohio Northern District Court | 2/27/2019 | 3/27/2019 |
| 184 | Noco Company v. Highborn, Inc. | 1:2019cv00412 | Ohio Northern District Court | 2/25/2019 | 3/12/2019 |
| 185 | Noco Company v. All-One-Shop LLC | 1:2019cv00398 | Ohio Northern District Court | 2/22/2019 | 5/10/2019 |
| 186 | Noco Company v. AMI Ventures, Inc. | 1:2019cv00395 | Ohio Northern District Court | 2/22/2019 | 4/30/2019 |
| 187 | Noco Company v. Lamb | 1:2019cv00397 | Ohio Northern District Court | 2/22/2019 | 9/5/2019 |
| 188 | Noco Company v. Doe | 1:2019cv00296 | Ohio Northern District Court | 2/7/2019 | 4/2/2019 |
| 189 | Noco Company v. Woods | 1:2019cv00293 | Ohio Northern District Court | 2/7/2019 | 2/25/2019 |
| 190 | Noco Company v. McKenlay | 1:2019cv00250 | Ohio Northern District Court | 2/1/2019 | 5/17/2019 |
| 191 | Noco Company v. RVI Distribution, Inc. et al | 1:2019cv00251 | Ohio Northern District Court | 2/1/2019 | 5/16/2019 |
| 192 | Noco Company v. AZ Wholesale USA | 1:2019cv00199 | Ohio Northern District Court | 1/25/2019 | 6/4/2019 |
| 193 | Noco Company v. Batist Distribution et al | 1:2019cv00190 | Ohio Northern District Court | 1/25/2019 | 8/23/2019 |

| | **Case Name** | **Case Number** | **Court** | **Date Filed** | **Date Closed** |
|---|---|---|---|---|---|
| 194 | Noco Company v. Best & Fast Solutions Corp. | 1:2019cv00200 | Ohio Northern District Court | 1/25/2019 | 2/28/2019 |
| 195 | Noco Company v. BOCA Deals, LLC | 1:2019cv00195 | Ohio Northern District Court | 1/25/2019 | 4/8/2019 |
| 196 | Noco Company v. Doe | 1:2019cv00202 | Ohio Northern District Court | 1/25/2019 | 6/28/2019 |
| 197 | Noco Company v. Khaustov | 1:2019cv00196 | Ohio Northern District Court | 1/25/2019 | 11/27/2019 |
| 198 | Noco Company v. Asyari | 1:2019cv00187 | Ohio Northern District Court | 1/24/2019 | 12/2/2019 |
| 199 | Noco Company v. Estiawan | 1:2019cv00188 | Ohio Northern District Court | 1/24/2019 | 10/15/2019 |
| 200 | Noco Company v. RVUpgrades, Inc. | 1:2019cv00183 | Ohio Northern District Court | 1/24/2019 | 5/15/2019 |
| 201 | Noco Company v. Camper's Paradise LLC | 1:2019cv00173 | Ohio Northern District Court | 1/23/2019 | 7/19/2019 |
| 202 | Noco Company v. Transport Diesel Service, Inc. | 1:2019cv00143 | Ohio Northern District Court | 1/18/2019 | 2/1/2019 |
| 203 | Noco Company v. Heaney | 1:2019cv00136 | Ohio Northern District Court | 1/17/2019 | 9/9/2019 |
| 204 | Noco Company v. Lee | 1:2019cv00121 | Ohio Northern District Court | 1/17/2019 | 9/6/2019 |

| | Case Name | Case Number | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| 205 | Noco Company v. Libby | 1:2019cv00126 | Ohio Northern District Court | 1/17/2019 | 6/3/2019 |
| 206 | Noco Company v. Garden | 1:2019cv00115 | Ohio Northern District Court | 1/16/2019 | 5/14/2019 |
| 207 | Noco Company v. Murphey | 1:2019cv00114 | Ohio Northern District Court | 1/16/2019 | 1/28/2019 |
| 208 | Noco Company v. BZB Products, LLC et al | 1:2019cv00104 | Ohio Northern District Court | 1/15/2019 | 5/13/2019 |
| 209 | Noco Company v. Silver | 1:2019cv00068 | Ohio Northern District Court | 1/10/2019 | 2/5/2019 |
| 210 | Noco Company v. Ultimate Truck and Car Accessories, LLC et al | 1:2019cv00074 | Ohio Northern District Court | 1/10/2019 | 1/18/2019 |
| 211 | Noco Company v. Crimp Supply, Inc. | 1:2019cv00061 | Ohio Northern District Court | 1/9/2019 | 1/17/2019 |
| 212 | Noco Company v. Lakemill LLC | 1:2019cv00062 | Ohio Northern District Court | 1/9/2019 | 1/24/2019 |
| 213 | Noco Company v. Hicks | 1:2019cv00030 | Ohio Northern District Court | 1/4/2019 | 1/18/2019 |
| 214 | Noco Company v. Doe | 1:2018cv02952 | Ohio Northern District Court | 12/21/2018 | 8/30/2019 |

