### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| THE NOCO COMPANY, | )<br>)<br>) |
| Plaintiff, | ) **CASE NO. 1:20-cv-02322-SO** |
| v. | )<br>)<br>) **JUDGE SOLOMON OLIVER, JR.** |
| AUKEY TECHNOLOGY CO., LTD., et al, | ) |
| Defendants. | )<br>)<br>)<br>) |

### PLAINTIFF THE NOCO COMPANY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEFS

Pursuant to Fed. R. Civ. P. 6(b), Plaintiff The NOCO Company ("***NOCO***") respectfully requests a short extension of time until December 31, 2020, to file its replies to Defendants' briefs in oppositions to Plaintiff's Motion for Preliminary Injunction and Motion for Expedited Discovery. Pursuant to Local Rule 7.1(e), NOCO has until December 28, 2020, to file its reply in support of the Motion for Preliminary Injunction and until December 29, 2020, to file its reply in support of the Motion for Expedited Discovery. NOCO requests this extension due to the holiday season and year end closings and makes this request in good faith. By granting this Motion, NOCO would have until December 31, 2020, to file its replies in support of both motions.

Plaintiff's Counsel contacted Defendants' Counsel on December 23, 2020; Counsel for Defendants indicated that they would not object to NOCO's request for an extension.

On December 4, 2020, NOCO requested that the Court grant injunctive relief, particularly due to the continued and repetitive removal of NOCO products from the Browse Nodes on the Amazon Marketplace. (*See* ECF # 5).

On December 8, 2020, NOCO requested that the Court allow NOCO to begin conducting expedited discovery. (*See* ECF # 10). Defendants opposed both motions. (*See* ECF ## 10, 11). NOCO now requests that the Court issue an ordering allowing NOCO until December 31, 2020, to file its replies in support of the Motion for Preliminary Injunction and Motion for Expedited Discovery.

A proposed order granting this Motion is attached as Exhibit A.

        Respectfully Submitted,

        **KOHRMAN JACKSON & KRANTZ LLP**

        */s/ Jon J. Pinney*
        JON J. PINNEY (0072761)
        JONATHON W. GROZA (0083985)
        JUSTINE LARA KONICKI (0086277)
        KYLE D. STROUP (0099118)
        One Cleveland Center, 29th Floor
        1375 East Ninth Street
        Cleveland, Ohio 44114-1793
        Telephone: (216) 696-8700
        Facsimile: (216) 621-6536
        Email: jjp@kjk.com; jwg@kjk.com;
                jlk@kjk.com; kds@kjk.com

        *Counsel for Plaintiff The NOCO Company*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing has been filed electronically on this 23rd day of December, 2020.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties not receiving service through the Court's electronic filing system will be served by mail at the following addresses:

Aukey Technology Co., Ltd.
Room 102
Building P09
Huanan Dianzi Trading Center Plaza
Shenzhen 518111 China

Shenzhenshi Jiangyun Shangmaoyouxiangongsi
Room 913, Block B, World Financial Center
Heping Road, Nanhu Street
Luohu District
Shenzhen, Guangdong, 518111 China

Wodeshijikeji Shenzhen Youxiangongsi
Longgangqu Bujijiedao Buzhonglu 12 Hao
Meidulanhuating Czuo 8B
Shenzhen, Guangdong 518114 China

*/s/ Jon J. Pinney*
Jon J. Pinney