# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **THE NOCO COMPANY,** | ) | CASE NO. 1:20-cv-02322 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) | |
| | ) | |
| **AUKEY TECHNOLOGY CO. LTD., et al.,** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## PROPOSED ORDER

This matter is before the Court on the Plaintiff's Motion for Extension of Time to File Reply Briefs (ECF # 13).

After due consideration, and for good cause shown, the Motion is hereby **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that NOCO shall have until, up to and including, December 31, 2020, to file its reply briefs to the Motion for Preliminary Injunction and Motion for Expedited Discovery.

**IT IS SO ORDERED.**

_____       _____
DATE                                                       JUDGE SOLOMON OLIVER, JR.

{K0823524.1}

**EXHIBIT A**