# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **THE NOCO COMPANY** ) | CASE NO. 1:20-cv-02322 |
| ) | |
| Plaintiff, ) | JUDGE SOLOMON OLIVER, JR |
| ) | |
| v. ) | |
| ) | |
| **AUKEY TECHNOLOGY CO., LTD., et al.** ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

Please take notice that Justine Lara Konicki of the law firm of Kohrman Jackson & Krantz LLP withdraws as co-counsel for Plaintiff The NOCO Company. The undersigned requests that Ms. Konicki be removed from all pleadings, notices, and other communications by the Court and that all future pleadings, notices, and other communications concerning this matter be sent as set forth below:

Jon J. Pinney
Jonathon W. Groza
Kyle D. Stroup
KOHRMAN JACKSON & KRANTZ LLP
One Cleveland Center, 29th Floor
1375 East Ninth Street
Cleveland, Ohio 44114-1793

Respectfully submitted,

**KOHRMAN JACKSON & KRANTZ LLP**

*/s/ Jon J. Pinney*
JON J. PINNEY (0072761)
JONATHON W. GROZA (0083985)
KYLE D. STROUP (0099118)
One Cleveland Center, 29th Floor
1375 East Ninth Street
Cleveland, Ohio 44114-1793
Telephone: (216) 696-8700
Facsimile: (216) 621-6536
Email: jjp@kjk.com; jwg@kjk.com;
       kds@kjk.com

*Counsel for Plaintiff The NOCO Company*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was filed electronically on March 17, 2021.  Notice of this filing will be sent to all parties by operation of the court's electronic filing system.

/s/*Jon J. Pinney*