Clerk's Office
U.S. District Court
for the Northern District of Ohio
801 W Superior Ave #100
Cleveland, OH 44113




U.S. POSTAGE PAID
FCM LE
CLEVELAND, OH
44114
OCT 14, 20
AMOUNT
$26.49
R2305K142349-10



**FILED**
10:26 am Mar 31 2021
Clerk U.S. District Court
Northern District of Ohio
Cleveland

1:20cv2322

5180

Avail
3-31-21

SHENZHENSHI JIANGYUN
SHANGMAOYOUXIANGONGSI,
Room 913, Block B, World Financial Center,
Heping Road, Nanhu street,
Luohu District
Shenzhen, Guangdong, 518000, China

6-13

