UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| THE NOCO COMPANY, INC., | ) CASE NO. 1:20-cv-02322 |
| Plaintiff, | ) |
| v. | ) JUDGE SOLOMON OLIVER, JR. |
| AUKEY TECHNOLOGY CO., LTD, | ) |
| Defendant. | ) |

**MOTION FOR AN EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), Defendant Aukey Technology Co., Ltd. ("Aukey") move this Court for a brief extension of time to answer, move, or otherwise respond to Plaintiff's Complaint [ECF No. 1]. The current deadline for Aukey to answer, move, or otherwise respond to the Complaint is July 15, 2021. Aukey requests an **additional 14 days** to answer, move, or otherwise respond to Plaintiff's Complaint. Aukey's new responsive pleading deadline will be July 29, 2021. Counsel for Aukey have contacted Plaintiff's counsel regarding this request, but Plaintiff had not responded at the time of filing. This is Defendant's first request for an extension of the responsive pleading deadline.

5218908.1

Respectfully submitted,

/s/ *Jay R. Campbell*
Jay R. Campbell (0041293)
David A. Bernstein (0093955)
TUCKER ELLIS LLP
950 Main Avenue Suite 1100
Cleveland, OH 44113
Telephone:  216.592.5000
Facsimile:  216.592.5009
E-mail:  david.bernstein@tuckerellis.com

*Attorneys for Defendant Aukey Technology Co., LTD*

2

5218908.1

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2021, a copy of the foregoing Motion for an Extension of Time to Respond to Plaintiff's Complaint was filed electronically. Service of this filing will be made by operation of the Court's electronic filing system

/s/ *Jay R. Campbell*
David A. Bernstein (0093955)

*Attorneys for Defendant Aukey Technology Co., LTD*