UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| THE NOCO COMPANY, | ) | Case No.: 1: 20 CV 2322 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| AUCKEY TECHNOLOGY CO. LTD., | ) | |
| *et al.*, | ) | |
| | ) | CASE MANAGEMENT |
| Defendants, | ) | <u>CONFERENCE ORDER</u> |

A case management conference was held with counsel for the parties in the within case on December 6, 2021, at 2:00 p.m.

All parties do not consent to Magistrate Judge jurisdiction.

This case is assigned to the standard track.

The parties will exchange pre-discovery disclosures by December 20, 2021.

The parties will have until February 25, 2022, to join parties and/or amend the pleadings. The cut-off date for fact discovery is December 6, 2022. Affirmative expert reports are due on January 27, 2023; defensive expert reports on March 3, 2023; rebuttal expert reports on March 31, 2023; and the cut-off date for expert discovery is April 30, 2023. The dispositive motion cut-off date is May 26, 2023.

After discussion with the parties, the court determined that Alternative Dispute Resolution would be useful. This case is hereby referred to Magistrate Judge Thomas M. Parker to conduct mediation as soon as possible after August 1, 2022.

This case will automatically be entered into the court's electronic filing system and all further documents, notices and orders in this matter must be filed electronically rather than on paper. If you have any questions or need assistance, please call the court's Electronic Filing Help Desk at 1-800-355-8498.

IT IS SO ORDERED.

/s/ SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE

December 9, 2021