# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **THE NOCO COMPANY**, | ) |
| Plaintiff, | ) **CASE NO:  1:20-cv-02322** |
| v. | ) |
| | ) **JUDGE SOLOMON OLIVER, JR.** |
| **AUKEY TECHNOLOGY CO., LTD., et al.,** | ) |
| Defendants. | ) |

## NOTICE OF SERVICE OF SUBPOENA

Please take notice that Plaintiff The NOCO Company has caused a subpoena to be served on Amazon.com, Inc. pursuant to Fed. R. Civ. P. 45. A copy of the Subpoena and the completed Proof of Service are attached to this Notice as Exhibits A and B, respectively.

Respectfully submitted,

**KOHRMAN JACKSON & KRANTZ LLP**

*/s/ Jon J. Pinney*
JON J. PINNEY (0072761)
JONATHON W. GROZA (0083985)
KYLE D. STROUP (0099118)
One Cleveland Center, 29th Floor
1375 East Ninth Street
Cleveland, Ohio 44114
Phone: 216-696-8700
Fax: 216-621-6536
Email: jjp@kjk.com; jwg@kjk.com; kds@kjk.com

*Counsel for Plaintiff The NOCO Company*

4868-2806-6570, v. 2

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was filed electronically via the Court's electronic filing system on January 20, 2022. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ *Jon J. Pinney*