AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. **1:20cv02322**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* **Amazon.com, Inc. c/o Corporation Service Company**
on *(date)* **1/11/2022** .

☑ I served the subpoena by delivering a copy to the named person as follows: **Cynthia Jones as Customer Service Associate for the Registered Agent, Corporation Service Company at the address of 300 Deschutes Way SW Suite 208 Tumwater, WA 98501** on *(date)* **01/13/2022 at 11:58am** ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **1-17-22**

_____
*Server's signature*

**Niel Young, process server**
*Printed name and title*

**15215 52ND AVE S #202, SEATTL, WA 98188**
*Server's address*

Additional information regarding attempted service, etc.:

**DOCUMENTS SERVED: Subpoena to Produce Documents, Information or Objects, or to Permit Inspection of Premises in a Civil Action, Exhibit A to Subpoena Duces Tecum / Schedule of Subpoenaed Documents, and Exhibit "1"**

**EXHIBIT B**