# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **THE NOCO COMPANY,** | ) | CASE NO. 1:20-cv-02322 |
| | ) | |
| Plaintiff, | ) | JUDGE DAVID A. RUIZ |
| | ) | |
| v. | ) | |
| | ) | |
| **AUKEY TECHNOLOGY CO. LTD., et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT

Pursuant to this Court's February 28, 2022 Order (ECF # 36), counsel for Plaintiff The NOCO Company ("***NOCO***") conferred with counsel for Defendants Aukey Technology Co., Ltd. ("***Aukey***"), Shenzhenshi Jaingyun Shangmaoyouxiangongsi ("***HuiMing***"), and Wodeshijikeji Shenzhen Youxiangongsi's ("***WorldUS***") (together, the "***Defendants***") (referring to Defendants and NOCO collectively as the "***Parties***"). In accordance with the Order, the Parties state as follows:

1. <u>Pending Motions</u>: There are no pending motions before the Court.

2. <u>Status of Discovery</u>: NOCO has served initial written discovery requests—Requests for Production, Requests for Admissions, and Interrogatories—upon Defendants and served a subpoena *duces tecum*, pursuant to Fed. R. Civ. P. 45, upon non-party Amazon.com, Inc.; NOCO is awaiting responses from Defendants and Amazon; and the Parties anticipate filing a stipulated protective order to safeguard confidential and highly confidential information.

2

3. <u>Settlement, Mediation, or Alternative Dispute Resolution</u>: The Parties initially explored settlement and have a mediation scheduled before Magistrate Judge Parker on August 23, 2022, via teleconference, at 10:00 am. No part of Plaintiff's claims have been settled to date.

4. <u>Upcoming Conferences</u>: No conferences with the Court are currently scheduled.

5. <u>Any Other Matters</u>: At this time, the Parties do not have any additional matters to bring to the Court's attention.

Respectfully submitted,

                                          **KOHRMAN JACKSON & KRANTZ LLP**

| | |
|---|---|
| /s/ Peter J. Curtin<br>Peter J. Curtin (pro hac vice)<br>ARCH & LAKE LLP<br>203 North LaSalle Street<br>Suite 2100<br>Chicago, IL 60601<br>(312) 558-1369<br>(312) 614-1873 (fax)<br>(240) 432-3267 (cell)<br>pete_curtin@archlakelaw.com<br><br>Jay R. Campbell (0041293)<br>David A. Bernstein (0093955)<br>TUCKER ELLIS LLP<br>950 Main Avenue, Suite 1100<br>Cleveland, OH 44113<br>Telephone:   216.592.5000<br>Facsimile:   216.592.5009<br>E-mail:jay.campbell@tuckerellis.com<br>     david.bernstein@tuckerellis.com<br><br>*Counsel for Defendants* | /s/ Jon J. Pinney<br>JON J. PINNEY (0072761)<br>JONATHON W. GROZA (0083985)<br>KYLE D. STROUP (0099118)<br>One Cleveland Center, 29th Floor<br>1375 East Ninth Street<br>Cleveland, Ohio 44114-1793<br>Telephone: (216) 696-8700<br>Facsimile: (216) 621-6536<br>Email: jjp@kjk.com; jwg@kjk.com;<br>kds@kjk.com<br><br>*Counsel for Plaintiff The NOCO Company* |

4885-0177-5380, v. 1

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was filed electronically via the Court's electronic docketing system on March 14, 2022. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Jon J. Pinney*
Jon J. Pinney

*Counsel for Plaintiff The NOCO Company*