**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| THE NOCO COMPANY, INC., | ) | Case No. 1:20-cv-02322-DAR |
| | ) | |
| Plaintiff, | ) | Judge David A. Ruiz |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| AUKEY TECH. CO. LTD., et al. | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF CHANGE OF ADDRESS**

Peter J. Curtin, one of the attorneys for Defendants, notifies the Court and counsel of his change of address as follows:

Peter J. Curtin
ANALECTS LEGAL LLC
1212 S Naper Blvd., Suite #119 - PMB 238
Naperville, IL 60540-7349
E-mail: pcurtin@analectslegal.com
Tel: 1.240.432.3267

Respectfully submitted,

/s/ *Peter J. Curtin*
Peter J. Curtin (*pro hac vice*)
ARCH & LAKE LLP
203 North LaSalle Street
Suite 2100
Chicago, IL 60601
Tel:		312.558.1369
Fax:		312.614-1873
Cell:		240.432.3267
Email:		pete_curtin@archlakelaw.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2022, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/*Peter J. Curtin*
Peter J. Curtin

*Attorney for Defendants*