UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **THE NOCO COMPANY**, | ) |
| | ) |
| Plaintiff, | ) CASE NO: **1:20-cv-02322** |
| v. | ) |
| | ) **JUDGE DAVID A. RUIZ** |
| **AUKEY TECHNOLOGY CO., LTD., et al.**, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL OF RECORD
FOR PLAINTIFF THE NOCO COMPANY**

Please take notice that Nathan F. Studeny of the law firm of Kohrman Jackson & Krantz, LLP hereby enters his appearance as additional counsel of record for Plaintiff The NOCO Company and hereby requests that all pleadings, motions, notices, and other matters also be served upon him. Jon J. Pinney, Jonathon W. Groza, and Kyle D. Stroup of the law firm of Kohrman Jackson & Krantz, LLP will continue to serve as counsel in this matter.

Respectfully Submitted,

**KOHRMAN JACKSON & KRANTZ LLP**

*/s/ Nathan F. Studeny*
JON J. PINNEY (0072761)
JONATHON W. GROZA (0083985)
NATHAN F. STUDENY (0077864)
KYLE D. STROUP (0099118)
One Cleveland Center, 29th Floor
1375 East 9th Street
Cleveland, OH  44114
Phone:  (216) 696-8700
Fax:       (216) 621-6536
Email: jjp@kjk.com; jwg@kjk.com;
          nfs@kjk.com; kds@kjk.com

*Counsel for Plaintiff The NOCO Company*

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing was filed electronically this 1st day of September, 2022.  Notice of this filing will be sent to all parties by operation of the court's electronic filing system and the Clerk of Courts. Parties may access this filing through the Court's system.

*/s/ Nathan F. Studeny*
NATHAN F. STUDENY (0077864)