# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **THE NOCO COMPANY,** | ) | CASE NO. 1:20-cv-02322 |
| | ) | |
| Plaintiff, | ) | JUDGE DAVID A. RUIZ |
| | ) | |
| v. | ) | |
| | ) | |
| **AUKEY TECHNOLOGY CO., LTD., et al.** | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## JOINT STATUS REPORT REGARDING READINESS OF CASE FOR RESUMING MEDIATION

Pursuant to this Court's September 7, 2022 Minute Order (Non-Document), Plaintiff The NOCO Company ("*NOCO*") and Defendants Aukey Technology Co., Ltd., ("*Aukey*"), Shenzhenshi Jiangyun Shangmaoyouxiangongsi ("*HuiMing*"), and Wodeshijikeji Shenzhen Youxiangongsi ("*WorldUS*") (collectively, the "*Parties*") submit that the above-captioned matter is not yet ripe to resume mediation. On September 7, 2022, the Parties and their counsel attended a mediation conducted by Magistrate Judge Thomas M. Parker. During the mediation, the Parties, their counsel, and Magistrate Judge Parker agreed that additional discovery was necessary before the Parties could cogently engage in substantive settlement discussions.

On December 6, 2022, the Parties requested that the Court extend the discovery deadlines issued in this matter, and on December 7, 2022, the Court granted the Parties'

request. *See* ECF # 42. To date, the Parties are still conducting discovery amongst themselves, as well as third-party discovery, and are awaiting document productions. Accordingly, mediation is not yet ripe. As a result, the Parties suggest that they be required to provide a further update to the Court within ninety (90) days, i.e. on or before April 4, 2023.

Respectfully submitted,

| **ANALECTS LEGAL LLC** | **KOHRMAN JACKSON & KRANTZ LLP** |
|---|---|
| /s/ *Peter J. Curtin* | /s/ *Jon J. Pinney* |
| Peter J. Curtin (pro hac vice) | JON J. PINNEY (0072761) |
| 1212 S. Naper Blvd. | JONATHON W. GROZA (0083985) |
| Suite # 119 – PMB 238 | NATHAN F. STUDENY (0077864) |
| Naperville, IL 60540 | KYLE D. STROUP (0099118) |
| (240) 432-3267 | One Cleveland Center, 29th Floor |
| pcurtin@analectslegal.com | 1375 East Ninth Street |
| | Cleveland, Ohio 44114 |
| **TUCKER ELLIS LLP** | Telephone: (216) 696-8700 |
| | Facsimile: (216) 621-6536 |
| Jay R. Campbell (0041293) | Email: jjp@kjk.com; jwg@kjk.com; |
| David A. Bernstein (0093955) | nfs@kjk.com; kds@kjk.com |
| 950 Main Avenue, Suite 1100 | |
| Cleveland, OH 44113 | |
| Telephone:   216.592.5000 | *Counsel for Plaintiff The NOCO Company* |
| Facsimile:    216.592.5009 | |
| E-mail:jay.campbell@tuckerellis.com | |
|          david.bernstein@tuckerellis.com | |

*Counsel for Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was filed electronically via the Court's electronic docketing system on January 4, 2023. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Jon J. Pinney*
Jon J. Pinney

*Counsel for Plaintiff The NOCO Company*