IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **THE NOCO COMPANY,** | ) | CASE NO. 1:20-cv-02322 |
| | ) | |
| Plaintiff, | ) | JUDGE DAVID A. RUIZ |
| | ) | |
| v. | ) | |
| | ) | |
| **AUKEY TECHNOLOGY CO., LTD., et al.,** | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## JOINT MOTION FOR EXTENSION OF DISCOVERY DEADLINE

Pursuant to Federal Rule of Civil Procedure Rule 6(b), Plaintiff The NOCO Company ("*NOCO*") and Defendants Aukey Technology Co., Ltd., ("*Aukey*"), Shenzhenshi Jiangyun Shangmaoyouxiangongsi ("*HuiMing*"), and Wodeshijikeji Shenzhen Youxiangongsi ("*WorldUS*") (collectively, the "*Parties*") jointly request that this Court issue an order modifying the discovery deadlines it set forth in its December 7, 2022 Non-Document Order. Counsel for the Parties conferred in good faith before filing this Motion and jointly agreed to seek such an extension, which would revise the discovery deadlines by approximately 180 days and move the fact discovery deadline from April 5, 2023, up to and including **October 2, 2023**. The Parties make this request not for the purposes of delay but because they have been working in good faith to conduct, but need additional

time to complete, international discovery and third-party discovery while also focusing their recent efforts on the upcoming April 25, 2023 mediation conference.

When ruling on the Parties' December 6, 2022 joint motion for extension of case deadlines, the Court set the following case deadlines:

| Event | Deadline |
|---|---|
| Fact Discovery | April 5, 2023 |
| Affirmative Expert Reports | May 30, 2023 |
| Defensive Expert Reports | July 3, 2023 |
| Rebuttal Expert Reports | July 31, 2023 |
| Expert Discovery | August 28, 2023 |
| Dispositive Motions | September 25, 2023 |

Since December 2022 — as more fully set forth in the Parties' March 15, 2023 joint status report (ECF # 44) — the Parties have agreed to ESI search terms and are actively retrieving and reviewing documents for production. That being said, the Chinese Ministry of State Security has imposed measures under Chinese law which apply to Defendants' document production and require an additional layer of review by a Chinese law firm before any documents are sent outside the country and made available to U.S. litigation counsel. NOCO has also continued conducting third-party discovery and has communicated regarding the same with counsel for Defendants. Recently, the Parties have focused their efforts on the upcoming April 25, 2023 mediation.

With this Motion, the Parties respectfully request the following revised case schedule:

| Event | Previous Deadline | New Deadline |
|---|---|---|
| Fact Discovery | April 5, 2023 | October 2, 2023 |
| Affirmative Expert Reports | May 30, 2023 | November 28, 2023 |
| Defensive Expert Reports | July 3, 2023 | January 5, 2024 |
| Rebuttal Expert Reports | July 31, 2023 | February 2, 2024 |
| Expert Discovery | August 28, 2023 | March 1, 2024 |
| Dispositive Motions | September 25, 2023 | April 26, 2024 |

During this additional time, the Parties intend to review and exchange documents and conduct any necessary follow-up paper discovery. The Parties also intend to conduct at least a total of four depositions of party representatives or affiliates. These processes may be complicated (and arranging the depositions will be complicated) by the requirements of foreign law, travel restrictions, and coordinating the schedules of the Parties, their affiliates, witnesses, and counsel. Additionally, the discovery process vis-à-vis the Parties is further complicated by third-party discovery, which has moved very slowly.

      Accordingly, the Parties propose that the Court modify the discovery deadlines as set forth above. The Parties need more time for discovery to investigate and develop their legal theories and defenses. Further, the extension of the fact discovery deadline may allow the Parties to preserve resources and focus on settlement with the upcoming mediation. Accordingly, the Parties submit that good cause exists to justify the requested extension and request that the Court issues an order resetting the case deadlines as set forth above.

Respectfully submitted,

| | |
|---|---|
| ANALECTS LEGAL LLC | KOHRMAN JACKSON & KRANTZ LLP |
| /s/ Peter J. Curtin | /s/ Jon J. Pinney |
| Peter J. Curtin (*pro hac vice*) | JON J. PINNEY (0072761) |
| 1212 S. Naper Blvd. | JONATHON W. GROZA (0083985) |
| Suite # 119 – PMB 238 | NATHAN F. STUDENY (0077864) |
| Naperville, IL 60540 | KYLE D. STROUP (0099118) |
| (240) 432-3267 | One Cleveland Center, 29th Floor |
| pcurtin@analectslegal.com | 1375 East Ninth Street |
| | Cleveland, Ohio 44114 |
| TUCKER ELLIS LLP | Telephone: (216) 696-8700 |
| | Facsimile: (216) 621-6536 |
| Jay R. Campbell (0041293) | Email: jjp@kjk.com; jwg@kjk.com; nfs@kjk.com; kds@kjk.com |
| David A. Bernstein (0093955) | |
| 950 Main Avenue, Suite 1100 | |
| Cleveland, OH 44113 | *Counsel for Plaintiff The NOCO Company* |
| Telephone: 216.592.5000 | |
| Facsimile: 216.592.5009 | |
| E-mail:jay.campbell@tuckerellis.com | |
| david.bernstein@tuckerellis.com | |

*Counsel for Defendants*

4853-7017-2508, v. 1

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing was filed electronically via the Court's electronic docketing system on April 5, 2023.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                           */s/ Jon J. Pinney*
                                                           Jon J. Pinney

                                                           *Counsel for Plaintiff The NOCO Company*