# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

MINUTES OF PROCEEDINGS AND ORDER– CIVIL

| | |
|---|---|
| NOCO COMPANY, | ) CASE No. 1:20-cv-2322 |
| Plaintiff, | ) DATE: May 3, 2023 |
| v. | ) JUDGE DAVID A. RUIZ |
| AUKEY TECH. CO., *et al.*, | ) COURT REPORTER:  n/a |
| Defendants. | ) |

Attorneys for Plaintiff: Nathan F. Studeny; Kyle D. Stroup

Attorneys for Defendants: Peter James Curtin; David A. Bernstein

PROCEEDINGS:  The Court held a telephonic status conference on May 3, 2023, with the above counsel.  After discussion with the parties, the Court hereby GRANTS the parties' Joint Motion for Extension of Discovery Deadlines. (R. 45). Fact discovery is due by October 2, 2023; affirmative expert reports are due by November 28, 2023; defensive expert reports are due by January 5, 2024; rebuttal expert reports are due by February 2, 2024; expert discovery shall be concluded by March 1, 2024; and dispositive motions are due by April 26, 2024. The parties shall notify the Court in the event they wish to be referred to the Magistrate Judge or the ADR panel for mediation/settlement.

IT IS SO ORDERED.

Total Time: 20 minutes

s/ *David A. Ruiz*
David A. Ruiz
U.S. District Judge