IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| NOCO COMPANY, | ) | CASE NO. 1:20-cv-02322-DAR |
| | ) | |
| Plaintiff, | ) | JUDGE DAVID A. RUIZ |
| | ) | |
| vs. | ) | **NOTICE OF WITHDRAWAL OF** |
| | ) | **DAVID A. BERNSTEIN** |
| AUKEY TECHNOLOGY CO. LTD., et al., | ) | |
| | ) | |
| Defendants. | ) | |

Under L.R. 83.9, attorney David A. Bernstein gives notice that he is withdrawing as counsel for Aukey Technology Co., Ltd., Shenzhenshi Jiangyun Shangmaoyouxiangongsi, and Wodeshijikeji Shenzhen Youxiangongsi. Defendants have been informed of counsel's withdrawal. Defendants will remain represented by attorneys Jay R. Campbell of Tucker Ellis LLP and Peter J. Curtin.

Respectfully submitted,

*/s/ David A. Bernstein*
David A. Bernstein (0093955)
TUCKER ELLIS LLP
950 Main Avenue—Suite 1100
Cleveland, OH  44113-7213
Telephone:  216.592.5000
Facsimile:   216.592.5009
Email:         david.bernstein@tuckerellis.com

*Attorneys for Defendants*

2

## **PROOF OF SERVICE**

The foregoing was filed electronically on August 7, 2023. Service of this filing will be made by operation of the Court's electronic filing system upon the following counsel of record

*/s/ David A. Bernstein*
David A. Bernstein (0093955)
*Attorneys for Defendants*

6093274.1