UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| THE NOCO COMPANY, INC., | ) | CASE NO. 1:20-cv-02322-DAR |
| | ) | |
| Plaintiff, | ) | JUDGE DAVID A. RUIZ |
| | ) | |
| vs. | ) | |
| | ) | |
| AUKEY TECHNOLOGY CO., LTD., ET AL., | ) ) | |
| | ) | |
| Defendant. | | |

**<u>NOTICE OF APPEARANCE OF CARTER S. OSTROWSKI</u>**

Please enter the appearance of Carter S. Ostrowski of the law firm of Tucker Ellis LLP, 950 Main Avenue – Suite 1100, Cleveland, Ohio 44113-7213 as counsel for Defendants Aukey Technology Co., Ltd., Shenzhenshi Jiangyun Shangmaoyouxiangongsi, and Wodeshijikeji Shenzhen Youxiangongsi in the above-captioned matter.

    Respectfully submitted,

    */s/ Carter S. Ostrowski*
    Carter S. Ostrowski (0102302)
    TUCKER ELLIS LLP
    950 Main Avenue, Suite 1100
    Cleveland, OH  44113-7213
    Tel:    216.592.5000
    Fax:   216.592.5009
    Email: carter.ostrowski@tuckerellis.com

    *Attorney for Defendants*

6087501.1

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 7, 2023 a copy of the foregoing *Notice of Appearance of Carter S. Ostrowski* was filed electronically. Service of this filing will be made by operation of the Court's electronic filing system.

<u>/s/ Carter S. Ostrowski</u>
Carter S. Ostrowski (0102302)

*Attorney for Defendants*
