**Kyle D. Stroup**

| | |
|---|---|
| **From:** | Peter Curtin <pcurtin@analectslegal.com> |
| **Sent:** | Sunday, October 1, 2023 10:37 AM |
| **To:** | Kyle D. Stroup; Jon J. Pinney; Jon W. Groza; Nathan F. Studeny |
| **Cc:** | Yichen Cao; Petruzzi, Anthony R.; Ostrowski, Carter S.; Ye, Chelsea; Chu, Peter; Campbell, Jay R. |
| **Subject:** | RE: AUK_PROD-HK-03 |

Counsel –

Here is the link through which you can access a fourth production of documents from Aukey.

This batch completes the production of documents gathered from Aukey using the agreed ESI search terms. The password remains the same as for the previous production.  Please contact us if you have any problems accessing the documents.

https://sharena.fticonsulting.com/files/path/Project+Jockey+%28Third+Party+Production%29/AUK_PROD-HK-04.zip

Best Regards –

Pete Curtin
Peter J. Curtin, Partner
**Analects Legal LLC**
1212 S Naper Blvd. Suite #119 - PMB 238
Naperville, IL 60540-7349
E-mail: pcurtin@analectslegal.com
Tel: 1.240.432.3267

---

**From:** Peter Curtin
**Sent:** Tuesday, September 26, 2023 12:03 PM
**To:** Kyle D. Stroup <kds@kjk.com>; Jon J. Pinney <jjp@kjk.com>; Jon W. Groza <jwg@kjk.com>; Nathan F. Studeny <nfs@kjk.com>
**Cc:** Yichen Cao <ycao@analectslegal.com>; Petruzzi, Anthony R. <anthony.petruzzi@tuckerellis.com>; Ostrowski, Carter S. <Carter.Ostrowski@tuckerellis.com>; Ye, Chelsea <Chelsea.Ye@fticonsulting.com>; Chu, Peter <Peter.Chu@fticonsulting.com>
**Subject:** RE: AUK_PROD-HK-03

Counsel –

Here is the link through which you can access a third production of documents from Aukey.  We expect to have a fourth production to you soon.

The password remains the same as for the previous production.  Please contact us if you have any problems accessing the documents.

1

https://sharena.fticonsulting.com/files/path/Project+Jockey+%28Third+Party+Production%29/AUK_PROD-HK-03.zip

Peter J. Curtin, Partner
**Analects Legal LLC**
1212 S Naper Blvd. Suite #119 - PMB 238
Naperville, IL 60540-7349
E-mail: pcurtin@analectslegal.com
Tel: 1.240.432.3267

---

**From:** Peter Curtin
**Sent:** Tuesday, August 29, 2023 11:46 AM
**To:** Kyle D. Stroup <kds@kjk.com>; Jon J. Pinney <jjp@kjk.com>; Jon W. Groza <jwg@kjk.com>; Nathan F. Studeny <nfs@kjk.com>
**Cc:** Yichen Cao <ycao@analectslegal.com>; Petruzzi, Anthony R. <anthony.petruzzi@tuckerellis.com>; Ostrowski, Carter S. <Carter.Ostrowski@tuckerellis.com>; Ye, Chelsea <Chelsea.Ye@fticonsulting.com>; Chu, Peter <Peter.Chu@fticonsulting.com>
**Subject:** RE: AUK_PROD-HK-02

Hello All –

I have just learned that I inadvertently sent the incorrect link.  Here is the link through which your team can access the second batch for Aukey documents:

https://sharena.fticonsulting.com/files/path/Project+Jockey+%28Third+Party+Production%29/AUK_PROD-HK-02.zip

The password remains the same.

Best regards –

Peter J. Curtin, Partner
**Analects Legal LLC**
1212 S Naper Blvd. Suite #119 - PMB 238
Naperville, IL 60540-7349
E-mail: pcurtin@analectslegal.com
Tel: 1.240.432.3267

This e-mail is sent by the law firm of Analects Legal LLC and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by return email.

This e-mail is sent by the law firm of Analects Legal LLC and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by return email.

**From:** Peter Curtin
**Sent:** Tuesday, August 29, 2023 11:18 AM
**To:** Kyle D. Stroup <kds@kjk.com>; Jon J. Pinney <jjp@kjk.com>; Jon W. Groza <jwg@kjk.com>; Nathan F. Studeny <nfs@kjk.com>
**Cc:** Yichen Cao <ycao@analectslegal.com>; Petruzzi, Anthony R. <anthony.petruzzi@tuckerellis.com>; Ostrowski, Carter S. <Carter.Ostrowski@tuckerellis.com>; Ye, Chelsea <Chelsea.Ye@fticonsulting.com>; Chu, Peter <Peter.Chu@fticonsulting.com>
**Subject:** RE: AUK_PROD-HK-01

Dear All –

Below is a link to the second batch of production files for the Aukey documents, which have been uploaded onto the FTI file sharing site. Kindly use the link below to access. The password to unzip the file is same as previous one, but I will resend it in a separate email.

https://sharena.fticonsulting.com/files/path/Project+Jockey/Client+Upload/Project+Jockey_PROD-HK-02.zip

Within this zip, you can find the production files, a production loadfile (with necessary metadata field added) and an image loadfile (.opt). The BATES Range of these documents runs from Aukey-001506 to Aukey-003330 (they continue from the last production). In this production set, there are no excel files or technical issue documents that are unable to convert to image, and therefore all produced documents are in .tiff format.

We will have at least one more batch of documents to you in the near future.

Best Regards -


Peter J. Curtin, Partner
**Analects Legal LLC**
1212 S Naper Blvd. Suite #119 - PMB 238
Naperville, IL 60540-7349
E-mail: pcurtin@analectslegal.com
Tel: 1.240.432.3267

This e-mail is sent by the law firm of Analects Legal LLC and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by return email.