# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **THE NOCO COMPANY**, | ) | CASE NO:    1:20-cv-02322 |
| | ) | |
| Plaintiff, | ) | JUDGE DAVID A. RUIZ |
| v. | ) | |
| | ) | |
| **AUKEY TECHNOLOGY CO. LTD., et al.**, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF ISSUANCE OF FED. R. CIV. P. 45 SUBPOENA *DUCES TECUM*

Please take notice that Plaintiff The NOCO Company will issue the attached Fed. R. Civ. P. 45 Subpoena *Duces Tecum* in a Civil Action upon Non-Party Amazon.com, Inc. on November 17, 2023.

Respectfully submitted,

**KOHRMAN JACKSON & KRANTZ LLP**

*/s/ Jon J. Pinney*
JON J. PINNEY (0072761)
JON W. GROZA (0083985)
NATHAN F. STUDENY (0077864)
KYLE D. STROUP (0099118)
One Cleveland Center, 29th Floor
1375 East Ninth Street
Cleveland, Ohio 44114
Phone: 216-696-8700
Fax: 216-621-6536
Email: jjp@kjk.com; jwg@kjk.com; nfs@kjk.com
kds@kjk.com
*Counsel for Plaintiff*

{K0826079.1}

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing was filed electronically via the Court's electronic filing system on November 17, 2023. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ *Jon J. Pinney*
Jon J. Pinney

4873-8249-9985, v. 1