**Kyle D. Stroup**

---

| | |
|---|---|
| **From:** | Kyle D. Stroup |
| **Sent:** | Friday, December 8, 2023 4:08 PM |
| **To:** | Peter Curtin; Nathan F. Studeny; Jon J. Pinney; Jon W. Groza |
| **Cc:** | Yichen Cao; Campbell, Jay R.; Ostrowski, Carter S. |
| **Subject:** | RE: Meet and Confer Regarding Rule 30(b)(6) Deposition Notices |

Thanks for letting us know, Pete. Considering the unexplained issue you are just now raising will impact the Rule 30(b)(6) deposition(s) that we have requested, we will be contacting the Court on Monday, December 11, to advise them of our various discovery issues. We cannot afford to postpone these issues any further. We will copy you on all correspondence with the Court.

**KYLE D. STROUP**
**Associate | KJK**

**D** 216.736.7231 | **M** 330.978.6549 | **E** kds@KJK.com
1375 E 9th Street, 29th Floor | Cleveland, Ohio 44114
KJK.com | Confidentiality Notice

**Newsletter Sign-Up** | **KJK's Innovative Programs**
LinkedIn | Facebook | Twitter

---

**From:** Peter Curtin <pcurtin@analectslegal.com>
**Sent:** Friday, December 8, 2023 3:45 PM
**To:** Kyle D. Stroup <kds@kjk.com>; Nathan F. Studeny <nfs@kjk.com>; Jon J. Pinney <jjp@kjk.com>; Jon W. Groza <jwg@kjk.com>
**Cc:** Yichen Cao <ycao@analectslegal.com>; Campbell, Jay R. <Jay.Campbell@tuckerellis.com>; Ostrowski, Carter S. <Carter.Ostrowski@tuckerellis.com>
**Subject:** Meet and Confer Regarding Rule 30(b)(6) Deposition Notices

Hello Kyle and Nate –

I truly hate to say this, especially on such short notice,  but we need to postpone today's scheduled meet and confer session regarding the Rule 30(b)(6) deposition notice to Aukey.

An issue arose up unexpectedly this morning which impacts today's planned discussion and the Rule 30(b)(6) deposition. We are working to resolve that issue now.

We do recognize the current date and the current discovery deadlines, and we will work to ensure that the parties can cooperatively meet their discovery obligations

Pete Curtin
Peter J. Curtin, Partner
**Analects Legal LLC**
1212 S Naper Blvd. Suite #119 - PMB 238
Naperville, IL 60540-7349
E-mail: pcurtin@analectslegal.com
Tel: 1.240.432.3267

**Kyle D. Stroup**

| | |
|---|---|
| **From:** | Peter Curtin <pcurtin@analectslegal.com> |
| **Sent:** | Thursday, December 7, 2023 11:05 AM |
| **To:** | Kyle D. Stroup; Jon J. Pinney; Jon W. Groza; Nathan F. Studeny |
| **Cc:** | Yichen Cao; Elliot Mendelson; Campbell, Jay R.; Ostrowski, Carter S.; Petruzzi, Anthony R. |
| **Subject:** | RE: NOCO v. Aukey, et al., - Discovery Issues |

Hello Kyle –

Thanks for your response.    We will confer with the client about Ms. Shi, about her location, and confirm whether Aukey has the ability to produce her for deposition voluntarily.

Also, based on that response, I take it that you have located Aukey's verification of its Interrogatory responses, although NOCO's previous correspondence and our last discussion stated that Aukey had not verified those responses? It just goes to show that anyone can make mistakes.

Pete Curtin
Peter J. Curtin, Partner
**Analects Legal LLC**
1212 S Naper Blvd. Suite #119 - PMB 238
Naperville, IL 60540-7349
E-mail: pcurtin@analectslegal.com
Tel: 1.240.432.3267

---

**From:** Kyle D. Stroup <kds@kjk.com>
**Sent:** Wednesday, December 6, 2023 7:40 PM
**To:** Peter Curtin <pcurtin@analectslegal.com>; Jon J. Pinney <jjp@kjk.com>; Jon W. Groza <jwg@kjk.com>; Nathan F. Studeny <nfs@kjk.com>
**Cc:** Yichen Cao <ycao@analectslegal.com>; Elliot Mendelson <emendelson@analectslegal.com>; Campbell, Jay R. <Jay.Campbell@tuckerellis.com>; Ostrowski, Carter S. <Carter.Ostrowski@tuckerellis.com>; Petruzzi, Anthony R. <anthony.petruzzi@tuckerellis.com>
**Subject:** Re: NOCO v. Aukey, et al., - Discovery Issues

Pete: Thank you for your email. I will send a calendar invite for Friday, December 8 at 3 PM Central to meet and confer on the proposed topics of examination.

As I am sure you are aware, Rule 30(b)(6) depositions are not merely for individuals with knowledge of the company but instead permit the representative to learn about the company with information that is reasonably available. In this instance, layoffs and webstore closings should not be an impediment to educating a representative as to the operations of HuiMing, WorldUS, and Aukey during 2020 and 2021, when it sold Tacklife branded jump starters. Additionally, it is our understanding that Aukey is still selling jump starters on Amazon (and thereby competing with NOCO) under a different brand name, so the general knowledge of the Amazon Marketplace with respect to jump starter sales should be available. It should also be noted that Wu Bo verified Defendants' March 3, 2023 Supplemental Responses and Objections to NOCO's First Set of Interrogatories (the "**Supplemental Responses**"), which discussed and/or are related to

the topics for examination set forth in NOCO's Rule 30(b)(6) deposition notices and which were issued well after you state the events creating the purported obstacles occurred.

As to Ms. Shi Wenyu, in the Supplemental Responses, Defendants identify her as "Aukey personnel" with knowledge relevant to NOCO's claims, allegations, and facts set forth in the Complaint. Despite the fact that on March 3, 2023, Wu Bo swore under penalty of perjury as to the truth of the Supplemental Responses, you are now stating that Ms. Shi Wenyu left Aukey "more than a year ago."  Beyond failing to provide accurate Supplemental Responses, Defendants failed to provide notice to NOCO of this material change for more than a year related to a witness with extensive knowledge and whose knowledge upon which Defendants heavily relied in the preliminary injunction briefing, including but not limited to, in the form of amended initial disclosures. Clearly, this must be reconciled, and if not, we will need to bring this to the Court's attention.

Accordingly, please voluntarily produce Ms. Shi Wenyu for her individual deposition as her current contact information in Defendants' Initial Disclosures and Supplemental Responses lists you, Yichen, and your firm as the point of contact. Should Defendants refuse, please provide her current whereabouts so that NOCO can issue a Fed. R. Civ. P. 45 subpoena deposition and/or issue Letters Rogatory so that NOCO can serve Ms. Shi Wenyu pursuant to the Hague Evidence Convention, which will likely require extensive, additional time for discovery in this matter.

Thank you,


**KYLE D. STROUP**
Associate | KJK

**D** 216.736.7231 | **M** 330.978.6549 | **E** kds@KJK.com
1375 E 9th Street, 29th Floor | Cleveland, Ohio 44114
KJK.com | Confidentiality Notice

**Newsletter Sign-Up** | **KJK's Innovative Programs**
LinkedIn | Facebook | Twitter

---

**From:** Peter Curtin <pcurtin@analectslegal.com>
**Sent:** Wednesday, December 6, 2023 5:38 PM
**To:** Kyle D. Stroup <kds@kjk.com>; Jon J. Pinney <jjp@kjk.com>; Jon W. Groza <jwg@kjk.com>; Nathan F. Studeny <nfs@kjk.com>
**Cc:** Yichen Cao <ycao@analectslegal.com>; Elliot Mendelson <emendelson@analectslegal.com>; Campbell, Jay R. <Jay.Campbell@tuckerellis.com>; Ostrowski, Carter S. <Carter.Ostrowski@tuckerellis.com>; Petruzzi, Anthony R. <anthony.petruzzi@tuckerellis.com>
**Subject:** RE: NOCO v. Aukey, et al., - Discovery Issues

Hello Kyle –

We're available to meet and confer on the proposed Rule 30(b)(6) deposition topics on Friday, December 8th . We propose either 1 PM Central or 3 PM Central.

As a heads-up, we understand that Aukey is having considerable difficulty identifying potential corporate representative(s) to testify on a number of the topics in NOCO's Rule 30(b)(6) deposition notice. Aukey's two co-defendants, HuiMing and WorldUS, have been out of business, with their employees laid off, since shortly after Amazon shut down the TACKLIFE webstores in May 2021. Aukey's TACKLIFE brand business, which had been focused primarily on sales through Amazon.com, wound down last year (2022). And Ms. Shi Wenyu is

no longer an Aukey employee, having left Aukey more than a year ago.  You may recall that Ms. Shi submitted a declaration as part of the briefing on NOCO's Motion for Preliminary Injunction. She had been a Senior Operations Manager (for Amazon Operations) at Aukey and had supervised the managers of Huiming and WorldUS.

Best Regards –

Pete Curtin
Peter J. Curtin, Partner
**Analects Legal LLC**
1212 S Naper Blvd. Suite #119 - PMB 238
Naperville, IL 60540-7349
E-mail: pcurtin@analectslegal.com
Tel: 1.240.432.3267

---

**From:** Peter Curtin
**Sent:** Monday, December 4, 2023 5:02 PM
**To:** Kyle D. Stroup <kds@kjk.com>; Jon J. Pinney <jjp@kjk.com>; Jon W. Groza <jwg@kjk.com>; Nathan F. Studeny <nfs@kjk.com>
**Cc:** Yichen Cao <ycao@analectslegal.com>; Elliot Mendelson <emendelson@analectslegal.com>; Campbell, Jay R. <Jay.Campbell@tuckerellis.com>; Ostrowski, Carter S. <Carter.Ostrowski@tuckerellis.com>; Petruzzi, Anthony R. <anthony.petruzzi@tuckerellis.com>
**Subject:** RE: NOCO v. Aukey, et al., - Discovery Issues

Hello Kyle –

Thanks for your message.  We've received the Second Set of RFAs. We've received and will review (ourselves and with the client) the proposed stipulations of fact.

I'll take an internal poll and get back to you as soon as possible with a couple of proposed dates/times for us to meet and confer on the proposed deposition topics.

Best Regards –

Pete Curtin
Peter J. Curtin, Partner
**Analects Legal LLC**
1212 S Naper Blvd. Suite #119 - PMB 238
Naperville, IL 60540-7349
E-mail: pcurtin@analectslegal.com
Tel: 1.240.432.3267

---

**From:** Kyle D. Stroup <kds@kjk.com>
**Sent:** Monday, December 4, 2023 3:57 PM
**To:** Peter Curtin <pcurtin@analectslegal.com>; Yichen Cao <ycao@analectslegal.com>; Elliot Mendelson

<emendelson@analectslegal.com>; Campbell, Jay R. <Jay.Campbell@tuckerellis.com>; Ostrowski, Carter S. <Carter.Ostrowski@tuckerellis.com>; Petruzzi, Anthony R. <anthony.petruzzi@tuckerellis.com>
**Cc:** Jon J. Pinney <jjp@kjk.com>; Jon W. Groza <jwg@kjk.com>; Nathan F. Studeny <nfs@kjk.com>
**Subject:** RE: NOCO v. Aukey, et al., - Discovery Issues

Thanks, Pete. We obviously disagree with your recitation and characterization below as well. In any event, we need to meet and confer on the draft Rule 30(b)(6) topics for examination. Please advise as to convenient dates and times on Wednesday, December 6, Thursday, December 7, or Friday, December 8.

Additionally, attached is a draft proposed joint stipulation of facts for our discussion. Also attached is NOCO's Second Set of Requests for Admissions upon each Defendant.

