UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| THE NOCO COMPANY, | ) |
| Plaintiff, | ) Case No. 1:20-cv-02322-DAR |
| v. | ) |
| AUKEY TECH. CO., LTD., *et al.*, | ) |
| Defendants. | ) |

**ANALECTS LEGAL LLC'S UNOPPOSED MOTION
FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANTS**

Pursuant to Local Civil Rule 83.9, Analects Legal LLC and its attorney of record, Peter J. Curtin (collectively "Analects"), hereby move the Court to grant them leave to withdraw as counsel for Defendants Aukey Technology Co., Ltd., Shenzhenshi Jiangyun Shangmaoyouxiangongsi, and Wodeshijikeji Shenzhen Youxiangongsi (collectively "Aukey").

As required by Local Rule 83.9, Analects Legal has provided Aukey and the Plaintiff written notice of the undersigned's intent to withdraw as counsel in this case. Aukey consents to the proposed withdrawal and remains represented in this case for the time being by its local counsel — Jay R. Campbell and Carter S. Ostrowski of Tucker Ellis LLP. Aukey has begun to search for new lead counsel to replace the undersigned and expects that new lead counsel will be able to enter an appearance in this case within the next thirty days.

Counsel for Plaintiff The NOCO Company have represented that Plaintiff does not oppose Analects Legal LLC's withdrawal from this case.  So, Analects Legal LLC hereby requests leave to withdraw as counsel for Defendants.

For the reasons set forth above and for good cause shown, Analects Legal LLC respectfully requests that the Court grant this motion and sign the attached Proposed Order to permit counsel's withdrawal under LR 83.9.

Date: December 19, 2023					Respectfully Submitted,

*Peter J. Curtin*
ANALECTS LEGAL LLC
1212 S. Naper Blvd., Suite 119 – PMB 238
Naperville, IL 60540-7439
Phone: 312.558.1368
Cell: 240.432.3267
pcurtin@analectslegal.com

*Counsel for Defendants*