UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| THE NOCO COMPANY, | ) |
| Plaintiff, | ) Case No. 1:20-cv-02322-DAR |
| v. | ) |
| AUKEY TECH. CO., LTD., *et al.*, | ) [PROPOSED] ORDER |
| Defendants. | ) |

**[PROPOSED] ORDER RE ANALECTS LEGAL'S
UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

The Court has reviewed and considered Analects Legal LLC's Unopposed Motion for Leave to Withdraw as Counsel for Defendants and further notes that Defendants have consented to Analects Legal LLC's withdrawal, that Defendants intend to retain new lead counsel, that Tucker Ellis LLP remains as local counsel to represent the Defendants, and that Plaintiff NOCO Company does not oppose the pending motion.

Analects Legal LLC's Unopposed Motion for Leave to Withdraw as Counsel for Defendants is hereby **GRANTED** for good cause shown under Local Rule 83.9.

Date: _____        _____