UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| THE NOCO COMPANY, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:20-cv-02322-DAR |
| | ) |
| v. | ) |
| | ) **[PROPOSED] ORDER** |
| AUKEY TECH. CO., LTD., *et al.*, | ) |
| | ) |
| Defendants. | ) |

**[PROPOSED] ORDER RE DEFENDANTS' UNOPPOSED MOTION
TO STAY CASE DEADLINES PENDING TRANSITION OF DEFENSE COUNSEL**

The Court has reviewed and considered Defendants' Unopposed Motion to Stay Case Deadlines Pending Transition of Defense Counsel, and further notes that Defendants have represented they are actively seeking new lead counsel and expect a new lead counsel to appear in the near future, that Tucker Ellis LLP remains as local counsel representing the Defendants in this action, and that Plaintiff The NOCO Company does not oppose the pending motion.

**WHEREFORE,** Defendants' Unopposed Motion to Stay Case Deadlines Pending Transition of Defense Counsel is hereby **GRANTED** for good cause shown; **AND** it is hereby **ORDERED** that:

(A) all current deadlines in this case are stayed pending the appearance of new lead counsel for Defendants;

(B) the parties are instructed to promptly notify the Court when new lead counsel for Defendants appears;

(C) with new lead counsel for Defendants in place, the parties are instructed to confer

    promptly to develop a reasonably practical plan to accomplish the remaining fact discovery; and

(D) the parties are further instructed to petition the Court thereafter jointly for an appropriate extension of the stayed deadlines based on that agreed plan.

 

Date: _____                 _____