# EXHIBIT 6

| | |
|---|---|
| **From:** | Kyle D. Stroup |
| **To:** | Peter Curtin |
| **Cc:** | Yichen Cao; Campbell, Jay R.; Petruzzi, Anthony R.; Jon J. Pinney; Jon W. Groza; Nathan F. Studeny; Ostrowski, Carter S. |
| **Subject:** | RE: NOCO v. Aukey, et al., -- Proposed ESI Search Terms for NOCO |
| **Date:** | Friday, November 10, 2023 6:18:12 PM |
| **Attachments:** | Aukey - 30(B)(6) Notice FOR DISCUSSION - 4894-9272-5392 1.pdf |
| | HuiMing - 30(b)(6) Notice FOR DISCUSSION - 4879-3644-2000 1.pdf |
| | WorldUS - 30(B)(6) Notice FOR DISCUSSION - 4857-3220-3920 1.pdf |
| | NOCO Amended Initial Disclosures - 4876-5712-7312 1.pdf |
| | NOCO"s Supplemental Responses to Aukey"s First Set of ROGs - 4877-2174-5808 1.pdf |
| | Letter to P. Curtin 11.10.23 - 4878-1480-6928 1.pdf |
| | HuiMing - 30(b)(6) Notice - 4880-7183-4164 2.docx |
| | Aukey - 30(B)(6) Notice - 4854-0183-1732 2.docx |
| | WorldUS - 30(B)(6) Notice - 4886-5523-5380 3.docx |

Pete:

Please find the attached correspondence and NOCO's Amended Initial Disclosures, Supplemental Responses to Aukey's First Set of Interrogatories, and Rule 30(b)(6) notices for discussion (with Word versions as well).

Thank you,

# KYLE D. STROUP
**Associate | KJK**

**D** 216.736.7231 | **M** 330.978.6549 | **E** kds@KJK.com
1375 E 9th Street, 29th Floor | Cleveland, Ohio 44114
KJK.com | Confidentiality Notice

**Newsletter Sign-Up | KJK's Innovative Programs**
LinkedIn | Facebook | Twitter

---

**From:** Peter Curtin <pcurtin@analectslegal.com>
**Sent:** Wednesday, September 27, 2023 9:19 PM
**To:** Kyle D. Stroup <kds@kjk.com>
**Cc:** Yichen Cao <ycao@analectslegal.com>; Campbell, Jay R. <Jay.Campbell@tuckerellis.com>; Petruzzi, Anthony R. <anthony.petruzzi@tuckerellis.com>; Jon J. Pinney <jjp@kjk.com>; Jon W. Groza <jwg@kjk.com>; Nathan F. Studeny <nfs@kjk.com>; Ostrowski, Carter S. <Carter.Ostrowski@tuckerellis.com>
**Subject:** Re: NOCO v. Aukey, et al., -- Proposed ESI Search Terms for NOCO

Hi Kyle - Further to our emails earlier today, our team is available for a call tomorrow afternoon. Does 3PM Eastern/2 PM Central work for your team? If not, please propose another time.

Pete Curtin

Sent from my iPhone