# EXHIBIT 7

| | |
|---|---|
| **From:** | Kyle D. Stroup |
| **To:** | Peter Curtin; Yichen Cao; Campbell, Jay R.; Petruzzi, Anthony R.; Ostrowski, Carter S. |
| **Cc:** | Jon J. Pinney; Jon W. Groza; Nathan F. Studeny |
| **Subject:** | RE: NOCO v. Aukey, et al., -- Proposed ESI Search Terms for NOCO |
| **Date:** | Wednesday, November 22, 2023 3:06:24 PM |
| **Attachments:** | NOCO v Aukey SUB1010086- HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER – Amazon Communications.pdf |

Pete: In follow-up to my email below, NOCO's November 22, 2023 production may be found at the bellow shared folder. Additionally, attached is the document produced by Amazon that we discussed on our call earlier. As noted on the documents produced by Amazon, they are designated as "Highly Confidential – Attorneys' Eyes Only" so please keep that in mind.

[redacted]

I will follow up by separate correspondence for the passwords to the files.

Please note that, by producing these documents, Plaintiff The NOCO Company is not waiving, intends to preserve, and is preserving any and all objections previously raised during this litigation. Additionally, the documents found in the above folder are being produced in accordance and subject to the Stipulated Protective Order in the above-referenced matter.

Should you have any questions, please contact me.

Thank you,

## KYLE D. STROUP
**Associate | KJK**

**D** 216.736.7231 | **M** 330.978.6549 | **E** kds@KJK.com
1375 E 9th Street, 29th Floor | Cleveland, Ohio 44114
KJK.com | Confidentiality Notice

**Newsletter Sign-Up** | **KJK's Innovative Programs**
LinkedIn | Facebook | Twitter

---

**From:** Kyle D. Stroup
**Sent:** Wednesday, November 22, 2023 3:25 PM
**To:** 'Peter Curtin' <pcurtin@analectslegal.com>; 'Yichen Cao' <ycao@analectslegal.com>; 'Campbell, Jay R.' <Jay.Campbell@tuckerellis.com>; 'Petruzzi, Anthony R.' <anthony.petruzzi@tuckerellis.com>; 'Ostrowski, Carter S.' <Carter.Ostrowski@tuckerellis.com>
**Cc:** Jon J. Pinney <jjp@kjk.com>; Jon W. Groza <jwg@kjk.com>; Nathan F. Studeny <nfs@kjk.com>
**Subject:** RE: NOCO v. Aukey, et al., -- Proposed ESI Search Terms for NOCO

Pete: