IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| THE NOCO COMPANY, INC., | ) | CASE NO. 1:20-cv-02322-DAR |
| | ) | |
| Plaintiff, | ) | JUDGE DAVID A. RUIZ |
| | ) | |
| vs. | ) | **TUCKER ELLIS LLP'S** |
| | ) | **UNOPPOSED MOTION** |
| AUKEY TECHNOLOGY CO. LTD., et al., | ) | **FOR LEAVE TO WITHDRAW** |
| | ) | **AS LOCAL COUNSEL** |
| Defendants. | ) | |

Under L.R. 83.9, Tucker Ellis LLP and its attorneys of record, Jay R. Campbell and Carter S. Ostrowski (collectively, "Tucker Ellis"), respectfully move the Court to grant them permission to withdraw as local counsel from the present action as Tucker Ellis's presence is now unnecessary.

Tucker Ellis was previously retained by Peter Curtin of Analects Legal LLC to serve as local counsel. As indicated by Curtin's Motion for Leave to Withdraw (Doc. 54), Curtin is in the process of withdrawing from the present action and has been replaced by John D. Esterhay and Brandon M. White of Perkins Coie LLP (Docs. 57-58). Tucker Ellis has been informed that Perkins Coie has its own local counsel. Accordingly, Tucker Ellis is no longer needed as local counsel.

Tucker Ellis requests that the Court grant this motion to withdraw as local counsel and sign the attached Proposed Order to permit counsel's withdrawal.

Date: February 8, 2024    Respectfully submitted,

*/s/ Jay R. Campbell*
Jay R. Campbell (0041293)
Carter S. Ostrowski (0102302)
TUCKER ELLIS LLP
950 Main Avenue—Suite 1100
Cleveland, OH 44113-7213
Telephone: 216.592.5000
Facsimile: 216.592.5009
Email: jay.campbell@tuckerellis.com
carter.ostrowski@tuckerellis.com
*Attorneys for Defendants*