IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| THE NOCO COMPANY, INC., | ) | CASE NO. 1:20-cv-02322-DAR |
| Plaintiff, | ) ) | JUDGE DAVID A. RUIZ |
| vs. | ) ) | **[PROPOSED] ORDER** |
| AUKEY TECHNOLOGY CO. LTD., et al., | ) ) ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER GRANTING TUCKER ELLIS LLP'S UNOPPOSED
MOTION FOR LEAVE TO WITHDRAW AS LOCAL COUNSEL**

The Court has reviewed and considered Tucker Ellis LLP's and its attorneys of record, Jay R. Campbell and Carter S. Ostrowski (collectively, "Tucker Ellis"), Unopposed Motion for Leave to Withdraw as Local Counsel, and further notes that Perkins Coie LLP has retained its own local counsel and that Plaintiff does not oppose the pending motion.

Tucker Ellis LLP's Unopposed Motion for Leave to Withdraw as Local Counsel is hereby GRANTED.

Date_____          _____