UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| THE NOCO COMPANY, | ) |
| Plaintiff, | ) Case No. 1:20-cv-02322-DAR |
| v. | ) |
| AUKEY TECH. CO., LTD., *et al.*, | ) |
| Defendants. | ) |

**ANALECTS LEGAL LLC'S RENEWED UNOPPOSED MOTION
FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANTS**

Per Local Civil Rule 83.9, Analects Legal LLC and the attorney of record Peter J. Curtin (collectively "Analects"), hereby renew their Unopposed Motion for Leave to Withdraw as Counsel for Defendants Aukey Technology Co., Ltd., Shenzhenshi Jiangyun Shangmaoyouxiangongsi, and Wodeshijikeji Shenzhen Youxiangongsi.

Analects filed the original Unopposed Motion for Leave to Withdraw as Counsel for Defendants on December 19, 2023 (Dkt. 54). On January 3, 2024, the Court issued a non-document Order denying the motion without prejudice "subject to refiling once new lead counsel has entered an appearance on the record." Analects was later informed by the Aukey Technology Co., Ltd. ("Aukey") that it would be replaced as counsel on this case by Perkins Coie LLP. On January 31, 2024, attorney Brandon M. White of Perkins Coie LLP filed a Notice of Appearance for himself and Mr. John D. Esterhay on behalf of Aukey Technology Co., Ltd. (*See* Dkt. 57) Mr. Esterhay has been admitted *pro hac vice* to serve as lead counsel. (*See* Dkt. 58; Dkt. 59.)

As required by Local Rule 83.9, Analects has provided Aukey and the Plaintiff written notice of the undersigned's intent to withdraw from this case. Aukey consents to the proposed withdrawal. Counsel for Plaintiff The NOCO Company have represented that Plaintiff does not oppose the proposed withdrawal. So, Analects Legal LLC hereby requests leave to withdraw from this case.

For the reasons set forth above and for good cause shown, Analects Legal LLC respectfully requests that the Court grant this motion and sign the attached Proposed Order to permit Analects' withdrawal under LR 83.9.

Date: February 8, 2024

Respectfully Submitted,

*Peter J. Curtin*
ANALECTS LEGAL LLC
1212 S. Naper Blvd., Suite 119 – PMB 238
Naperville, IL 60540-7439
Phone: 312.558.1368
Cell: 240.432.3267
pcurtin@analectslegal.com

*Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| THE NOCO COMPANY, | ) |
| Plaintiff, | ) Case No. 1:20-cv-02322-DAR |
| v. | ) |
| | ) [PROPOSED] ORDER |
| AUKEY TECH. CO., LTD., *et al.*, | ) |
| Defendants. | ) |

**[PROPOSED] ORDER RE ANALECTS LEGAL'S
UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

The Court has reviewed and considered Analects Legal LLC's Unopposed Motion for Leave to Withdraw as Counsel for Defendants and further notes that Aukey Technology Co., Ltd. has consented to Analects Legal LLC's withdrawal, that Perkins Coie LLP has appeared as counsel for Aukey Technology Co., Ltd., and that Plaintiff NOCO Company does not oppose the pending motion.

Analects Legal LLC's Unopposed Motion for Leave to Withdraw as Counsel for Defendants is hereby **GRANTED** for good cause shown under Local Rule 83.9.

Date: _____                    _____