**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **THE NOCO COMPANY, INC.**,<br><br>Plaintiff,<br><br>v.<br><br>**AUKEY TECHNOLOGY CO., LTD., et al.,**<br><br>Defendants. | Case No. 1:20-cv-02322-DAR<br><br>Judge: Hon. David A. Ruiz<br>Magistrate Judge: Reuben J. Sheperd |

**DEFENDANT AUKEY TECHNOLOGY CO., LTD.'S**
**RENEWED MOTION TO COMPEL DISCOVERY**

Now comes Defendant Aukey Technology Co., Ltd. ("Aukey"), by and through Counsel and pursuant to Fed. R. Civ. P. 37, and hereby respectfully requests that this Court issue an order to compel NOCO to adequately prepare a witness to testify to the topics noted by Aukey (and pay Aukey's reasonable attorneys' fees and costs – including travel expenses for conducting a second deposition). Aukey further asks the Court to compel full and complete responses to Aukey's Interrogatory No. 25 and Request for Production numbers, 4, 14, 34, 44-46, 64, and 66-69.

A Memorandum in Support of this Motion and a Proposed Order are filed as attachments to this Motion.

Dated: July 1, 2024

Respectfully submitted,

/s/ *Heath L. Hyatt*
Heath L. Hyatt (admitted *pro hac vice*)
HHyatt@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: (206) 359-8000
Facsimile: (206) 359-9000

John D. Esterhay (admitted *pro hac vice*)
JEsterhay@perkinscoie.com
**PERKINS COIE LLP**
11452 El Camino Real, Suite 300
San Diego, CA 92130-2080
Telephone: (858) 720-5700
Facsimile: (858) 720-5799

Brandon M. White (#0075430)
BMWhite@perkinscoie.com
**PERKINS COIE LLP**
700 13th Street NW, Suite 800
Washington, DC 20005
Telephone: (202) 654-6200
Facsimile: (202) 654-6211

**ATTORNEYS FOR DEFENDANT AUKEY TECHNOLOGY CO., LTD.**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing was filed electronically via the Court's electronic docketing system on July 1, 2024. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ *Heath L. Hyatt*
Heath L. Hyatt

Counsel for Defendant
**AUKEY TECHNOLOGY CO., LTD.**