# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

---

MINUTES OF PROCEEDINGS AND ORDER – CIVIL

---

| | |
|---|---|
| NOCO COMPANY, | CASE No. 1:20-cv-2322 |
| Plaintiff, | DATE: September 16, 2024 |
| v. | JUDGE DAVID A. RUIZ |
| AUKEY TECH. CO., *et al.*, | COURT REPORTER: n/a |
| Defendants. | |

Attorneys for Plaintiff: Jon J. Pinney; Nathan F. Studeny; Kyle D. Stroup

Attorney for Defendant Aukey Technology: John D. Esterhay; Heath L. Hyatt

---

PROCEEDINGS: The Court held a telephonic status conference on September 16, 2024, with the above counsel to address a discovery dispute brought to the Court's attention by the parties. Counsel advised that the parties are engaged in meaningful settlement discussions and Plaintiff's counsel stated based upon material changes in circumstances that the case will be resolved within a week. No later than September 24, 2024, the parties shall file a Motion or Notice with the Court with respect to the status of this litigation.

Total Time: 15 minutes

s/ *David A. Ruiz*
David A. Ruiz
U.S. District Judge