|  | **Case Name** | **Case Number** | **Court** | **Date Filed** | **Date Closed** |
|---|---|---|---|---|---|
| 215 | Noco Company v. Doe | 1:2018cv02954 | Ohio Northern District Court | 12/21/2018 | 2/11/2019 |
| 216 | Noco Company v. Elias | 1:2018cv02947 | Ohio Northern District Court | 12/21/2018 | 1/11/2019 |
| 217 | Noco Company v. Power Up Marine LLC | 1:2018cv02942 | Ohio Northern District Court | 12/21/2018 | 1/17/2019 |
| 218 | Noco Company v. Vargas | 1:2018cv02945 | Ohio Northern District Court | 12/21/2018 | 7/19/2019 |
| 219 | Noco Company v. Apex Golf Carts, Inc. et al | 1:2018cv02815 | Ohio Northern District Court | 12/6/2018 | 12/18/2018 |
| 220 | Noco Company v. Abernethy Chevrolet | 1:2018cv02808 | Ohio Northern District Court | 12/5/2018 | 12/19/2018 |
| 221 | Noco Company v. Knight | 1:2018cv02803 | Ohio Northern District Court | 12/5/2018 | 1/10/2019 |
| 222 | Noco Company v. Doe | 1:2018cv02765 | Ohio Northern District Court | 11/30/2018 | 3/6/2019 |
| 223 | Noco Company v. Doe | 1:2018cv02766 | Ohio Northern District Court | 11/30/2018 | 3/27/2019 |
| 224 | Noco Company v. Isave.com, Inc. et al | 1:2018cv02773 | Ohio Northern District Court | 11/30/2018 | 12/19/2018 |
| 225 | Noco Company, Inc. v. Smartech Products, Inc,. | 1:2018cv02780 | Ohio Northern District Court | 11/30/2018 |  |

|  | **Case Name** | **Case Number** | **Court** | **Date Filed** | **Date Closed** |
|---|---|---|---|---|---|
| 226 | Noco Company v. Buylow Warehouse LLC | 1:2018cv02758 | Ohio Northern District Court | 11/29/2018 | 8/15/2019 |
| 227 | Noco Company v. Mantelli Trailer Sales, Inc. | 1:2018cv02702 | Ohio Northern District Court | 11/20/2018 | 12/20/2018 |
| 228 | Noco Company v. Peterson et al | 3:2018cv02708 | Ohio Northern District Court | 11/20/2018 | |
| 229 | Noco Company v. York Sales Inc. | 1:2018cv02701 | Ohio Northern District Court | 11/20/2018 | 4/10/2019 |
| 230 | NOCO Company v. Crossroads Auction House LLC | 1:2018cv02678 | Ohio Northern District Court | 11/19/2018 | 12/6/2018 |
| 231 | NOCO Company v. Layell | 1:2018cv02680 | Ohio Northern District Court | 11/19/2018 | 5/28/2019 |
| 232 | Noco Company v. Nguyen | 1:2018cv02679 | Ohio Northern District Court | 11/19/2018 | 7/19/2019 |
| 233 | Noco Company v. Ahmed | 1:2018cv02672 | Ohio Northern District Court | 11/16/2018 | 11/27/2018 |
| 234 | Noco Company v. Ellman | 1:2018cv02660 | Ohio Northern District Court | 11/16/2018 | 10/7/2019 |
| 235 | Noco Company v. Lefk | 1:2018cv02664 | Ohio Northern District Court | 11/16/2018 | 9/13/2019 |