Thank you,

**KYLE D. STROUP**
Associate | KJK

**D** 216.736.7231 | **M** 330.978.6549 | **E** kds@KJK.com
1375 E 9th Street, 29th Floor | Cleveland, Ohio 44114
KJK.com | Confidentiality Notice

**Newsletter Sign-Up** | **KJK's Innovative Programs**
LinkedIn | Facebook | Twitter

**From:** Peter Curtin <pcurtin@analectslegal.com>
**Sent:** Friday, December 1, 2023 11:06 PM
**To:** Kyle D. Stroup <kds@kjk.com>; Jon J. Pinney <jjp@kjk.com>; Jon W. Groza <jwg@kjk.com>; Nathan F. Studeny <nfs@kjk.com>
**Cc:** Campbell, Jay R. <Jay.Campbell@tuckerellis.com>; Petruzzi, Anthony R. <anthony.petruzzi@tuckerellis.com>; Ostrowski, Carter S. <Carter.Ostrowski@tuckerellis.com>; Yichen Cao <ycao@analectslegal.com>; Elliot Mendelson <emendelson@analectslegal.com>
**Subject:** RE: NOCO v. Aukey, et al., - Discovery Issues

Hello Kyle –

The recitation of facts and characterization of the evidence in your email below are rather one-sided, to the point that they paint a misleading picture.  I'll simply note that Aukey disagrees.

In the end, facts matter. The record evidence and the timeline of events in this case will tell the story if the parties end up before the Court on any of these issues.

In point of fact, Aukey has consistently met its discovery obligations in this case, and the record shows Aukey has provided more discovery to NOCO (and earlier) than vice versa.

To illustrate, the previous fact discovery cutoff was October 2, 2023 (see Doc. 46). Aukey had provided written discovery responses, supplemental written responses, and produced documents before that deadline.

NOCO, by contrast, had not produced documents or meaningful written discovery responses. Instead, on October 2, 2023, NOCO filed a motion to extend the existing

deadlines. The Court granted the motion on **October 12, 2023** (making the new fact discovery deadline January 3, 2024).

NOCO was naturally fully aware of both its motion and the Court's Order – and so has known of the new deadlines since early October.  By contrast, for reasons related to transition of counsel and administrative error, neither Aukey nor its lead counsel knew of either NOCO's October 2nd motion or the Court's October 12th Order.

Then NOCO delayed nearly a month – until **November 10, 2023** - to notify Aukey by serving supplemental initial disclosures, supplemental written discovery responses, draft Notices of Rule 30(b)(6) depositions (for discussion), and a letter criticizing Aukey's Spring 2022 responses to NOCO's First Set of Requests for Admission.

NOCO then waited nearly two more weeks to produce documents, producing its first documents on Wednesday, **November 22, 2023** – six weeks into its discovery extension and the day before Thanksgiving.

Finally, on **November 27, 2023** (see Doc. 51) NOCO served a second Rule 45 subpoena to Amazon, Inc. – renewing and incorporating its **February 2022** subpoenas to Amazon – purportedly seeking a deposition from and the production of documents by Amazon in December 2023. To our knowledge, the newly proposed dates had not been prearranged with Amazon.

This chronology shows that (despite its recent flurry of activity) NOCO, the Plaintiff, has not conducted this litigation in such a way as to make it remotely possible for fact discovery to conclude by the January 3, 2024, deadline it had sought.  This is particularly true because the Thanksgiving holiday, the Christmas holiday, and New Years all fall/fell within that narrow window of the requested extension of time. Those holidays will no doubt impact the schedules of the parties, witnesses, and counsel.

**First**, as you will recall, Amazon produced nothing in response to NOCO's initial subpoenas for roughly a year, before producing one spreadsheet and two emails in early 2023. NOCO never moved to compel.  As a practical matter, it seems unlikely to us that Amazon will **actually** produce either additional documents or a witness for deposition in December 2023. Please let us know, as soon as possible,  if you have had communications with Amazon's counsel to the contrary.

**Second**, just as NOCO seeks a corporate deposition from Aukey, Aukey is entitled to and will seek corporate depositions of NOCO and fact depositions of at least the NOCO employees listed in its initial disclosures. To do so, Aukey's counsel must (at a minimum) review the NOCO documents, identify gaps therein, possibly follow up, etc.

Because NOCO first produced documents on **November 22, 2023** – and in light of the holiday schedule noted above [and preexisting vacation and travel schedules of counsel and witnesses for (I expect) both sides]  – it is simply not realistic to believe that those NOCO depositions can or will occur before January 3, 2024.

**Third**, despite NOCO's "service" of draft deposition notices on November 10, 2022, similar logistical constraints affect the Rule 30(b)(6) depositions NOCO seeks from all three defendants.

These facts will remain true despite harshly worded emails from counsel.

If you want to make this fact discovery happen while holding onto the current schedule for expert discovery, etc., we'll need to work together and compromise to make it all work.

We are consulting with Aukey regarding critical administrative issues, and to identify potential corporate witnesses and deposition dates for Aukey witnesses.

As I said, we will have Aukey's objections to the draft Rule 30(b)(6) notices to you in time for the parties to meet and confer on them next week. We are not available to meet and confer regarding those by Monday, December 4th or Tuesday, December 5th -- as you requested this morning, because critical team members are unavailable.

Best Regards –

Pete Curtin
Peter J. Curtin, Partner
**<span style="color:red">Analects Legal LLC</span>**
1212 S Naper Blvd. Suite #119 - PMB 238
Naperville, IL 60540-7349
E-mail: pcurtin@analectslegal.com
Tel: 1.240.432.3267

---

**From:** Kyle D. Stroup <kds@kjk.com>
**Sent:** Friday, December 1, 2023 9:49 AM
**To:** Peter Curtin <pcurtin@analectslegal.com>; Jon J. Pinney <jjp@kjk.com>; Jon W. Groza <jwg@kjk.com>; Nathan F. Studeny <nfs@kjk.com>
**Cc:** Campbell, Jay R. <Jay.Campbell@tuckerellis.com>; Petruzzi, Anthony R. <anthony.petruzzi@tuckerellis.com>; Ostrowski, Carter S. <Carter.Ostrowski@tuckerellis.com>; Yichen Cao <ycao@analectslegal.com>
**Subject:** RE: NOCO v. Aukey, et al., - NOCO's Proposed/Draft Rule 30(b)(6) Deposition Notice to Aukey

Thank you for your email.

As you know, fact discovery is set to close on Wednesday, January 3, 2024. Yet, Defendants continue to stall, notably evidenced by Defendants' lack of fulsome objections to the topics of examination listed in the Rule 30(b)(6) notices that you received twenty-one (21) days ago on November 10, 2023, your failure to  articulate any objections to the Rule 30(b)(6) topics at our prior meet and confer on November 22, 2023, as well as Defendants' prior document production concluding on Sunday, October 1, 2023, merely one day before the previous fact discovery deadline, which required NOCO to seek an extension after you refused to stipulate to one.

Pursuant to our November 22 meet and confer, we were also expecting your email yesterday to include proposed dates for the deposition of Defendants' corporate representative(s) so that we can plan our schedules accordingly.

You undoubtedly recognize the importance of discovery here, considering the spreadsheet produced by Amazon ██ ████████████████████████████████████████████████████████████████████████████ ███████████████████████████████ culminated in Amazon's removal of WorldUS and HuiMing from the Amazon Marketplace due to said manipulation and the necessity for further discovery on this manipulation.

Accordingly, please provide dates certain for the Rule 30(b)(6) deposition of Defendants' corporate representative(s) and times for a meet and confer on Monday, December 4 and/or Tuesday, December 5.

Thank you,

**KYLE D. STROUP**
Associate | KJK

**D** 216.736.7231 | **M** 330.978.6549 | **E** kds@KJK.com
1375 E 9th Street, 29th Floor | Cleveland, Ohio 44114
KJK.com | Confidentiality Notice

**Newsletter Sign-Up** | **KJK's Innovative Programs**
LinkedIn | Facebook | Twitter

---

**From:** Peter Curtin <pcurtin@analectslegal.com>
**Sent:** Wednesday, November 29, 2023 5:05 PM
**To:** Kyle D. Stroup <kds@kjk.com>; Jon J. Pinney <jjp@kjk.com>; Jon W. Groza <jwg@kjk.com>; Nathan F. Studeny <nfs@kjk.com>
**Cc:** Campbell, Jay R. <Jay.Campbell@tuckerellis.com>; Petruzzi, Anthony R. <anthony.petruzzi@tuckerellis.com>; Ostrowski, Carter S. <Carter.Ostrowski@tuckerellis.com>; Yichen Cao <ycao@analectslegal.com>
**Subject:** RE: NOCO v. Aukey, et al., - NOCO's Proposed/Draft Rule 30(b)(6) Deposition Notice to Aukey

Kyle –

Thanks for your message below summarizing your recollection of our discussion last week just before Thanksgiving. We hope you and your entire team were able to spend some down time with family over the holiday weekend.

We continue to work our way through preparing a response and objections to NOCO's draft Rule 30(b)(6) Notice of Deposition of Aukey (copy attached) but won't be able to provide Aukey's detailed formal objections today, as I had hoped. We continue to consult with our client and local counsel on the appropriate response. That said, today we can initiate the process of good-faith discussion of at least some of the proposed deposition topics as the rules require.

I would expect that NOCO will have Aukey's objections, and the parties will be in a position to meet and confer more formally next week regarding the proposed topics in NOCO's draft Rule 30(b)(6) Notice of Deposition.

In general and taken as a whole, the topics listed in NOCO's draft deposition notices are considerably broader than the NOCO interrogatories and requests for production to which Aukey objected in early 2022. Therefore, it will come as no surprise that Aukey considers many of the thirty-eight listed deposition topics to be overly broad in scope, or in time (or both) and purporting to call for testimony regarding matters beyond the permissible scope

of discovery under Federal Rule 26(B)(1). Aukey will base these objections on both the relevance and proportionality requirements of Rule 26(b)(1).

More than three years after filing its Complaint, NOCO has yet to articulate any credible theory of damages, much less any credible theory under which NOCO was damaged so severely by several handfuls of Browse Node switches in 2020 (performed by Amazon personnel) to justify the sprawling scope of discovery NOCO seeks from Aukey. In Aukey's view, NOCO brought and has maintained this litigation, and has structured its discovery efforts, for improper purposes – namely to cause annoyance, embarrassment, oppression, and undue burden or expense to Aukey -- despite the fact that NOCO and Aukey have not been competitors in the Amazon Marketplace since Amazon shut down Aukey's webstores in early 2021.

Further, certain proposed topics appear to call for corporate fact testimony regarding legal issues or legal conclusions.  Such topics are not proper subjects for corporate deposition testimony.

Further, certain proposed topics violate the "reasonable particularity" requirement of Rule 30(b)(6).  For example, Topic 37 seeks testimony on "your interference with NOCO's business relationships." while Topic 38 seeks testimony on "your manipulation of the Amazon Marketplace."  It is impossible to prepare any witness to testify on such a topic and the Court will not require Aukey to do so.  If NOCO is aware of legal authority supporting an argument that Topics 37 and 38 meet the requirements of Rule 30(b)(6), please provide it and we will consider NOCO's position.

As to Topic 36, "Your production of Documents or Electronically Stored Information in this Action," Aukey may provide a witness to testify regarding certain facts, but the bulk of this topic is protected from disclosure under the attorney work-product doctrine.

On a related subject, we reiterate that to minimize needless duplication of the effort, Defendants are willing to enter into an appropriate stipulation regarding Aukey's relationship with and supervision of HuiMing and WorldUS at the times relevant to this litigation. Please provide your proposed stipulation for our review.