|  | Case Name | Case Number | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| 236 | Noco Company v. McCurdy | 1:2018cv02668 | Ohio Northern District Court | 11/16/2018 | 12/10/2018 |
| 237 | Noco Company v. Olson | 1:2018cv02655 | Ohio Northern District Court | 11/16/2018 | 5/1/2019 |
| 238 | Noco Company v. ShenZhen Baoweikai Technology Co., Ltd. | 1:2018cv02662 | Ohio Northern District Court | 11/16/2018 | 8/6/2019 |
| 239 | Noco Company v. Silver | 1:2018cv02671 | Ohio Northern District Court | 11/16/2018 | 6/7/2019 |
| 240 | Noco Company v. Taoyuanweiye (SZ) Co., Ltd. | 1:2018cv02667 | Ohio Northern District Court | 11/16/2018 | 5/14/2019 |
| 241 | Noco Company v. Treadway | 1:2018cv02657 | Ohio Northern District Court | 11/16/2018 | 12/4/2018 |
| 242 | Noco Company v. Zhu | 1:2018cv02670 | Ohio Northern District Court | 11/16/2018 | 5/14/2019 |
| 243 | Noco Company v. Honig | 1:2018cv02641 | Ohio Northern District Court | 11/15/2018 | 7/26/2019 |
| 244 | Noco Company v. Shenzhen Lancaitong Technology Co., Ltd. | 1:2018cv02648 | Ohio Northern District Court | 11/15/2018 | 11/18/2019 |

| | **Case Name** | **Case Number** | **Court** | **Date Filed** | **Date Closed** |
|---|---|---|---|---|---|
| 245 | Noco Company v. Shenzhen Wanerdun Trade Co., Ltd. | 1:2018cv02649 | Ohio Northern District Court | 11/15/2018 | 11/18/2019 |
| 246 | Noco Company v. Shenzhen Zhida Xintai Technology Co., Ltd. | 1:2018cv02650 | Ohio Northern District Court | 11/15/2018 | 4/17/2019 |
| 247 | Noco Company v. DongGuan TaoYuanXiangBao ZhiPinYouXianGongSi Ltd. | 1:2018cv02626 | Ohio Northern District Court | 11/14/2018 | 8/6/2019 |
| 248 | Noco Company v. Guan | 1:2018cv02627 | Ohio Northern District Court | 11/14/2018 | 11/18/2019 |
| 249 | Noco Company v. Jia | 1:2018cv02629 | Ohio Northern District Court | 11/14/2018 | 11/18/2019 |
| 250 | Noco Company v. Jijuxie Technology Co. Ltd. | 1:2018cv02630 | Ohio Northern District Court | 11/14/2018 | 10/8/2019 |
| 251 | Noco Company v. Luo | 1:2018cv02631 | Ohio Northern District Court | 11/14/2018 | 8/6/2019 |
| 252 | Noco Company v. Shang hai shi yuan mao yi you xian gong si | 1:2018cv02632 | Ohio Northern District Court | 11/14/2018 | 10/3/2019 |

|  | **Case Name** | **Case Number** | **Court** | **Date Filed** | **Date Closed** |
|---|---|---|---|---|---|
| 253 | Noco Company v. ShenZhen Fulvyuan Electronics Co., Ltd. | 1:2018cv02633 | Ohio Northern District Court | 11/14/2018 | 5/14/2019 |
| 254 | Noco Company v. Shenzhen HuaErSheng Technology Co., Ltd. | 1:2018cv02634 | Ohio Northern District Court | 11/14/2018 | 4/17/2020 |
| 255 | Noco Company v. Aplars LLC | 1:2018cv02562 | Ohio Northern District Court | 11/6/2018 | 3/25/2019 |
| 256 | Noco Company v. Chang | 1:2018cv02561 | Ohio Northern District Court | 11/6/2018 | 5/19/2020 |
| 257 | Noco Company v. John Doe | 1:2018cv02486 | Ohio Northern District Court | 10/29/2018 | 2/14/2019 |
| 258 | Noco Company v. John Doe | 1:2018cv02493 | Ohio Northern District Court | 10/29/2018 | 3/18/2019 |
| 259 | Noco Company v. Marden's Corp. | 1:2018cv02490 | Ohio Northern District Court | 10/29/2018 | 11/21/2018 |
| 260 | Noco Company v. Below Retail, LLC | 1:2018cv02473 | Ohio Northern District Court | 10/26/2018 | 1/10/2019 |
| 261 | Noco Company v. Healey Chevrolet, Inc. | 1:2018cv02474 | Ohio Northern District Court | 10/26/2018 | 12/4/2018 |
| 262 | Noco Company v. Joshua Carton | 1:2018cv02472 | Ohio Northern District Court | 10/26/2018 | 10/30/2018 |