Best Regards –

Peter Curtin

*Arch* & *Lake* LLP
Peter J. Curtin / Partner
**Arch & Lake LLP**
203 N LaSalle Street, Suite 2100
Chicago, IL, 60601
Phone: 312-558-1368
Fax: 312-614-1873
Mobile: 240-432-3267
pete_curtin@archlakelaw.com
www.archlakelaw.com

**From:** Kyle D. Stroup <kds@kjk.com>
**Sent:** Wednesday, November 22, 2023 2:25 PM
**To:** Peter Curtin <pcurtin@analectslegal.com>; Yichen Cao <ycao@analectslegal.com>; Campbell, Jay R.
<Jay.Campbell@tuckerellis.com>; Petruzzi, Anthony R. <anthony.petruzzi@tuckerellis.com>; Ostrowski, Carter S.
<Carter.Ostrowski@tuckerellis.com>
**Cc:** Jon J. Pinney <jjp@kjk.com>; Jon W. Groza <jwg@kjk.com>; Nathan F. Studeny <nfs@kjk.com>
**Subject:** RE: NOCO v. Aukey, et al., -- Proposed ESI Search Terms for NOCO

Pete:

Thank you for your time earlier today to discuss the ongoing discovery issues between Plaintiff The NOCO Company
("***NOCO***") and Defendants Aukey Technology Co. Ltd. ("***Aukey***"), Shenzhenshi Jaingyun Shangmaoyouxiangongsi
("***HuiMing***"), and Wodeshijikeji Shenzhen Youxiangongsi ("***WorldUS***" and with Aukey and HuiMing, "***Defendants***"). This
email serves to memorialize our meet-and-confer and identify NOCO and Defendants' next steps.

### Fed. R. Civ. P. 30(b)(6) and 45 Deposition of Amazon.com, Inc.'s Representative

We first discussed the deposition of a representative of non-party Amazon.com, Inc. pursuant to Fed. R. Civ. P. 30(b)(6)
and 45. You stated that you had no objection to the proposed date of December 18, 2023 at 1:00 pm eastern/10:00 am
pacific. You also did not raise any objections to the proposed topics of examination. We noted that we are still discussing
internally the means for said deposition—either remote or in-person. Accordingly, we will proceed with issuing a Fed. R.
Civ. P. 45 subpoena upon Amazon with the Fed. R. Civ. P. 30(b)(6) notice and topics for examination as an attachment.
We will confer with Amazon about the proposed deposition date and keep you updated.

### Fed. R. Civ. P. 30(b)(6) Deposition of Defendants' Representative(s)

We then discussed the depositions of Defendants' corporate representative(s), which we indicated would be taken
remotely with an interpreter/translator. You stated that you will discuss convenient dates with Defendants in December
2023 as well as any potential concerns regarding travel of Defendants' representatives to Hong Kong or Macao for the
deposition and timing of the deposition with consideration of the Parties and counsels' various time zones.

You also stated that one person will likely represent all Defendants at a deposition as HuiMing and WorldUS are merely
shell entities. As a result, we once again indicated that we will need a stipulation to that effect and will need said
stipulation finalized prior to any deposition of Defendants' representative(s). As to the proposed topics of examination,
you stated that you had no objection at this time but will provide any objections by next Wednesday, November 29,
2023.

We intend to provide you with a draft stipulation regarding Defendants' corporate identities on or before November 29,
2023. Likewise, you will communicate with us on or before Wednesday, November 29, 2023 regarding potential dates
for deposition of Defendants' representative(s) as well as any objections to the proposed topics for examination.

### Defendants' Responses to NOCO's Discovery Requests

We next discussed Defendants' responses to NOCO's discovery requests. First, we discussed Aukey's responses to
NOCO's Requests for Admissions ("***RFAs***"). NOCO's position remains the same as articulated in my firm's letter of
November 10, 2023, which, for clarity and without limitation, is that Aukey's blanket relevancy objections to certain
RFAs based upon allegations in the Complaint or lack thereof are improper, and the objections must be withdrawn and
replaced with either an admission or denial. You stated that you disagree and that Aukey's position remains that same
as set forth in Aukey's responses to the RFAs. However, you noted that you will discuss the same with Defendants.

Should you not provide updated, fulsome responses to the RFAs identified in our November 10, 2023 letter with the objections withdrawn by December 1, 2023, NOCO intends to move the Court to have the certain RFAs admitted.

We lasty discussed the following additional issues: (i) privilege log with respect to document production; (ii) Defendants' verification of Aukey's responses to NOCO's Interrogatories; and (iii) NOCO's forthcoming document production. You stated that Aukey intends to produce a privilege log as discovery progresses. You also stated that you will either have Defendants' responses to the Interrogatories verified or resend Defendants' verifications to the Interrogatories (if already verified). We indicated that we will have a production of documents to you later today, which will include additional documents provided to NOCO by Amazon in response to the previous January 2022 Fed. R. Civ. P. 45 subpoena *duces tecum*.

If you believe any of the foregoing is inaccurate, please let us know; otherwise, we will assume that the foregoing is an accurate representation of our conference. In light of the foregoing, please note that NOCO does not waive and is preserving all of its rights, and NOCO is not limited the discovery requests served on each Defendant in any way and is instead intending to facilitate discovery in the above-referenced litigation.

Thank you,


**KYLE D. STROUP**
Associate | KJK

**D** 216.736.7231 | **M** 330.978.6549 | **E** kds@KJK.com
1375 E 9th Street, 29th Floor | Cleveland, Ohio 44114
KJK.com | Confidentiality Notice

**Newsletter Sign-Up** | **KJK's Innovative Programs**
LinkedIn | Facebook | Twitter

---

**From:** Kyle D. Stroup
**Sent:** Tuesday, November 21, 2023 5:03 PM
**To:** Peter Curtin <pcurtin@analectslegal.com>
**Cc:** Yichen Cao <ycao@analectslegal.com>; Campbell, Jay R. <Jay.Campbell@tuckerellis.com>; Petruzzi, Anthony R. <anthony.petruzzi@tuckerellis.com>; Jon J. Pinney <jjp@kjk.com>; Jon W. Groza <jwg@kjk.com>; Nathan F. Studeny <nfs@kjk.com>; Ostrowski, Carter S. <Carter.Ostrowski@tuckerellis.com>
**Subject:** RE: NOCO v. Aukey, et al., -- Proposed ESI Search Terms for NOCO

Thank you, Pete. I will circulate an invite for tomorrow at 1:30 pm eastern.


Regards,


**KYLE D. STROUP**
Associate | KJK

**D** 216.736.7231 | **M** 330.978.6549 | **E** kds@KJK.com
1375 E 9th Street, 29th Floor | Cleveland, Ohio 44114
KJK.com | Confidentiality Notice

**Newsletter Sign-Up** | **KJK's Innovative Programs**
LinkedIn | Facebook | Twitter

---

**From:** Peter Curtin <pcurtin@analectslegal.com>
**Sent:** Tuesday, November 21, 2023 4:57 PM

**To:** Kyle D. Stroup <kds@kjk.com>
**Cc:** Yichen Cao <ycao@analectslegal.com>; Campbell, Jay R. <Jay.Campbell@tuckerellis.com>; Petruzzi, Anthony R. <anthony.petruzzi@tuckerellis.com>; Jon J. Pinney <jjp@kjk.com>; Jon W. Groza <jwg@kjk.com>; Nathan F. Studeny <nfs@kjk.com>; Ostrowski, Carter S. <Carter.Ostrowski@tuckerellis.com>
**Subject:** RE: NOCO v. Aukey, et al., -- Proposed ESI Search Terms for NOCO

Kyle and All –

We are generally available to meet and confer on the various issues tomorrow after 10:30 AM Central time (so, after 11:30 AM Eastern).

Please let us know what time(s) would work for your team.

Please note that, as to the alleged deficiencies in Aukey's response to NOCO's early 2022 discovery requests, I'm reasonably certain that the parties met and conferred on many of those issues more than a year ago, but we're willing to discuss them again.

Peter J. Curtin, Partner
**Analects Legal LLC**
1212 S Naper Blvd. Suite #119 - PMB 238
Naperville, IL 60540-7349
E-mail: pcurtin@analectslegal.com
Tel: 1.240.432.3267

---

**From:** Kyle D. Stroup <kds@kjk.com>
**Sent:** Friday, November 17, 2023 4:45 PM
**To:** Peter Curtin <pcurtin@analectslegal.com>
**Cc:** Yichen Cao <ycao@analectslegal.com>; Campbell, Jay R. <Jay.Campbell@tuckerellis.com>; Petruzzi, Anthony R. <anthony.petruzzi@tuckerellis.com>; Jon J. Pinney <jjp@kjk.com>; Jon W. Groza <jwg@kjk.com>; Nathan F. Studeny <nfs@kjk.com>; Ostrowski, Carter S. <Carter.Ostrowski@tuckerellis.com>
**Subject:** RE: NOCO v. Aukey, et al., -- Proposed ESI Search Terms for NOCO

Pete:

Attached please find a Notice of Issuance of Subpoena as well as a copy of the subpoena duces tecum that is in the process of being filed, issued, and served on Amazon.com, Inc. We will follow up with you regarding proof of service once perfected.

Additionally, we intend to issue the attached subpoena to depose Amazon's Fed. R. Civ. P. 30(b)(6) corporate representative. Per Local Rule 30.1, we are required to meet and confer before issuing and serving.

During the meet and confer to discuss the subpoena to depose Amazon's representative, we will also discuss the attached Fed. R. Civ. P. 30(b)(6) notices of depositions of Defendants' corporate representatives as well as Defendants' deficiencies in their responses to NOCO's January 20, 2022 discovery requests, which were referenced in my Firm's November 10, 2023 letter, to which we did not receive a substantive response.

Accordingly, please advise as to convenient dates and times so that we may meet and confer on these issues on or before **November 22, 2023**, as soon as possible so that we may contact the Court if necessary.

Thank you,

**KYLE D. STROUP**
Associate | KJK

**D** 216.736.7231 | **M** 330.978.6549 | **E** kds@KJK.com
1375 E 9th Street, 29th Floor | Cleveland, Ohio 44114
KJK.com | Confidentiality Notice

**Newsletter Sign-Up** | **KJK's Innovative Programs**
LinkedIn | Facebook | Twitter

---

**From:** Peter Curtin <pcurtin@analectslegal.com>
**Sent:** Wednesday, November 15, 2023 3:31 PM
**To:** Kyle D. Stroup <kds@kjk.com>
**Cc:** Yichen Cao <ycao@analectslegal.com>; Campbell, Jay R. <Jay.Campbell@tuckerellis.com>; Petruzzi, Anthony R. <anthony.petruzzi@tuckerellis.com>; Jon J. Pinney <jjp@kjk.com>; Jon W. Groza <jwg@kjk.com>; Nathan F. Studeny <nfs@kjk.com>; Ostrowski, Carter S. <Carter.Ostrowski@tuckerellis.com>
**Subject:** RE: NOCO v. Aukey, et al., -- Proposed ESI Search Terms for NOCO


Counsel –

We're conferring with Aukey about these and other issues but are not in a position to meet and confer today.