|  | **Case Name** | **Case Number** | **Court** | **Date Filed** | **Date Closed** |
|---|---|---|---|---|---|
| 263 | Noco Company v. Menachem Greenberg | 1:2018cv02475 | Ohio Northern District Court | 10/26/2018 | 6/3/2019 |
| 264 | Noco Company v. Stories Tools Plus, LP | 1:2018cv02479 | Ohio Northern District Court | 10/26/2018 | 11/5/2018 |
| 265 | Noco Company v. Galina Sagitova | 1:2018cv02463 | Ohio Northern District Court | 10/25/2018 | 7/9/2019 |
| 266 | Noco Company v. Joshua Dean Brito | 1:2018cv02461 | Ohio Northern District Court | 10/25/2018 | 5/24/2019 |
| 267 | Noco Company v. Mark D. Romeo | 1:2018cv02465 | Ohio Northern District Court | 10/25/2018 | 5/1/2019 |
| 268 | Noco Company v. Vyacheslav Danilchenko | 1:2018cv02462 | Ohio Northern District Court | 10/25/2018 | 5/14/2019 |
| 269 | Noco Company v. Raksin | 1:2018cv02390 | Ohio Northern District Court | 10/15/2018 | 11/5/2018 |
| 270 | Noco Company v. S&D Commodities Corp. | 1:2018cv02350 | Ohio Northern District Court | 10/10/2018 | 10/16/2018 |
| 271 | Noco Company v. CE Showroom, Inc. | 1:2018cv02324 | Ohio Northern District Court | 10/5/2018 | 12/6/2018 |
| 272 | NOCO Company v. Partshawk, LLC | 1:2018cv02327 | Ohio Northern District Court | 10/5/2018 | 11/26/2018 |

| | **Case Name** | **Case Number** | **Court** | **Date Filed** | **Date Closed** |
|---|---|---|---|---|---|
| 273 | Noco Company, Inc. v. Guangzhou Boju Information Technology Co., Ltd. | 1:2018cv02295 | Ohio Northern District Court | 10/3/2018 | 12/13/2018 |
| 274 | Noco Company v. Dutro Ford Lincoln, Inc./Graham Auto Group | 1:2018cv02265 | Ohio Northern District Court | 10/1/2018 | 10/22/2018 |
| 275 | NOCO Company v. Toste | 1:2018cv02270 | Ohio Northern District Court | 10/1/2018 | 11/15/2018 |
| 276 | Noco Company v. Huffines Chevrolet Lewisville, Inc. | 1:2018cv02245 | Ohio Northern District Court | 9/28/2018 | 10/11/2018 |
| 277 | Noco Company v. Four GS Equipment, LLC | 1:2018cv02232 | Ohio Northern District Court | 9/27/2018 | 11/13/2018 |
| 278 | Noco Company v. Anchor Electronics, Inc. | 1:2018cv02039 | Ohio Northern District Court | 9/6/2018 | 10/18/2018 |
| 279 | Noco Company v. Retailmakr, Inc. | 1:2018cv01772 | Ohio Northern District Court | 7/31/2018 | 7/8/2019 |
| 280 | Noco Company v. Triplenetpricing LLC | 1:2018cv01555 | Ohio Northern District Court | 7/9/2018 | 9/7/2018 |

|  | Case Name | Case Number | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| 281 | Noco Company v. Caliente Technologies, Inc. | 1:2018cv01502 | Ohio Northern District Court | 7/2/2018 | 10/1/2018 |
| 282 | Noco Company v. John Doe | 1:2018cv01202 | Ohio Northern District Court | 5/24/2018 | 8/14/2018 |
| 283 | Noco Company v. Filter Pro | 1:2018cv01158 | Ohio Northern District Court | 5/21/2018 | 8/13/2018 |
| 284 | Noco Company v. Katz | 1:2018cv01160 | Ohio Northern District Court | 5/21/2018 | 7/19/2018 |
| 285 | Noco Company v. Shop Eddies | 1:2018cv01157 | Ohio Northern District Court | 5/21/2018 | 9/25/2018 |
| 286 | Noco Company v. Automotive Tool Professionals, Inc. | 1:2018cv01093 | Ohio Northern District Court | 5/14/2018 | 12/27/2018 |
| 287 | Noco Company v. DJ Direct, Inc, | 1:2018cv01053 | Ohio Northern District Court | 5/7/2018 | 10/2/2018 |
| 288 | Noco Company v. BoxyBay, LLC | 1:2018cv00933 | Ohio Northern District Court | 4/24/2018 | 10/25/2018 |
| 289 | Noco Company v. AAA Security Depot | 1:2018cv00558 | Ohio Northern District Court | 3/12/2018 | 6/1/2018 |
| 290 | Noco Company v. Just Elektronika, LLC | 1:2018cv00560 | Ohio Northern District Court | 3/12/2018 | 2/6/2019 |