Peter J. Curtin, Partner
**Analects Legal LLC**
1212 S Naper Blvd. Suite #119 - PMB 238
Naperville, IL 60540-7349
E-mail: pcurtin@analectslegal.com
Tel: 1.240.432.3267

---

**From:** Peter Curtin
**Sent:** Monday, November 13, 2023 11:32 AM
**To:** Kyle D. Stroup <kds@kjk.com>
**Cc:** Yichen Cao <ycao@analectslegal.com>; Campbell, Jay R. <Jay.Campbell@tuckerellis.com>; Petruzzi, Anthony R. <anthony.petruzzi@tuckerellis.com>; Jon J. Pinney <jjp@kjk.com>; Jon W. Groza <jwg@kjk.com>; Nathan F. Studeny <nfs@kjk.com>; Ostrowski, Carter S. <Carter.Ostrowski@tuckerellis.com>
**Subject:** RE: NOCO v. Aukey, et al., -- Proposed ESI Search Terms for NOCO


Hello Counsel –

I was surprised to receive your Friday email below because I was not aware of any revised discovery cutoff until I reviewed the docket online today.

I had received no notice of NOCO's October 2nd motion to extend the discovery deadlines or of the Court's recent Order granting it.  Had I known, we would have briefed the issue.

That's likely because, for some unknown reason, the docket lists my email address as "inactive."

We are reviewing our options and will be in touch.


Peter J. Curtin, Partner
**Analects Legal LLC**
1212 S Naper Blvd. Suite #119 - PMB 238
Naperville, IL 60540-7349
E-mail: pcurtin@analectslegal.com
Tel: 1.240.432.3267

---

**From:** Kyle D. Stroup <kds@kjk.com>
**Sent:** Friday, November 10, 2023 6:17 PM
**To:** Peter Curtin <pcurtin@analectslegal.com>
**Cc:** Yichen Cao <ycao@analectslegal.com>; Campbell, Jay R. <Jay.Campbell@tuckerellis.com>; Petruzzi, Anthony R. <anthony.petruzzi@tuckerellis.com>; Jon J. Pinney <jjp@kjk.com>; Jon W. Groza <jwg@kjk.com>; Nathan F. Studeny <nfs@kjk.com>; Ostrowski, Carter S. <Carter.Ostrowski@tuckerellis.com>
**Subject:** RE: NOCO v. Aukey, et al., -- Proposed ESI Search Terms for NOCO

Pete:

Please find the attached correspondence and NOCO's Amended Initial Disclosures, Supplemental Responses to Aukey's First Set of Interrogatories, and Rule 30(b)(6) notices for discussion (with Word versions as well).

Thank you,

**KYLE D. STROUP**
**Associate | KJK**

**D** 216.736.7231 | **M** 330.978.6549 | **E** kds@KJK.com
1375 E 9th Street, 29th Floor | Cleveland, Ohio 44114
KJK.com | Confidentiality Notice

**Newsletter Sign-Up | KJK's Innovative Programs**
LinkedIn | Facebook | Twitter

---

**From:** Peter Curtin <pcurtin@analectslegal.com>
**Sent:** Wednesday, September 27, 2023 9:19 PM
**To:** Kyle D. Stroup <kds@kjk.com>
**Cc:** Yichen Cao <ycao@analectslegal.com>; Campbell, Jay R. <Jay.Campbell@tuckerellis.com>; Petruzzi, Anthony R. <anthony.petruzzi@tuckerellis.com>; Jon J. Pinney <jjp@kjk.com>; Jon W. Groza <jwg@kjk.com>; Nathan F. Studeny <nfs@kjk.com>; Ostrowski, Carter S. <Carter.Ostrowski@tuckerellis.com>
**Subject:** Re: NOCO v. Aukey, et al., -- Proposed ESI Search Terms for NOCO

Hi Kyle - Further to our emails earlier today, our team is available for a call tomorrow afternoon. Does 3PM Eastern/2 PM Central work for your team? If not, please propose another time.

Pete Curtin

Sent from my iPhone

> On Sep 26, 2023, at 1:02 PM, Kyle D. Stroup <kds@kjk.com> wrote:

Pete:

We wanted to follow up here regarding some time this week for a phone call to discuss discovery. Please let us know what works best for your team.

Sincerely,

## KYLE D. STROUP
**Associate | KJK**

**D** 216.736.7231 | **M** 330.978.6549 | **E** kds@KJK.com
1375 E 9th Street, 29th Floor | Cleveland, Ohio 44114
KJK.com | Confidentiality Notice

**Newsletter Sign-Up** | **KJK's Innovative Programs**
LinkedIn | Facebook | Twitter

---

**From:** Kyle D. Stroup
**Sent:** Friday, September 22, 2023 12:57 PM
**To:** Peter Curtin <pcurtin@analectslegal.com>; Yichen Cao <ycao@analectslegal.com>
**Cc:** 'Campbell, Jay R.' <jay.campbell@tuckerellis.com>; Petruzzi, Anthony R.
<anthony.petruzzi@tuckerellis.com>; Jon J. Pinney <jjp@kjk.com>; Jon W. Groza <jwg@kjk.com>;
Nathan F. Studeny <nfs@kjk.com>; Ostrowski, Carter S. <Carter.Ostrowski@tuckerellis.com>
**Subject:** RE: NOCO v. Aukey, et al., -- Proposed ESI Search Terms for NOCO

Thanks, Pete. Please let us know at your earliest convenience. Also, thank you for copying Carter here as I inadvertently left him off the previous email.

Sincerely,

## KYLE D. STROUP
**Associate | KJK**

**D** 216.736.7231 | **M** 330.978.6549 | **E** kds@KJK.com
1375 E 9th Street, 29th Floor | Cleveland, Ohio 44114
KJK.com | Confidentiality Notice

**Newsletter Sign-Up** | **KJK's Innovative Programs**
LinkedIn | Facebook | Twitter

---

**From:** Peter Curtin <pcurtin@analectslegal.com>
**Sent:** Thursday, September 21, 2023 6:57 PM
**To:** Kyle D. Stroup <kds@kjk.com>; Yichen Cao <ycao@analectslegal.com>
**Cc:** 'Campbell, Jay R.' <jay.campbell@tuckerellis.com>; Petruzzi, Anthony R.
<anthony.petruzzi@tuckerellis.com>; Jon J. Pinney <jjp@kjk.com>; Jon W. Groza <jwg@kjk.com>;

Nathan F. Studeny <nfs@kjk.com>; Ostrowski, Carter S. <Carter.Ostrowski@tuckerellis.com>
**Subject:** RE: NOCO v. Aukey, et al., -- Proposed ESI Search Terms for NOCO

Hi Kyle –

I'm currently enjoying the hospitality of the fine people of the Eastern District of Texas, but I am planning to be on the Judge Oliver call tomorrow afternoon.

We'll check everyone's availability internally and get back to you soon.

Pete
Peter J. Curtin, Partner
**Analects Legal LLC**
1212 S Naper Blvd. Suite #119 - PMB 238
Naperville, IL 60540-7349
E-mail: pcurtin@analectslegal.com
Tel: 1.240.432.3267

---

**From:** Kyle D. Stroup <kds@kjk.com>
**Sent:** Thursday, September 21, 2023 5:26 PM
**To:** Peter Curtin <pcurtin@analectslegal.com>; Yichen Cao <ycao@analectslegal.com>
**Cc:** 'Campbell, Jay R.' <jay.campbell@tuckerellis.com>; Petruzzi, Anthony R. <anthony.petruzzi@tuckerellis.com>; Jon J. Pinney <jjp@kjk.com>; Jon W. Groza <jwg@kjk.com>; Nathan F. Studeny <nfs@kjk.com>
**Subject:** RE: NOCO v. Aukey, et al., -- Proposed ESI Search Terms for NOCO

Pete:

I note that we are scheduled to be before Judge Oliver on a status conference tomorrow afternoon in Case No. 1:20-cv-00049, but do you and your team have some time available to discuss this Aukey matter, Case No. 1:20-cv-02322, either before or after that 3:00 pm eastern conference? Particularly, as it relates to discovery here, we are in the process of reviewing documents that Aukey produced as well as documents for NOCO's own production and there are some additional discovery issues that likely need to be addressed, including requesting an additional extension of time from the Court so that we can finish production and review and begin taking depositions.

Please let us know. Thanks.

Best,

**KYLE D. STROUP**
**Associate | KJK**

**D** 216.736.7231 | **M** 330.978.6549 | **E** kds@KJK.com
1375 E 9th Street, 29th Floor | Cleveland, Ohio 44114
KJK.com | Confidentiality Notice

**Newsletter Sign-Up | KJK's Innovative Programs**
LinkedIn | Facebook | Twitter

**From:** Peter Curtin <pcurtin@analectslegal.com>
**Sent:** Wednesday, August 2, 2023 5:12 PM
**To:** Kyle D. Stroup <kds@kjk.com>; Jon J. Pinney <jjp@kjk.com>; Jon W. Groza <jwg@kjk.com>; Nathan F. Studeny <nfs@kjk.com>
**Cc:** 'Campbell, Jay R.' <jay.campbell@tuckerellis.com>; 'Bernstein, David A.' <david.bernstein@tuckerellis.com>; Petruzzi, Anthony R. <anthony.petruzzi@tuckerellis.com>; Yichen Cao <ycao@analectslegal.com>
**Subject:** RE: NOCO v. Aukey, et al., -- Proposed ESI Search Terms for NOCO

Hi Kyle –

Not "only" those documents but primarily those documents.  And yes, Aukey will be producing documents on a rolling basis.

*Arch* **&** *Lake* LLP
Peter J. Curtin / Partner
**Arch & Lake LLP**
203 N LaSalle Street, Suite 2100
Chicago, IL, 60601
Phone: 312-558-1368
Fax: 312-614-1873
Mobile: 240-432-3267
pete_curtin@archlakelaw.com
www.archlakelaw.com

**From:** Kyle D. Stroup <kds@kjk.com>
**Sent:** Wednesday, August 2, 2023 4:06 PM
**To:** Peter Curtin <pcurtin@analectslegal.com>; Jon J. Pinney <jjp@kjk.com>; Jon W. Groza <jwg@kjk.com>; Nathan F. Studeny <nfs@kjk.com>
**Cc:** 'Campbell, Jay R.' <jay.campbell@tuckerellis.com>; 'Bernstein, David A.' <david.bernstein@tuckerellis.com>; Petruzzi, Anthony R. <anthony.petruzzi@tuckerellis.com>; Yichen Cao <ycao@analectslegal.com>
**Subject:** RE: NOCO v. Aukey, et al., -- Proposed ESI Search Terms for NOCO

Thanks, Pete. To clarify your statement below—is this initial production from Defendants only of documents that were responsive to the "Browse w/5 Node" search term? If so, will Defendants be producing documents on a rolling basis?

Sincerely,

**KYLE D. STROUP**
**Associate | KJK**

**D** 216.736.7231 | **M** 330.978.6549 | **E** kds@KJK.com
1375 E 9th Street, 29th Floor | Cleveland, Ohio 44114
KJK.com | Confidentiality Notice

**Newsletter Sign-Up** | **KJK's Innovative Programs**

LinkedIn | Facebook | Twitter

---

**From:** Peter Curtin <pcurtin@analectslegal.com>
**Sent:** Wednesday, August 2, 2023 2:17 PM
**To:** Kyle D. Stroup <kds@kjk.com>; Jon J. Pinney <jjp@kjk.com>; Jon W. Groza <jwg@kjk.com>; Nathan F. Studeny <nfs@kjk.com>
**Cc:** 'Campbell, Jay R.' <jay.campbell@tuckerellis.com>; 'Bernstein, David A.' <david.bernstein@tuckerellis.com>; Petruzzi, Anthony R. <anthony.petruzzi@tuckerellis.com>; Yichen Cao <ycao@analectslegal.com>
**Subject:** RE: NOCO v. Aukey, et al., -- Proposed ESI Search Terms for NOCO

Thanks Kyle –

Your team should soon receive from FTI a link to the initial document production, along with the necessary instructions to access and download the documents.

As you will see, the initial group of documents we reviewed are primarily those documents collected which hit on "Browse w/5 Node," which we saw as a priority category.