|  | **Case Name** | **Case Number** | **Court** | **Date Filed** | **Date Closed** |
|---|---|---|---|---|---|
| 291 | Noco Company v. Mechanixgear | 1:2018cv00559 | Ohio Northern District Court | 3/12/2018 | 8/23/2018 |
| 292 | Noco Company v. Tooltopia, LLC | 1:2018cv00537 | Ohio Northern District Court | 3/8/2018 | 4/26/2018 |
| 293 | Noco Company v. Batist Distribution | 1:2018cv00511 | Ohio Northern District Court | 3/6/2018 | 8/8/2018 |
| 294 | Noco Company v. Emain | 1:2018cv00516 | Ohio Northern District Court | 3/6/2018 | 6/28/2018 |
| 295 | Noco Company v. Onyx Enterprises Int'l Corp. | 1:2018cv00463 | Ohio Northern District Court | 2/27/2018 | 5/9/2018 |
| 296 | Noco Company v. Zuho, Inc. | 1:2018cv00439 | Ohio Northern District Court | 2/23/2018 | 3/29/2018 |
| 297 | Noco Company v. Century Tool & Equipment | 1:2018cv00401 | Ohio Northern District Court | 2/20/2018 | 5/10/2018 |
| 298 | Noco Company v. Weisser Distributing, Inc. | 1:2018cv00405 | Ohio Northern District Court | 2/20/2018 | 4/3/2018 |
| 299 | Noco Company v. At Battery Company Inc. | 1:2018cv00259 | Ohio Northern District Court | 2/1/2018 | 6/28/2018 |

| | **Case Name** | **Case Number** | **Court** | **Date Filed** | **Date Closed** |
|---|---|---|---|---|---|
| 300 | Noco Company v. PDI Racing | 1:2017cv02436 | Ohio Northern District Court | 11/21/2017 | 6/1/2018 |
| 301 | Noco Company v. Mark Shuman, Inc. | 1:2017cv02419 | Ohio Northern District Court | 11/20/2017 | 1/30/2018 |
| 302 | Noco Company, Inc. v. Shenzhen Dika Na'er E-Commerce Co., Ltd. | 1:2017cv02282 | Ohio Northern District Court | 10/30/2017 | 1/9/2020 |
| 303 | Noco Company Inc. v. Shenzhen ChangXinYang Technology Co., Ltd. | 1:2017cv02209 | Ohio Northern District Court | 10/19/2017 | 11/24/2020 |
| 304 | Noco Company Inc. v. Shenzhen Anband Technology Co., Ltd. | 1:2017cv02205 | Ohio Northern District Court | 10/19/2017 | 8/6/2018 |
| 305 | Noco Company, Inc. v. Shenzhen Valuelink E-Commerce Co., Ltd. | 1:2017cv02210 | Ohio Northern District Court | 10/19/2017 | |
| 306 | Noco Company, Inc. v. SZ Jingxinghui Electronics Technology Co., Ltd. | 1:2017cv02208 | Ohio Northern District Court | 10/19/2017 | 7/27/2018 |
| 307 | Noco Company v. RVI Distribution, Inc. | 1:2017cv01996 | Ohio Northern District Court | 9/22/2017 | 10/19/2017 |

|  | Case Name | Case Number | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| 308 | Noco Company v. Amazing Deals Online | 1:2017cv01759 | Ohio Northern District Court | 8/22/2017 | 2/28/2020 |
| 309 | Noco Company v. HBG Distribution Inc. | 1:2017cv01757 | Ohio Northern District Court | 8/22/2017 | 10/27/2017 |
| 310 | Noco Company v. Protx Performance | 1:2017cv01762 | Ohio Northern District Court | 8/22/2017 | 4/27/2018 |
| 311 | Noco Company v. BoxyBay, LLC | 1:2017cv01581 | Ohio Northern District Court | 7/27/2017 | 11/30/2017 |
| 312 | Noco Company v. Gaurav Pandey, LLC | 1:2017cv01580 | Ohio Northern District Court | 7/27/2017 | 1/31/2018 |
| 313 | Noco Company v. J&B Tool Sales, Inc. | 1:2017cv01578 | Ohio Northern District Court | 7/27/2017 | 9/14/2017 |
| 314 | Noco Company v. Overloaded Mobile | 1:2017cv01575 | Ohio Northern District Court | 7/27/2017 | 12/18/2017 |
| 315 | Noco Company v. Walker Distribution | 1:2017cv01577 | Ohio Northern District Court | 7/27/2017 | 12/15/2017 |
| 316 | Noco Company, Inc. v. SBI Smart Brands International (America) Ltd. et al | 1:2016cv02665 | Ohio Northern District Court | 11/1/2016 | 11/29/2018 |