Best Regards –

Pete Curtin
Peter J. Curtin, Partner
**Analects Legal LLC**
1212 S Naper Blvd. Suite #119 - PMB 238
Naperville, IL 60540-7349
E-mail: pcurtin@analectslegal.com
Tel: 1.240.432.3267

This e-mail is sent by the law firm of Analects Legal LLC and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by return email.

---

**From:** Kyle D. Stroup <kds@kjk.com>
**Sent:** Wednesday, August 2, 2023 11:42 AM
**To:** Peter Curtin <pcurtin@analectslegal.com>; Jon J. Pinney <jjp@kjk.com>; Jon W. Groza <jwg@kjk.com>; Nathan F. Studeny <nfs@kjk.com>
**Cc:** 'Campbell, Jay R.' <jay.campbell@tuckerellis.com>; 'Bernstein, David A.' <david.bernstein@tuckerellis.com>; Petruzzi, Anthony R. <anthony.petruzzi@tuckerellis.com>; Yichen Cao <ycao@analectslegal.com>
**Subject:** RE: NOCO v. Aukey, et al., -- Proposed ESI Search Terms for NOCO

Thanks, Pete. To your comments:

  1. It can just be titled author if that is easier on your end.

2. For Location, we are looking for the full qualified original path to the native document when collected, including the original file name. For example: C:\MyDocuments\Sales Info\ACME\2017-Monthly-Sales.xlsx.

3. On the other end, Folder Name applies to emails, correspondence, and messages to show the full folder path of an email within the mail storage system when collected, including the file name, or the full folder path of an instant message or text message when collected, including the file name, or the Hard Copy folder/binder title/label. For example: Inbox/Active or Sent Items.

Please let me know if you have any questions. Thanks.

Sincerely,

**KYLE D. STROUP**
Associate | KJK

**D** 216.736.7231 | **M** 330.978.6549 | **E** kds@KJK.com
1375 E 9th Street, 29th Floor | Cleveland, Ohio 44114
KJK.com | Confidentiality Notice

**Newsletter Sign-Up** | **KJK's Innovative Programs**
LinkedIn | Facebook | Twitter

---

**From:** Peter Curtin <pcurtin@analectslegal.com>
**Sent:** Tuesday, August 1, 2023 4:07 PM
**To:** Kyle D. Stroup <kds@kjk.com>; Jon J. Pinney <jjp@kjk.com>; Jon W. Groza <jwg@kjk.com>; Nathan F. Studeny <nfs@kjk.com>
**Cc:** 'Campbell, Jay R.' <jay.campbell@tuckerellis.com>; 'Bernstein, David A.' <david.bernstein@tuckerellis.com>; Petruzzi, Anthony R. <anthony.petruzzi@tuckerellis.com>; Yichen Cao <ycao@analectslegal.com>
**Subject:** RE: NOCO v. Aukey, et al., -- Proposed ESI Search Terms for NOCO

Hi Kyle –

We have two quick questions comments about the list of metadata categories you sent over.

1. shouldn't Sender/Author just be Author?; and

2. Location – can you clarify what that is intended to capture?  The original source folder/file path would be Folder (which is also listed), correct?

Peter J. Curtin, Partner
**Analects Legal LLC**
1212 S Naper Blvd. Suite #119 - PMB 238
Naperville, IL 60540-7349
E-mail: pcurtin@analectslegal.com
Tel: 1.240.432.3267

This e-mail is sent by the law firm of Analects Legal LLC and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by return email.

---

**From:** Peter Curtin
**Sent:** Tuesday, August 1, 2023 2:43 PM
**To:** 'Kyle D. Stroup' <kds@kjk.com>; Jon J. Pinney <jjp@kjk.com>; Jon W. Groza <jwg@kjk.com>; Nathan F. Studeny <nfs@kjk.com>
**Cc:** 'Campbell, Jay R.' <jay.campbell@tuckerellis.com>; 'Bernstein, David A.' <david.bernstein@tuckerellis.com>; Petruzzi, Anthony R. <anthony.petruzzi@tuckerellis.com>; Yichen Cao <ycao@analectslegal.com>
**Subject:** RE: NOCO v. Aukey, et al., -- Proposed ESI Search Terms for NOCO

Hello Kyle –

We'll give the list of meta data a quick review and get back to you if we have any questions.

Yes, it has taken longer than expected to actually make the production for reasons I don't entirely understand.

This document set has been reviewed. It is now just a matter of producing the files. I can't imagine any reason why it would take past the end of this week.

Peter J. Curtin, Partner
**Analects Legal LLC**
1212 S Naper Blvd. Suite #119 - PMB 238
Naperville, IL 60540-7349
E-mail: pcurtin@analectslegal.com
Tel: 1.240.432.3267

This e-mail is sent by the law firm of Analects Legal LLC and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by return email.

---

**From:** Kyle D. Stroup <kds@kjk.com>
**Sent:** Tuesday, August 1, 2023 11:10 AM
**To:** Peter Curtin <pcurtin@analectslegal.com>; Jon J. Pinney <jjp@kjk.com>; Jon W. Groza <jwg@kjk.com>; Nathan F. Studeny <nfs@kjk.com>
**Cc:** 'Campbell, Jay R.' <jay.campbell@tuckerellis.com>; 'Bernstein, David A.' <david.bernstein@tuckerellis.com>; Petruzzi, Anthony R. <anthony.petruzzi@tuckerellis.com>; Yichen Cao <ycao@analectslegal.com>
**Subject:** RE: NOCO v. Aukey, et al., -- Proposed ESI Search Terms for NOCO

Thanks for following up, Pete. Below is a list of the metadata that should be included in Aukey's forthcoming production. We note that your initial letter stated that we would receive it on or before July 28 and Yichen's email below stated that we would receive it no later than yesterday, Monday July 31. With that in mind, please provide us with a date certain as to when we will receive the documents.

Metadata:

BEGBATES
ENDBATES
BEGATTACH
ENDATTACH
CUSTODIAN
TO
FROM
CC
BCC
SUBJECT
SENT DATE
DATE RECEIVED
FILE NAME
FILE EXTENSION
DOCUMENT TYPE
SENDER/AUTHOR
CREATION DATE
MODIFICATION DATE
REDACTION
PRODUCED TEXT LINK
PRODUCED NATIVE LINK
LOCATION
FOLDER NAME

Thank you,

**KYLE D. STROUP**
**Associate | KJK**

**D** 216.736.7231 | **M** 330.978.6549 | **E** kds@KJK.com
1375 E 9th Street, 29th Floor | Cleveland, Ohio 44114
KJK.com | Confidentiality Notice

**Newsletter Sign-Up | KJK's Innovative Programs**
LinkedIn | Facebook | Twitter

---

**From:** Peter Curtin <pcurtin@analectslegal.com>
**Sent:** Tuesday, August 1, 2023 11:01 AM
**To:** Jon J. Pinney <jjp@kjk.com>; Jon W. Groza <jwg@kjk.com>; Nathan F. Studeny <nfs@kjk.com>; Kyle D. Stroup <kds@kjk.com>
**Cc:** 'Campbell, Jay R.' <jay.campbell@tuckerellis.com>; 'Bernstein, David A.' <david.bernstein@tuckerellis.com>; Petruzzi, Anthony R. <anthony.petruzzi@tuckerellis.com>; Yichen Cao <ycao@analectslegal.com>
**Subject:** RE: NOCO v. Aukey, et al., -- Proposed ESI Search Terms for NOCO

Counsel –

The team at FTI has asked what types of metadata should be included in the production load file for Aukey's documents.

Unless I'm missing it, Appendix K to the Local Rules does not set out a default for the types of metadata to be produced and the parties have not otherwise agreed on that subject.

With that as background, what categories of metadata do you believe Aukey and NOCO should include in their respective ESI document productions?

Best Regards –

Pete Curtin
Peter J. Curtin, Partner
**Analects Legal LLC**
1212 S Naper Blvd. Suite #119 - PMB 238
Naperville, IL 60540-7349
E-mail: pcurtin@analectslegal.com
Tel: 1.240.432.3267

This e-mail is sent by the law firm of Analects Legal LLC and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by return email.

---

**From:** Yichen Cao <ycao@analectslegal.com>
**Sent:** Friday, July 28, 2023 10:23 PM
**To:** Peter Curtin <pcurtin@analectslegal.com>; Jon J. Pinney <jjp@kjk.com>; Jon W. Groza <jwg@kjk.com>; Nathan F. Studeny <nfs@kjk.com>; Kyle D. Stroup <kds@kjk.com>
**Cc:** 'Campbell, Jay R.' <jay.campbell@tuckerellis.com>; 'Bernstein, David A.' <david.bernstein@tuckerellis.com>; Petruzzi, Anthony R. <anthony.petruzzi@tuckerellis.com>
**Subject:** RE: NOCO v. Aukey, et al., -- Proposed ESI Search Terms for NOCO

Counsel,

We are about to produce the first tranche of documents. Our technical support team (Relativity) is located in Hongkong and due to time difference, we may not be able to get the documents and link to you tonight. If the technical support team works over the weekend, we will get the documents and download link to you tomorrow or Sunday. Otherwise, we will produce the documents no later than next Monday.

Have a good weekend,

**Yichen Cao**, Ph.D., J.D., Managing Partner
*Analects Legal LLC*
1212 S Naper Blvd. Suite #119 - PMB 238
Naperville, IL 60540-7349
E-mail: ycao@analectslegal.com

Tel: 1.630.386.5514

**CONFIDENTIALITY NOTICE:** This electronic mail transmission and any attachments are confidential and may be privileged. They should be read or retained only by the intended recipient. If you have received this transmission in error, please notify the sender immediately and delete the transmission from your system.

---

**From:** Peter Curtin <pcurtin@analectslegal.com>
**Sent:** Friday, July 14, 2023 2:35 PM
**To:** Jon J. Pinney <jjp@kjk.com>; Jon W. Groza <jwg@kjk.com>; Nathan F. Studeny <nfs@kjk.com>; Kyle D. Stroup <kds@kjk.com>
**Cc:** Yichen Cao <ycao@analectslegal.com>; 'Campbell, Jay R.' <jay.campbell@tuckerellis.com>; 'Bernstein, David A.' <david.bernstein@tuckerellis.com>; Petruzzi, Anthony R. <anthony.petruzzi@tuckerellis.com>
**Subject:** RE: NOCO v. Aukey, et al., -- Proposed ESI Search Terms for NOCO

Counsel –

Please see the attached letter, which responds to Jon's June 22, 2023, letter and Kyle's email below.

Have a good weekend –

Pete Curtin
Peter J. Curtin, Partner
**Analects Legal LLC**
1212 S Naper Blvd. Suite #119 - PMB 238
Naperville, IL 60540-7349
E-mail: pcurtin@analectslegal.com
Tel: 1.240.432.3267

This e-mail is sent by the law firm of Analects Legal LLC and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by return email.

---

**From:** Kyle D. Stroup <kds@kjk.com>
**Sent:** Tuesday, July 11, 2023 4:33 PM
**To:** Peter Curtin <pcurtin@analectslegal.com>; Yichen Cao <ycao@analectslegal.com>; 'Campbell, Jay R.' <jay.campbell@tuckerellis.com>; 'Bernstein, David A.' <david.bernstein@tuckerellis.com>; Petruzzi, Anthony R. <anthony.petruzzi@tuckerellis.com>
**Cc:** Jon J. Pinney <jjp@kjk.com>; Jon W. Groza <jwg@kjk.com>; Nathan F. Studeny <nfs@kjk.com>
**Subject:** RE: NOCO v. Aukey, et al., -- Proposed ESI Search Terms for NOCO

Pete and all:

We have not received any response to our June 22, 2023 letter, attached. As stated in the Parties' April 5, 2023 joint motion to extend discovery deadlines and during the May 3, 2023 status conference, Defendants represented that documents were being reviewed for a forthcoming production. Over two months have passed since the status conference, and Defendants have yet to produce any documents in

response to NOCO's requests for production issued on January 20, 2022. Defendants' ongoing delay is severely prejudicing NOCO and impacting its ability to prosecute its claims in this case.

By **July 14, 2023**, please provide a date certain as to when NOCO can expect a document production or provide your availability early next week so that we can meet and confer pursuant to Local Rule 37.1(a)(1).

Thank you,


**KYLE D. STROUP**
Associate | KJK

**D** 216.736.7231 │ **M** 330.978.6549 │ **E** kds@KJK.com
1375 E 9th Street, 29th Floor │ Cleveland, Ohio 44114
KJK.com │ Confidentiality Notice

**Newsletter Sign-Up** | **KJK's Innovative Programs**
LinkedIn │ Facebook │ Twitter

---

**From:** Kyle D. Stroup
**Sent:** Thursday, June 22, 2023 11:14 AM
**To:** Peter Curtin <pcurtin@analectslegal.com>; Yichen Cao <ycao@analectslegal.com>; 'Campbell, Jay R.' <jay.campbell@tuckerellis.com>; 'Bernstein, David A.' <david.bernstein@tuckerellis.com>; Petruzzi, Anthony R. <anthony.petruzzi@tuckerellis.com>
**Cc:** Jon J. Pinney <jjp@kjk.com>; Jon W. Groza <jwg@kjk.com>; Nathan F. Studeny <nfs@kjk.com>
**Subject:** RE: NOCO v. Aukey, et al., -- Proposed ESI Search Terms for NOCO

Pete and all:

Please see the attached correspondence from Jon Pinney.

Thank you,


**KYLE D. STROUP**
Associate | KJK

**D** 216.736.7231 │ **M** 330.978.6549 │ **E** kds@KJK.com
1375 E 9th Street, 29th Floor │ Cleveland, Ohio 44114
KJK.com │ Confidentiality Notice

**Newsletter Sign-Up** | **KJK's Innovative Programs**
LinkedIn │ Facebook │ Twitter

---

**From:** Peter Curtin <pcurtin@analectslegal.com>
**Sent:** Wednesday, April 5, 2023 2:04 PM
**To:** Kyle D. Stroup <kds@kjk.com>; Jon J. Pinney <jjp@kjk.com>; Jon W. Groza <jwg@kjk.com>; Nathan F. Studeny <nfs@kjk.com>
**Cc:** Yichen Cao <ycao@analectslegal.com>; 'Bernstein, David A.' <david.bernstein@tuckerellis.com>; 'Campbell, Jay R.' <jay.campbell@tuckerellis.com>; Petruzzi, Anthony R. <anthony.petruzzi@tuckerellis.com>
**Subject:** RE: NOCO v. Aukey, et al., -- Proposed ESI Search Terms for NOCO

Hi Kyle –

Thank you.  This looks good to file.

Pete Curtin
Peter J. Curtin, Partner
**Analects Legal LLC**
1212 S Naper Blvd. Suite #119 - PMB 238
Naperville, IL 60540-7349
E-mail: pcurtin@analectslegal.com
Tel: 1.240.432.3267

This e-mail is sent by the law firm of Analects Legal LLC and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by return email.

---

**From:** Kyle D. Stroup <kds@kjk.com>
**Sent:** Wednesday, April 5, 2023 12:59 PM
**To:** Peter Curtin <pcurtin@analectslegal.com>; Jon J. Pinney <jjp@kjk.com>; Jon W. Groza <jwg@kjk.com>; Nathan F. Studeny <nfs@kjk.com>
**Cc:** Yichen Cao <ycao@analectslegal.com>; 'Bernstein, David A.' <david.bernstein@tuckerellis.com>; 'Campbell, Jay R.' <jay.campbell@tuckerellis.com>; Petruzzi, Anthony R. <anthony.petruzzi@tuckerellis.com>
**Subject:** RE: NOCO v. Aukey, et al., -- Proposed ESI Search Terms for NOCO

Thanks, Pete. I've accepted all of your changes and made minor changes of our own (reflected in the attached) with respect to spacing and attaching your e-signature. At your convenience, please approve, and we will get this on the docket.

Thank you,

**KYLE D. STROUP**
**Associate | KJK**

**D** 216.736.7231 | **M** 330.978.6549 | **E** kds@KJK.com
1375 E 9th Street, 29th Floor | Cleveland, Ohio 44114
KJK.com | Confidentiality Notice

**Newsletter Sign-Up** | **KJK's Innovative Programs**
LinkedIn | Facebook | Twitter

---

**From:** Peter Curtin <pcurtin@analectslegal.com>
**Sent:** Wednesday, April 5, 2023 1:32 PM
**To:** Kyle D. Stroup <kds@kjk.com>; Jon J. Pinney <jjp@kjk.com>; Jon W. Groza <jwg@kjk.com>; Nathan F. Studeny <nfs@kjk.com>
**Cc:** Yichen Cao <ycao@analectslegal.com>; 'Bernstein, David A.' <david.bernstein@tuckerellis.com>; 'Campbell, Jay R.' <jay.campbell@tuckerellis.com>; Petruzzi, Anthony R. <anthony.petruzzi@tuckerellis.com>
**Subject:** RE: NOCO v. Aukey, et al., -- Proposed ESI Search Terms for NOCO

Hi Kyle and All –

Here is a slightly revised version with a few edits in redline.  Nothing substantive.

Peter J. Curtin, Partner
**Analects Legal LLC**
1212 S Naper Blvd. Suite #119 - PMB 238
Naperville, IL 60540-7349
E-mail: pcurtin@analectslegal.com
Tel: 1.240.432.3267

This e-mail is sent by the law firm of Analects Legal LLC and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by return email.

---

**From:** Kyle D. Stroup <kds@kjk.com>
**Sent:** Wednesday, April 5, 2023 11:47 AM
**To:** Peter Curtin <pcurtin@analectslegal.com>; Jon J. Pinney <jjp@kjk.com>; Jon W. Groza <jwg@kjk.com>; Nathan F. Studeny <nfs@kjk.com>
**Cc:** Yichen Cao <ycao@analectslegal.com>; 'Bernstein, David A.' <david.bernstein@tuckerellis.com>; 'Campbell, Jay R.' <jay.campbell@tuckerellis.com>; Petruzzi, Anthony R. <anthony.petruzzi@tuckerellis.com>
**Subject:** RE: NOCO v. Aukey, et al., -- Proposed ESI Search Terms for NOCO

All: Attached is a draft joint motion to extend the deadlines as we discussed on our call. If you have any comments or changes, please let me know; please also note that we may have additional changes from NOCO's side, which we notify you of should that occur.

Please let me know if you have any questions. Thank you.

Sincerely,

**KYLE D. STROUP**
Associate | KJK

**D** 216.736.7231 | **M** 330.978.6549 | **E** kds@KJK.com
1375 E 9th Street, 29th Floor | Cleveland, Ohio 44114
KJK.com | Confidentiality Notice

**Newsletter Sign-Up** | **KJK's Innovative Programs**
LinkedIn | Facebook | Twitter

**From:** Kyle D. Stroup
**Sent:** Tuesday, April 4, 2023 4:04 PM
**To:** Peter Curtin <pcurtin@analectslegal.com>; Jon J. Pinney <jjp@kjk.com>; Jon W. Groza <jwg@kjk.com>; Nathan F. Studeny <nfs@kjk.com>
**Cc:** Yichen Cao <ycao@analectslegal.com>; 'Bernstein, David A.' <david.bernstein@tuckerellis.com>;

'Campbell, Jay R.' <jay.campbell@tuckerellis.com>; Petruzzi, Anthony R.
<anthony.petruzzi@tuckerellis.com>
**Subject:** RE: NOCO v. Aukey, et al., -- Proposed ESI Search Terms for NOCO

Thanks, Pete. 11 am central tomorrow works. I'll send around a Teams invite. I also hope to also
circulate a draft motion prior to our call to facilitate the discussion.

Please let me know if you have any questions. Thanks.

Sincerely,

**KYLE D. STROUP**
**Associate | KJK**

**D** 216.736.7231 | **M** 330.978.6549 | **E** kds@KJK.com
1375 E 9th Street, 29th Floor | Cleveland, Ohio 44114
KJK.com | Confidentiality Notice

**Newsletter Sign-Up** | **KJK's Innovative Programs**
LinkedIn | Facebook | Twitter

**From:** Peter Curtin <pcurtin@analectslegal.com>
**Sent:** Tuesday, April 4, 2023 4:01 PM
**To:** Kyle D. Stroup <kds@kjk.com>; Jon J. Pinney <jjp@kjk.com>; Jon W. Groza <jwg@kjk.com>; Nathan
F. Studeny <nfs@kjk.com>
**Cc:** Yichen Cao <ycao@analectslegal.com>; 'Bernstein, David A.' <david.bernstein@tuckerellis.com>;
'Campbell, Jay R.' <jay.campbell@tuckerellis.com>; Petruzzi, Anthony R.
<anthony.petruzzi@tuckerellis.com>
**Subject:** RE: NOCO v. Aukey, et al., -- Proposed ESI Search Terms for NOCO

Hi Kyle –

Apologies for our delayed response, I've been trying to get everyone's
schedule. But I learned weren't available today and should have told you
earlier.

How about 11 AM Central tomorrow?

Pete Curtin

Peter J. Curtin, Partner
**Analects Legal LLC**
1212 S Naper Blvd. Suite #119 - PMB 238
Naperville, IL 60540-7349
E-mail: pcurtin@analectslegal.com
Tel: 1.240.432.3267

This e-mail is sent by the law firm of Analects Legal LLC and may contain information that is privileged or
confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by
return email.

**From:** Kyle D. Stroup <kds@kjk.com>
**Sent:** Tuesday, April 4, 2023 2:57 PM
**To:** Peter Curtin <pcurtin@analectslegal.com>; Jon J. Pinney <jjp@kjk.com>; Jon W. Groza
<jwg@kjk.com>; Nathan F. Studeny <nfs@kjk.com>
**Cc:** Yichen Cao <ycao@analectslegal.com>; 'Bernstein, David A.' <david.bernstein@tuckerellis.com>;
'Campbell, Jay R.' <jay.campbell@tuckerellis.com>; Petruzzi, Anthony R.
<anthony.petruzzi@tuckerellis.com>
**Subject:** RE: NOCO v. Aukey, et al., -- Proposed ESI Search Terms for NOCO

Pete: Just wanted to follow-up here. We will be available for about the next half hour and tomorrow
besides 10:00 am central and 2:00 pm central.

Please let us know if any time within the above is convenient for you.

Thanks,

**KYLE D. STROUP**
**Associate | KJK**

**D** 216.736.7231 | **M** 330.978.6549 | **E** kds@KJK.com
1375 E 9th Street, 29th Floor | Cleveland, Ohio 44114
KJK.com | Confidentiality Notice

**Newsletter Sign-Up** | **KJK's Innovative Programs**
LinkedIn | Facebook | Twitter

---

**From:** Kyle D. Stroup
**Sent:** Tuesday, April 4, 2023 10:45 AM
**To:** Peter Curtin <pcurtin@analectslegal.com>; Jon J. Pinney <jjp@kjk.com>; Jon W. Groza
<jwg@kjk.com>; Nathan F. Studeny <nfs@kjk.com>
**Cc:** Yichen Cao <ycao@analectslegal.com>; 'Bernstein, David A.' <david.bernstein@tuckerellis.com>;
'Campbell, Jay R.' <jay.campbell@tuckerellis.com>; Petruzzi, Anthony R.
<anthony.petruzzi@tuckerellis.com>
**Subject:** RE: NOCO v. Aukey, et al., -- Proposed ESI Search Terms for NOCO

Thanks, Pete. We can be available today from 10:00 am central to 12:00 pm central and 1:00 pm central
to 4:00 pm central. We are also generally available tomorrow outside of a 10:00 am central meeting.

Please let us know if any of these times are convenient for you.

Thanks,

**KYLE D. STROUP**
**Associate | KJK**

**D** 216.736.7231 | **M** 330.978.6549 | **E** kds@KJK.com
1375 E 9th Street, 29th Floor | Cleveland, Ohio 44114
KJK.com | Confidentiality Notice

**Newsletter Sign-Up** | **KJK's Innovative Programs**
LinkedIn | Facebook | Twitter

**From:** Peter Curtin <pcurtin@analectslegal.com>
**Sent:** Tuesday, April 4, 2023 10:18 AM
**To:** Kyle D. Stroup <kds@kjk.com>; Jon J. Pinney <jjp@kjk.com>; Jon W. Groza <jwg@kjk.com>; Nathan F. Studeny <nfs@kjk.com>
**Cc:** Yichen Cao <ycao@analectslegal.com>; 'Bernstein, David A.' <david.bernstein@tuckerellis.com>; 'Campbell, Jay R.' <jay.campbell@tuckerellis.com>; Petruzzi, Anthony R. <anthony.petruzzi@tuckerellis.com>
**Subject:** RE: NOCO v. Aukey, et al., -- Proposed ESI Search Terms for NOCO

Hello Kyle and All –

We unfortunately have limited time to work with, but I propose we schedule a call for today to tomorrow to confer and outline a joint request for another extension of the discovery period.

My sense is that our request will have a better chance to succeed if it is for a reasonably limited extension of time and specifically lays out what the parties intend to accomplish during that time in terms of completing document production, any additional written discovery, and perhaps a certain number of depositions by each side.

If your team is available, please propose a couple of times that would work.

Best Regards --

Peter Curtin
Peter J. Curtin, Partner
**Analects Legal LLC**
1212 S Naper Blvd. Suite #119 - PMB 238
Naperville, IL 60540-7349
E-mail: pcurtin@analectslegal.com
Tel: 1.240.432.3267

This e-mail is sent by the law firm of Analects Legal LLC and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by return email.

**From:** Peter Curtin
**Sent:** Monday, April 3, 2023 6:50 PM
**To:** Kyle D. Stroup <kds@kjk.com>; Jon J. Pinney <jjp@kjk.com>; Jon W. Groza <jwg@kjk.com>; Nathan F. Studeny <nfs@kjk.com>
**Cc:** Yichen Cao <ycao@analectslegal.com>; 'Bernstein, David A.' <david.bernstein@tuckerellis.com>; 'Campbell, Jay R.' <jay.campbell@tuckerellis.com>; Petruzzi, Anthony R. <anthony.petruzzi@tuckerellis.com>
**Subject:** RE: NOCO v. Aukey, et al., -- Proposed ESI Search Terms for NOCO

Hello Kyle and All –

I apologize for the delay if this is the first time I have responded to this message.

We do not yet have confirmation from our client, but we are confident that Aukey will consent to an extension of the discovery deadline.

We should schedule a discussion of the length of additional time the parties should request, as well as any additional discovery beyond document discovery the parties will want.

Based on the history of this litigation to date, my biggest concern is that trying to adjust our discovery schedule to comport with Amazon's timetable for providing more discovery or clarifying what they have produced may be a fool's errand.

Best regards –

Peter Curtin

*Arch & Lake* LLP
Peter J. Curtin / Partner
**Arch & Lake LLP**
203 N LaSalle Street, Suite 2100
Chicago, IL, 60601
Phone: 312-558-1368
Fax: 312-614-1873
Mobile: 240-432-3267
pete_curtin@archlakelaw.com
www.archlakelaw.com

---

**From:** Kyle D. Stroup <kds@kjk.com>
**Sent:** Wednesday, March 29, 2023 4:50 PM
**To:** Peter Curtin <pcurtin@analectslegal.com>; Jon J. Pinney <jjp@kjk.com>; Jon W. Groza <jwg@kjk.com>; Nathan F. Studeny <nfs@kjk.com>
**Cc:** Yichen Cao <ycao@analectslegal.com>; 'Bernstein, David A.' <david.bernstein@tuckerellis.com>; 'Campbell, Jay R.' <jay.campbell@tuckerellis.com>; Petruzzi, Anthony R. <anthony.petruzzi@tuckerellis.com>
**Subject:** RE: NOCO v. Aukey, et al., -- Proposed ESI Search Terms for NOCO

Thank you, Pete. We've accepted your changes—the deletion of the nine-digit numbers—and removed the empty columns. Please find a PDF and Word version attached.

Subject to our objections raised in NOCO's responses to Aukey's Requests for Production, Requests for Admissions, and Interrogatories, including but not limited to, relevance, confidentiality, and privilege, and additional objections regarding the search terms, including but not limited to, relevance, burden, and amount of search results, we accept Aukey's search terms as attached.

We also note that fact discovery is set to close next Wednesday, April 5, 2023. While NOCO is awaiting Defendants' forthcoming document production and NOCO has accepted Aukey's proposed search terms, please advise if Defendants are willing to consent to an extension of the discovery deadlines. If so, please let us know if you'd like to discuss the length of time, considering the outstanding discovery obligations as well as third-party discovery.

Please let me know if you have any questions.

Thank you,

**KYLE D. STROUP**
Associate | KJK

**D** 216.736.7231 | **M** 330.978.6549 | **E** kds@KJK.com
1375 E 9th Street, 29th Floor | Cleveland, Ohio 44114
KJK.com | Confidentiality Notice

**Newsletter Sign-Up** | **KJK's Innovative Programs**
LinkedIn | Facebook | Twitter

---

**From:** Peter Curtin <pcurtin@analectslegal.com>
**Sent:** Wednesday, March 29, 2023 3:22 PM
**To:** Kyle D. Stroup <kds@kjk.com>; Jon J. Pinney <jjp@kjk.com>; Jon W. Groza <jwg@kjk.com>; Nathan F. Studeny <nfs@kjk.com>
**Cc:** Yichen Cao <ycao@analectslegal.com>; 'Bernstein, David A.' <david.bernstein@tuckerellis.com>; 'Campbell, Jay R.' <jay.campbell@tuckerellis.com>; Petruzzi, Anthony R. <anthony.petruzzi@tuckerellis.com>
**Subject:** RE: NOCO v. Aukey, et al., -- Proposed ESI Search Terms for NOCO

Hello Kyle –

This follows upon our discussion at the meet and confer session about the ESI search terms Aukey had proposed for NOCO documents.

As you'll recall, two of the issues discussed were:

whether or how Aukey could verify that the ASINs listed as search terms (about 153) were in fact ASINs for TACKLIFE jump starters sold on Amazon.com between January 1, 2019, and the date Amazon closed the TACKLIFE stores;  and

what about the (relatively few) nine-digit numbers in the list – not the standard Amazon format for ASINs.

We were a bit surprised by the first question but conferred with the client. Aukey apparently compiled that list of ASINs from its financial records; Aukey knows of no way to objectively verify the list today.

But we have confirmed that the nine-digit numbers were included in the list due to an internal misunderstanding at Aukey.  Those are not Amazon.com ASINs. Instead, those were the product numbers given to TACKLIFE jump starters sold in the United States during the relevant through other channels.

So, for the purposes of Aukey's Supplemental Response to NOCO's Interrogatory No. 6, Aukey acknowledges an error;  those nine-digit entries should be considered deleted from Exhibit A.

I Have attached a red-lined copy of Aukey's proposed ESI search terms for NOCO with those nine-digit entries deleted.

Best Regards –

Peter Curtin

*Arch* & *Lake* LLP

Peter J. Curtin / Partner
**Arch & Lake LLP**
203 N LaSalle Street, Suite 2100
Chicago, IL, 60601
Phone: 312-558-1368
Fax: 312-614-1873
Mobile: 240-432-3267
pete_curtin@archlakelaw.com
www.archlakelaw.com

---

**From:** Kyle D. Stroup <kds@kjk.com>
**Sent:** Thursday, March 16, 2023 10:17 AM
**To:** Peter Curtin <pcurtin@analectslegal.com>; Jon J. Pinney <jjp@kjk.com>; Jon W. Groza <jwg@kjk.com>; Nathan F. Studeny <nfs@kjk.com>
**Cc:** Yichen Cao <ycao@analectslegal.com>; 'Bernstein, David A.' <david.bernstein@tuckerellis.com>; 'Campbell, Jay R.' <jay.campbell@tuckerellis.com>; Petruzzi, Anthony R. <anthony.petruzzi@tuckerellis.com>
**Subject:** RE: NOCO v. Aukey, et al., -- Proposed ESI Search Terms for NOCO

Pete: How does 11 am eastern, 10 am central work for you and your team on Monday?

Thanks,

**KYLE D. STROUP**
**Associate | KJK**

**D** 216.736.7231 | **M** 330.978.6549 | **E** kds@KJK.com
1375 E 9th Street, 29th Floor | Cleveland, Ohio 44114
KJK.com | Confidentiality Notice

**Newsletter Sign-Up** | **KJK's Innovative Programs**
LinkedIn | Facebook | Twitter

---

**From:** Kyle D. Stroup
**Sent:** Wednesday, March 15, 2023 8:09 PM
**To:** Peter Curtin <pcurtin@analectslegal.com>; Jon J. Pinney <jjp@kjk.com>; Jon W. Groza <jwg@kjk.com>; Nathan F. Studeny <nfs@kjk.com>

**Cc:** Yichen Cao <ycao@analectslegal.com>; 'Bernstein, David A.' <david.bernstein@tuckerellis.com>; 'Campbell, Jay R.' <jay.campbell@tuckerellis.com>; Petruzzi, Anthony R. <anthony.petruzzi@tuckerellis.com>
**Subject:** RE: NOCO v. Aukey, et al., -- Proposed ESI Search Terms for NOCO

Thanks, Pete. I will file the attached shortly. I am available Monday from 10:00 AM to 4:00 PM central, but please let me confer with Nate as to his availability as well.

Sincerely,

**KYLE D. STROUP**
**Associate | KJK**

**D** 216.736.7231 | **M** 330.978.6549 | **E** kds@KJK.com
1375 E 9th Street, 29th Floor | Cleveland, Ohio 44114
KJK.com | Confidentiality Notice

**Newsletter Sign-Up** | **KJK's Innovative Programs**
LinkedIn | Facebook | Twitter

**From:** Peter Curtin <pcurtin@analectslegal.com>
**Sent:** Wednesday, March 15, 2023 6:06 PM
**To:** Kyle D. Stroup <kds@kjk.com>; Jon J. Pinney <jjp@kjk.com>; Jon W. Groza <jwg@kjk.com>; Nathan F. Studeny <nfs@kjk.com>
**Cc:** Yichen Cao <ycao@analectslegal.com>; 'Bernstein, David A.' <david.bernstein@tuckerellis.com>; 'Campbell, Jay R.' <jay.campbell@tuckerellis.com>; Petruzzi, Anthony R. <anthony.petruzzi@tuckerellis.com>
**Subject:** RE: NOCO v. Aukey, et al., -- Proposed ESI Search Terms for NOCO

Hello Kyle –

The revised version of the JSR looks fine. You have Aukey's permission to file.

██████████████████████████████████████████████

██████████████████████████████████

As for a time to confer on the ESI search terms, it seems next Monday will be best for our side.  What times on Monday work for you?

Pete Curtin
*Arch* **&** *Lake* LLP
Peter J. Curtin / Partner
**Arch & Lake LLP**
203 N LaSalle Street, Suite 2100
Chicago, IL, 60601
Phone: 312-558-1368
Fax: 312-614-1873
Mobile: 240-432-3267
pete_curtin@archlakelaw.com
www.archlakelaw.com

**From:** Kyle D. Stroup <kds@kjk.com>
**Sent:** Wednesday, March 15, 2023 4:41 PM
**To:** Peter Curtin <pcurtin@analectslegal.com>; Jon J. Pinney <jjp@kjk.com>; Jon W. Groza
<jwg@kjk.com>; Nathan F. Studeny <nfs@kjk.com>
**Cc:** Yichen Cao <ycao@analectslegal.com>; 'Bernstein, David A.' <david.bernstein@tuckerellis.com>;
'Campbell, Jay R.' <jay.campbell@tuckerellis.com>; Petruzzi, Anthony R.
<anthony.petruzzi@tuckerellis.com>
**Subject:** RE: NOCO v. Aukey, et al., -- Proposed ESI Search Terms for NOCO

Thanks, Pete. Attached is a redline and clean version. As to your comments, first, ███████████
███████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████
██████████████████████████████

Please let me know if this is acceptable on your end, and we can work to get this on file.

As for some times to meet, please let us know.

Thank you,

**KYLE D. STROUP**
Associate | KJK

**D** 216.736.7231 | **M** 330.978.6549 | **E** kds@KJK.com
1375 E 9th Street, 29th Floor | Cleveland, Ohio 44114
KJK.com | Confidentiality Notice

**Newsletter Sign-Up | KJK's Innovative Programs**
LinkedIn | Facebook | Twitter

**From:** Peter Curtin <pcurtin@analectslegal.com>
**Sent:** Wednesday, March 15, 2023 4:58 PM
**To:** Kyle D. Stroup <kds@kjk.com>; Jon J. Pinney <jjp@kjk.com>; Jon W. Groza <jwg@kjk.com>; Nathan
F. Studeny <nfs@kjk.com>
**Cc:** Yichen Cao <ycao@analectslegal.com>; 'Bernstein, David A.' <david.bernstein@tuckerellis.com>;
'Campbell, Jay R.' <jay.campbell@tuckerellis.com>; Petruzzi, Anthony R.
<anthony.petruzzi@tuckerellis.com>
**Subject:** RE: NOCO v. Aukey, et al., -- Proposed ESI Search Terms for NOCO

Hello Kyle and All –

With apologies for the delay, here are some comments and suggested
revisions.  In essence I've moved a couple of clauses around, added some
details about the status of Aukey's document production, and a very general
description of the Amazon production (nothing confidential).

I added the last two items because in general, while I think Judge Parker is not going to be thrilled by anything short of us saying we've finished discovery, the more transparent we are with him the better for us.



Best Regards –

Pete Curtin

*Arch* & *Lake* LLP
Peter J. Curtin / Partner
**Arch & Lake LLP**
203 N LaSalle Street, Suite 2100
Chicago, IL, 60601
Phone: 312-558-1368
Fax: 312-614-1873
Mobile: 240-432-3267
pete_curtin@archlakelaw.com
www.archlakelaw.com

---

**From:** Kyle D. Stroup <kds@kjk.com>
**Sent:** Wednesday, March 15, 2023 2:55 PM
**To:** Peter Curtin <pcurtin@analectslegal.com>; Yichen Cao <ycao@analectslegal.com>; 'Bernstein, David A.' <david.bernstein@tuckerellis.com>; 'Campbell, Jay R.' <jay.campbell@tuckerellis.com>; Petruzzi, Anthony R. <anthony.petruzzi@tuckerellis.com>
**Cc:** Jon J. Pinney <jjp@kjk.com>; Jon W. Groza <jwg@kjk.com>; Nathan F. Studeny <nfs@kjk.com>
**Subject:** FW: NOCO v. Aukey, et al., -- Proposed ESI Search Terms for NOCO

Pete and all: I wanted to follow up to see if you had any comments regarding the attached. Thanks.

Sincerely,

**KYLE D. STROUP**
Associate | KJK

**D** 216.736.7231 | **M** 330.978.6549 | **E** kds@KJK.com
1375 E 9th Street, 29th Floor | Cleveland, Ohio 44114
KJK.com | Confidentiality Notice

**Newsletter Sign-Up** | **KJK's Innovative Programs**
LinkedIn | Facebook | Twitter

---

**From:** Kyle D. Stroup
**Sent:** Tuesday, March 14, 2023 3:48 PM

**To:** Peter Curtin <pcurtin@analectslegal.com>; Jon J. Pinney <jjp@kjk.com>; Nathan F. Studeny <nfs@kjk.com>
**Cc:** 'Bernstein, David A.' <david.bernstein@tuckerellis.com>; Campbell, Jay R. <jay.campbell@tuckerellis.com>; Yichen Cao <ycao@analectslegal.com>; Petruzzi, Anthony R. <anthony.petruzzi@tuckerellis.com>
**Subject:** RE: NOCO v. Aukey, et al., -- Proposed ESI Search Terms for NOCO

Pete and all:

Attached please find a draft of the joint status report. Please let me know your comments and if you have any questions.

With respect to Aukey's proposed ESI search terms and stipulation, we have some concerns that we would like to discuss. Do you have any availability for a call Friday, Monday, or Tuesday?

Please let us know.

Thank you,

**KYLE D. STROUP**
**Associate | KJK**

**D** 216.736.7231 | **M** 330.978.6549 | **E** kds@KJK.com
1375 E 9th Street, 29th Floor | Cleveland, Ohio 44114
KJK.com | Confidentiality Notice

**Newsletter Sign-Up** | **KJK's Innovative Programs**
LinkedIn | Facebook | Twitter

---

**From:** Kyle D. Stroup
**Sent:** Monday, March 13, 2023 5:34 PM
**To:** Peter Curtin <pcurtin@analectslegal.com>; Jon J. Pinney <jjp@kjk.com>; Nathan F. Studeny <nfs@kjk.com>
**Cc:** 'Bernstein, David A.' <david.bernstein@tuckerellis.com>; Campbell, Jay R. <jay.campbell@tuckerellis.com>; Yichen Cao <ycao@analectslegal.com>; Petruzzi, Anthony R. <anthony.petruzzi@tuckerellis.com>
**Subject:** RE: NOCO v. Aukey, et al., -- Proposed ESI Search Terms for NOCO

Thanks, Pete. We are discussing the search terms and proposed stipulation internally and will have our comments to you tomorrow. We've also begun drafting the joint status report and will have a draft for your review tomorrow as well.

Sincerely,

**KYLE D. STROUP**
**Associate | KJK**

**D** 216.736.7231 | **M** 330.978.6549 | **E** kds@KJK.com
1375 E 9th Street, 29th Floor | Cleveland, Ohio 44114
KJK.com | Confidentiality Notice

**Newsletter Sign-Up** | **KJK's Innovative Programs**
LinkedIn | Facebook | Twitter

**From:** Peter Curtin <pcurtin@analectslegal.com>
**Sent:** Monday, March 13, 2023 11:10 AM
**To:** Jon J. Pinney <jjp@kjk.com>; Nathan F. Studeny <nfs@kjk.com>; Kyle D. Stroup <kds@kjk.com>
**Cc:** 'Bernstein, David A.' <david.bernstein@tuckerellis.com>; Campbell, Jay R.
<jay.campbell@tuckerellis.com>; Yichen Cao <ycao@analectslegal.com>; Petruzzi, Anthony R.
<anthony.petruzzi@tuckerellis.com>
**Subject:** RE: NOCO v. Aukey, et al., -- Proposed ESI Search Terms for NOCO

Hi Nate and Kyle –

We're just checking in to see whether NOCO has comments on the ESI search terms we proposed.

The parties also have a Joint Status Report due to Judge Parker this Wednesday (March 15th) on the progress of discovery, so we'll want to get started on that.


Peter J. Curtin, Partner
**Analects Legal LLC**
1212 S Naper Blvd. Suite #119 - PMB 238
Naperville, IL 60540-7349
E-mail: pcurtin@analectslegal.com
Tel: 1.240.432.3267

This e-mail is sent by the law firm of Analects Legal LLC and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by return email.

---

**From:** Peter Curtin
**Sent:** Friday, March 3, 2023 4:12 PM
**To:** Jon J. Pinney <jjp@kjk.com>; Nathan F. Studeny <nfs@kjk.com>; Kyle D. Stroup <kds@kjk.com>
**Cc:** 'Bernstein, David A.' <david.bernstein@tuckerellis.com>; Campbell, Jay R.
<jay.campbell@tuckerellis.com>; Yichen Cao <ycao@analectslegal.com>
**Subject:** RE: NOCO v. Aukey, et al., -- Proposed ESI Search Terms for NOCO

Hello Counsel –

As we discussed in our call last week, here is a list of the ESI search terms Aukey proposes NOCO uses when searching its electronic files for responsive documents.

As you'll see, while there are a few new terms, this list mostly mirrors the parties' final list of ESI search terms for Aukey's files, with appropriate changes to reflect the roles of the parties.

For example, in a mirror image of the list for Aukey, this proposed list for NOCO includes the TACKLIFE jump starter model designations and ASINs listed on Ex. A to the Supplemental Response to NOCO's Interrogatory No. 6.

We look forward to your response.

Best Regards –

Peter Curtin
Peter J. Curtin, Partner
**Analects Legal LLC**
1212 S Naper Blvd. Suite #119 - PMB 238
Naperville, IL 60540-7349
E-mail: pcurtin@analectslegal.com
Tel: 1.240.432.3267

This e-mail is sent by the law firm of Analects Legal LLC and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by return email.

---

**From:** Peter Curtin
**Sent:** Thursday, March 2, 2023 2:31 PM
**To:** Jon J. Pinney <jjp@kjk.com>; Nathan F. Studeny <nfs@kjk.com>; Kyle D. Stroup <kds@kjk.com>
**Cc:** 'Bernstein, David A.' <david.bernstein@tuckerellis.com>; Campbell, Jay R. <jay.campbell@tuckerellis.com>; Yichen Cao <ycao@analectslegal.com>
**Subject:** NOCO v. Aukey, et al., -- Proposed Language Regarding Stipulation on the Relationship of the Three Defendants

Hello Counsel –

Last summer the parties discussed the relationship between the three named defendants, and the need to clarify the precise nature of that relationship.

As we said at the time, that issue shouldn't be controversial (the Shi Declarations had already touched on that topic) and Aukey would stipulate to the relationship.

Here is proposed language for that stipulation, for your review and comments:

"As explained in the Supplemental Declaration of Shi Wenyu, dated January 14, 2021, the Aukey Technology Co., Ltd. had licensed its TACKLIFE brand to certain distributors, including co-defendants Shenzhenshi Jiangyun Shangmaoyouxiangongsi and Wodeshijikeji Shenzhen Youxiangongsi, who sold TACKLIFE products through the Amazon Marketplace (US). As part of the licensing agreement between the companies, Aukey supervised the operations of these two companies. Therefore, when the two distributors or their personnel acted within the scope of their duties operating the TACKLIFE stores on Amazon.com, they acted as agents of Aukey."

Best Regards –

Peter Curtin

Peter J. Curtin, Partner
**Analects Legal LLC**
1212 S Naper Blvd. Suite #119 - PMB 238
Naperville, IL 60540-7349
E-mail: pcurtin@analectslegal.com
Tel: 1.240.432.3267

This e-mail is sent by the law firm of Analects Legal LLC and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by return email.